# Exhibit 8

**Liberty Health Sciences Inc.**
**Closing Stock Price and Volume**

| Date | CSE (in CAD) | | OTC (in USD) | |
| --- | --- | --- | --- | --- |
| | Price | Volume | Price | Volume |
| 7/26/2017 | na | na | 1.06 | 35,260 |
| 7/27/2017 | 1.33 | 1,473,940 | 1.10 | 319,710 |
| 7/28/2017 | 1.30 | 1,545,880 | 1.06 | 28,610 |
| 7/31/2017 | 1.29 | 699,450 | 1.04 | 126,250 |
| 8/1/2017 | 1.16 | 1,013,330 | 0.84 | 248,310 |
| 8/2/2017 | 1.09 | 1,421,550 | 0.86 | 70,450 |
| 8/3/2017 | 0.90 | 913,960 | 0.76 | 211,900 |
| 8/4/2017 | 1.10 | 521,890 | 0.79 | 27,230 |
| 8/7/2017 | na | na | 0.90 | 21,610 |
| 8/8/2017 | 1.05 | 251,580 | 0.78 | 30,860 |
| 8/9/2017 | 1.02 | 624,980 | 0.79 | 10,480 |
| 8/10/2017 | 1.00 | 248,640 | 0.77 | 65,400 |
| 8/11/2017 | 1.00 | 139,750 | 0.75 | 5,600 |
| 8/14/2017 | 0.96 | 118,700 | 0.78 | 6,500 |
| 8/15/2017 | 0.99 | 423,600 | 0.78 | 6,960 |
| 8/16/2017 | 0.90 | 426,540 | 0.71 | 34,280 |
| 8/17/2017 | 0.92 | 323,590 | 0.73 | 17,540 |
| 8/18/2017 | 0.93 | 710,380 | 0.73 | 42,590 |
| 8/21/2017 | 0.91 | 260,290 | 0.74 | 10,680 |
| 8/22/2017 | 0.89 | 425,440 | 0.73 | 21,440 |
| 8/23/2017 | 0.88 | 213,280 | 0.72 | 16,640 |
| 8/24/2017 | 0.90 | 591,360 | 0.70 | 7,140 |
| 8/25/2017 | 0.89 | 31,150 | 0.72 | 6,300 |
| 8/28/2017 | 0.86 | 544,500 | 0.70 | 10,040 |
| 8/29/2017 | 0.87 | 753,020 | 0.71 | 31,340 |
| 8/30/2017 | 0.84 | 290,570 | 0.67 | 9,840 |
| 8/31/2017 | 0.85 | 125,630 | 0.69 | 66,410 |
| 9/1/2017 | 0.82 | 319,830 | 0.66 | 4,810 |
| 9/5/2017 | 0.83 | 478,210 | 0.68 | 8,990 |
| 9/6/2017 | 0.87 | 359,250 | 0.67 | 45,860 |
| 9/7/2017 | 0.83 | 718,580 | 0.68 | 20,550 |
| 9/8/2017 | 0.80 | 512,450 | 0.67 | 9,900 |
| 9/11/2017 | 0.75 | 355,160 | 0.63 | 8,020 |
| 9/12/2017 | 0.82 | 630,400 | 0.65 | 2,520 |
| 9/13/2017 | 0.86 | 401,080 | 0.70 | 16,020 |
| 9/14/2017 | 0.92 | 302,140 | 0.73 | 50,050 |
| 9/15/2017 | 1.01 | 775,220 | 0.81 | 32,370 |
| 9/18/2017 | 1.04 | 1,479,900 | 0.82 | 86,420 |
| 9/19/2017 | 1.15 | 1,636,980 | 0.92 | 73,320 |
| 9/20/2017 | 1.10 | 1,214,390 | 0.90 | 111,590 |
| 9/21/2017 | 0.99 | 643,510 | 0.82 | 30,740 |
| 9/22/2017 | 1.00 | 780,030 | 0.79 | 55,280 |
| 9/25/2017 | 0.92 | 988,540 | 0.76 | 48,800 |
| 9/26/2017 | 0.92 | 275,840 | 0.75 | 86,220 |
| 9/27/2017 | 0.89 | 212,420 | 0.73 | 86,020 |
| 9/28/2017 | 0.91 | 350,040 | 0.75 | 12,880 |

**Liberty Health Sciences Inc.**
**Closing Stock Price and Volume**

| Date | CSE (in CAD) | | OTC (in USD) | |
| --- | --- | --- | --- | --- |
| | Price | Volume | Price | Volume |
| 9/29/2017 | 0.90 | 1,781,810 | 0.73 | 128,500 |
| 10/2/2017 | 1.05 | 1,101,260 | 0.81 | 201,070 |
| 10/3/2017 | 1.00 | 687,640 | 0.80 | 68,650 |
| 10/4/2017 | 1.03 | 610,080 | 0.80 | 30,110 |
| 10/5/2017 | 1.00 | 570,380 | 0.81 | 107,170 |
| 10/6/2017 | 1.08 | 879,880 | 0.82 | 92,370 |
| 10/9/2017 | na | na | 0.99 | 174,520 |
| 10/10/2017 | 1.12 | 866,240 | 0.91 | 69,630 |
| 10/11/2017 | 1.11 | 1,988,490 | 0.87 | 49,740 |
| 10/12/2017 | 1.14 | 540,480 | 0.90 | 64,650 |
| 10/13/2017 | 1.16 | 2,046,560 | 0.91 | 56,210 |
| 10/16/2017 | 1.26 | 2,014,730 | 1.00 | 125,510 |
| 10/17/2017 | 1.18 | 1,311,850 | 0.94 | 100,730 |
| 10/18/2017 | 1.16 | 807,460 | 0.85 | 58,940 |
| 10/19/2017 | 1.00 | 1,287,590 | 0.81 | 140,580 |
| 10/20/2017 | 1.07 | 1,044,060 | 0.83 | 47,920 |
| 10/23/2017 | 1.05 | 463,560 | 0.84 | 48,730 |
| 10/24/2017 | 0.98 | 919,190 | 0.79 | 352,130 |
| 10/25/2017 | 0.97 | 523,330 | 0.75 | 39,210 |
| 10/26/2017 | 0.98 | 2,254,870 | 0.73 | 88,700 |
| 10/27/2017 | 0.99 | 438,130 | 0.78 | 47,870 |
| 10/30/2017 | 1.03 | 1,269,640 | 0.80 | 72,550 |
| 10/31/2017 | 1.15 | 1,051,380 | 0.89 | 124,210 |
| 11/1/2017 | 1.17 | 2,084,510 | 0.88 | 50,800 |
| 11/2/2017 | 1.08 | 705,170 | 0.85 | 63,360 |
| 11/3/2017 | 1.06 | 1,090,990 | 0.85 | 116,050 |
| 11/6/2017 | 1.17 | 2,752,310 | 0.92 | 332,300 |
| 11/7/2017 | 1.23 | 4,175,820 | 0.94 | 292,790 |
| 11/8/2017 | 1.18 | 2,273,130 | 0.93 | 222,630 |
| 11/9/2017 | 1.19 | 1,157,630 | 0.93 | 175,560 |
| 11/10/2017 | 1.20 | 1,012,420 | 0.95 | 66,160 |
| 11/13/2017 | 1.28 | 2,902,440 | 1.01 | 542,590 |
| 11/14/2017 | 1.40 | 3,728,560 | 1.09 | 206,350 |
| 11/15/2017 | 1.62 | 4,148,990 | 1.25 | 623,250 |
| 11/16/2017 | 1.51 | 2,908,040 | 1.21 | 344,880 |
| 11/17/2017 | 1.58 | 3,876,090 | 1.24 | 325,820 |
| 11/20/2017 | 1.70 | 2,087,250 | 1.32 | 403,870 |
| 11/21/2017 | 1.84 | 3,101,740 | 1.44 | 468,140 |
| 11/22/2017 | 1.95 | 2,812,780 | 1.50 | 287,800 |
| 11/23/2017 | 2.00 | 4,255,220 | na | na |
| 11/24/2017 | 2.14 | 3,694,270 | 1.62 | 325,640 |
| 11/27/2017 | 2.39 | 4,375,630 | 1.87 | 792,880 |
| 11/28/2017 | 2.05 | 4,343,790 | 1.62 | 635,110 |
| 11/29/2017 | 2.15 | 2,421,850 | 1.66 | 236,790 |
| 11/30/2017 | 1.71 | 8,990,890 | 1.34 | 962,510 |
| 12/1/2017 | 1.62 | 1,308,340 | 1.28 | 399,250 |

**Liberty Health Sciences Inc.**
**Closing Stock Price and Volume**

| Date | CSE (in CAD) | | OTC (in USD) | |
|---|---|---|---|---|
| | Price | Volume | Price | Volume |
| 12/4/2017 | 1.62 | 1,373,250 | 1.28 | 336,980 |
| 12/5/2017 | 1.60 | 1,392,360 | 1.28 | 354,120 |
| 12/6/2017 | 1.57 | 1,878,270 | 1.24 | 243,580 |
| 12/7/2017 | 1.49 | 2,668,400 | 1.17 | 242,860 |
| 12/8/2017 | 1.45 | 1,891,770 | 1.14 | 164,290 |
| 12/11/2017 | 1.45 | 1,060,680 | 1.13 | 196,710 |
| 12/12/2017 | 1.44 | 1,742,330 | 1.11 | 337,990 |
| 12/13/2017 | 1.53 | 2,006,270 | 1.20 | 194,290 |
| 12/14/2017 | 1.66 | 1,210,580 | 1.31 | 238,650 |
| 12/15/2017 | 1.70 | 1,967,580 | 1.36 | 438,620 |
| 12/18/2017 | 1.66 | 1,416,600 | 1.30 | 207,520 |
| 12/19/2017 | 1.65 | 1,365,800 | 1.29 | 150,410 |
| 12/20/2017 | 1.61 | 743,050 | 1.27 | 146,910 |
| 12/21/2017 | 1.55 | 1,046,480 | 1.25 | 115,320 |
| 12/22/2017 | 1.48 | 1,705,910 | 1.17 | 296,140 |
| 12/26/2017 | na | na | 1.30 | 150,150 |
| 12/27/2017 | 1.55 | 1,389,060 | 1.24 | 237,550 |
| 12/28/2017 | 1.87 | 2,367,250 | 1.43 | 353,210 |
| 12/29/2017 | 2.07 | 4,081,180 | 1.63 | 543,110 |
| 1/2/2018 | 2.45 | 3,059,160 | 1.95 | 812,260 |
| 1/3/2018 | 2.66 | 3,134,840 | 2.16 | 928,680 |
| 1/4/2018 | 2.26 | 5,894,410 | 1.83 | 1,242,400 |
| 1/5/2018 | 2.27 | 3,492,120 | 1.84 | 894,980 |
| 1/8/2018 | 2.20 | 3,327,570 | 1.82 | 702,000 |
| 1/9/2018 | 2.15 | 3,676,050 | 1.73 | 594,610 |
| 1/10/2018 | 2.06 | 1,810,890 | 1.66 | 316,580 |
| 1/11/2018 | 1.96 | 2,188,120 | 1.58 | 512,180 |
| 1/12/2018 | 2.04 | 2,324,680 | 1.64 | 381,830 |
| 1/15/2018 | 1.89 | 2,761,440 | na | na |
| 1/16/2018 | 1.80 | 2,938,420 | 1.48 | 559,140 |
| 1/17/2018 | 1.79 | 2,436,600 | 1.42 | 487,980 |
| 1/18/2018 | 1.77 | 1,917,850 | 1.43 | 543,410 |
| 1/19/2018 | 2.09 | 2,638,230 | 1.68 | 397,720 |
| 1/22/2018 | 1.76 | 5,938,810 | 1.42 | 684,990 |
| 1/23/2018 | 1.83 | 1,473,730 | 1.47 | 312,100 |
| 1/24/2018 | 1.71 | 1,979,270 | 1.40 | 258,800 |
| 1/25/2018 | 1.66 | 1,854,510 | 1.36 | 316,220 |
| 1/26/2018 | 1.73 | 1,763,910 | 1.40 | 252,150 |
| 1/29/2018 | 1.66 | 1,128,760 | 1.35 | 194,020 |
| 1/30/2018 | 1.55 | 2,152,390 | 1.29 | 345,310 |
| 1/31/2018 | 1.76 | 4,108,610 | 1.43 | 423,200 |
| 2/1/2018 | 1.50 | 5,544,050 | 1.21 | 930,910 |
| 2/2/2018 | 1.42 | 4,843,340 | 1.15 | 715,740 |
| 2/5/2018 | 1.38 | 4,955,010 | 1.08 | 888,070 |
| 2/6/2018 | 1.36 | 1,682,940 | 1.08 | 476,460 |
| 2/7/2018 | 1.44 | 3,095,750 | 1.14 | 578,960 |

3

**Liberty Health Sciences Inc.**
**Closing Stock Price and Volume**

| Date | CSE (in CAD) | | OTC (in USD) | |
| | Price | Volume | Price | Volume |
|---|---|---|---|---|
| 2/8/2018 | 1.46 | 5,201,860 | 1.17 | 193,630 |
| 2/9/2018 | 1.46 | 2,047,370 | 1.17 | 696,790 |
| 2/12/2018 | 1.42 | 3,063,450 | 1.13 | 441,100 |
| 2/13/2018 | 1.42 | 1,334,860 | 1.13 | 507,380 |
| 2/14/2018 | 1.36 | 649,160 | 1.09 | 324,090 |
| 2/15/2018 | 1.30 | 985,060 | 1.05 | 564,930 |
| 2/16/2018 | 1.26 | 1,985,800 | 1.02 | 362,560 |
| 2/20/2018 | 1.22 | 6,633,580 | 0.97 | 785,400 |
| 2/21/2018 | 1.29 | 717,540 | 1.00 | 100,410 |
| 2/22/2018 | 1.32 | 865,290 | 1.05 | 218,890 |
| 2/23/2018 | 1.28 | 1,639,720 | 1.00 | 143,130 |
| 2/26/2018 | 1.28 | 1,258,770 | 1.01 | 231,960 |
| 2/27/2018 | 1.25 | 2,500,490 | 0.97 | 328,510 |
| 2/28/2018 | 1.22 | 381,620 | 0.96 | 174,110 |
| 3/1/2018 | 1.23 | 311,030 | 0.97 | 135,600 |
| 3/2/2018 | 1.25 | 254,950 | 0.98 | 94,390 |
| 3/5/2018 | 1.29 | 699,470 | 1.02 | 464,380 |
| 3/6/2018 | 1.31 | 581,560 | 1.04 | 149,680 |
| 3/7/2018 | 1.31 | 425,430 | 1.03 | 72,760 |
| 3/8/2018 | 1.29 | 293,650 | 1.01 | 193,210 |
| 3/9/2018 | 1.25 | 574,410 | 0.98 | 198,210 |
| 3/12/2018 | 1.27 | 955,120 | 1.01 | 132,710 |
| 3/13/2018 | 1.32 | 378,090 | 0.99 | 129,000 |
| 3/14/2018 | 1.29 | 433,540 | 1.00 | 74,200 |
| 3/15/2018 | 1.28 | 264,010 | 0.98 | 95,950 |
| 3/16/2018 | 1.29 | 185,910 | 0.99 | 88,900 |
| 3/19/2018 | 1.25 | 1,235,700 | 0.96 | 344,360 |
| 3/20/2018 | 1.23 | 286,230 | 0.94 | 131,320 |
| 3/21/2018 | 1.17 | 1,137,160 | 0.91 | 587,260 |
| 3/22/2018 | 1.19 | 695,000 | 0.93 | 332,120 |
| 3/23/2018 | 1.15 | 745,870 | 0.90 | 134,450 |
| 3/26/2018 | 1.05 | 2,919,450 | 0.82 | 592,850 |
| 3/27/2018 | 0.99 | 1,308,480 | 0.77 | 401,350 |
| 3/28/2018 | 0.94 | 1,058,830 | 0.73 | 508,780 |
| 3/29/2018 | 0.96 | 1,759,630 | 0.75 | 587,540 |
| 4/2/2018 | 0.94 | 2,520,160 | 0.73 | 1,002,370 |
| 4/3/2018 | 0.90 | 678,790 | 0.69 | 220,120 |
| 4/4/2018 | 0.85 | 2,074,390 | 0.66 | 430,800 |
| 4/5/2018 | 0.83 | 927,890 | 0.65 | 488,080 |
| 4/6/2018 | 0.82 | 515,920 | 0.65 | 268,180 |
| 4/9/2018 | 0.75 | 1,748,770 | 0.58 | 444,670 |
| 4/10/2018 | 0.72 | 2,669,080 | 0.56 | 434,590 |
| 4/11/2018 | 0.77 | 7,717,360 | 0.63 | 1,037,380 |
| 4/12/2018 | 0.83 | 1,811,370 | 0.67 | 523,530 |
| 4/13/2018 | 0.99 | 1,061,890 | 0.80 | 1,407,370 |
| 4/16/2018 | 0.93 | 5,903,910 | 0.74 | 1,797,850 |

4

**Liberty Health Sciences Inc.**
**Closing Stock Price and Volume**

| Date | CSE (in CAD) | | OTC (in USD) | |
|---|---|---|---|---|
| | Price | Volume | Price | Volume |
| 4/17/2018 | 0.87 | 4,409,070 | 0.70 | 1,867,970 |
| 4/18/2018 | 0.90 | 2,552,680 | 0.72 | 713,940 |
| 4/19/2018 | 0.89 | 647,920 | 0.71 | 296,130 |
| 4/20/2018 | 0.96 | 3,829,380 | 0.75 | 580,870 |
| 4/23/2018 | 0.90 | 1,117,580 | 0.70 | 541,790 |
| 4/24/2018 | 0.88 | 546,440 | 0.68 | 472,060 |
| 4/25/2018 | 0.85 | 1,132,400 | 0.67 | 380,310 |
| 4/26/2018 | 0.84 | 678,330 | 0.66 | 456,730 |
| 4/27/2018 | 0.83 | 716,900 | 0.65 | 563,320 |
| 4/30/2018 | 0.82 | 706,100 | 0.65 | 208,070 |
| 5/1/2018 | 0.85 | 2,285,500 | 0.64 | 186,550 |
| 5/2/2018 | 0.86 | 705,150 | 0.67 | 155,530 |
| 5/3/2018 | 0.84 | 378,250 | 0.65 | 174,230 |
| 5/4/2018 | 0.81 | 1,765,080 | 0.63 | 543,180 |
| 5/7/2018 | 0.83 | 614,880 | 0.65 | 437,180 |
| 5/8/2018 | 0.85 | 361,530 | 0.66 | 257,160 |
| 5/9/2018 | 0.84 | 2,519,850 | 0.66 | 389,280 |
| 5/10/2018 | 0.85 | 1,732,350 | 0.66 | 314,430 |
| 5/11/2018 | 0.84 | 734,460 | 0.67 | 379,040 |
| 5/14/2018 | 0.86 | 1,857,250 | 0.68 | 712,330 |
| 5/15/2018 | 0.84 | 1,013,360 | 0.66 | 667,560 |
| 5/16/2018 | 0.83 | 688,470 | 0.66 | 521,050 |
| 5/17/2018 | 0.85 | 1,588,110 | 0.66 | 486,800 |
| 5/18/2018 | 0.90 | 1,701,010 | 0.70 | 956,460 |
| 5/21/2018 | na | na | 0.76 | 1,006,260 |
| 5/22/2018 | 0.91 | 2,752,490 | 0.72 | 1,682,860 |
| 5/23/2018 | 0.93 | 1,769,060 | 0.73 | 620,550 |
| 5/24/2018 | 0.91 | 1,671,210 | 0.70 | 597,640 |
| 5/25/2018 | 0.88 | 804,820 | 0.69 | 573,000 |
| 5/28/2018 | 0.88 | 495,380 | na | na |
| 5/29/2018 | 0.88 | 1,205,660 | 0.67 | 1,119,520 |
| 5/30/2018 | 0.88 | 1,754,630 | 0.69 | 450,440 |
| 5/31/2018 | 0.87 | 645,820 | 0.68 | 329,480 |
| 6/1/2018 | 0.88 | 1,015,210 | 0.68 | 715,510 |
| 6/4/2018 | 0.87 | 1,182,260 | 0.68 | 445,410 |
| 6/5/2018 | 0.85 | 722,060 | 0.65 | 561,780 |
| 6/6/2018 | 0.89 | 2,239,770 | 0.69 | 1,335,540 |
| 6/7/2018 | 0.88 | 1,848,090 | 0.68 | 673,500 |
| 6/8/2018 | 0.90 | 1,836,630 | 0.70 | 851,370 |
| 6/11/2018 | 0.90 | 5,629,140 | 0.68 | 620,270 |
| 6/12/2018 | 0.90 | 692,700 | 0.70 | 534,450 |
| 6/13/2018 | 0.90 | 760,200 | 0.70 | 832,000 |
| 6/14/2018 | 0.89 | 546,970 | 0.68 | 455,330 |
| 6/15/2018 | 0.89 | 870,350 | 0.67 | 289,910 |
| 6/18/2018 | 0.90 | 335,590 | 0.67 | 319,250 |
| 6/19/2018 | 0.89 | 838,630 | 0.67 | 619,510 |

5

**Liberty Health Sciences Inc.**
**Closing Stock Price and Volume**

| Date | CSE (in CAD) | | OTC (in USD) | |
| | Price | Volume | Price | Volume |
|---|---|---|---|---|
| 6/20/2018 | 0.89 | 697,990 | 0.67 | 372,470 |
| 6/21/2018 | 0.91 | 1,233,570 | 0.67 | 758,570 |
| 6/22/2018 | 1.02 | 4,254,700 | 0.78 | 1,387,290 |
| 6/25/2018 | 1.00 | 2,957,760 | 0.76 | 1,184,220 |
| 6/26/2018 | 0.98 | 1,852,860 | 0.75 | 603,420 |
| 6/27/2018 | 0.94 | 1,695,550 | 0.70 | 527,280 |
| 6/28/2018 | 0.95 | 542,930 | 0.72 | 789,130 |
| 6/29/2018 | 0.96 | 238,970 | 0.73 | 296,590 |
| 7/2/2018 | na | na | 0.75 | 250,460 |
| 7/3/2018 | 0.92 | 1,418,530 | 0.72 | 426,870 |
| 7/4/2018 | 0.93 | 91,960 | na | na |
| 7/5/2018 | 0.92 | 6,248,680 | 0.70 | 190,600 |
| 7/6/2018 | 0.93 | 295,040 | 0.71 | 445,460 |
| 7/9/2018 | 0.93 | 1,429,440 | 0.70 | 211,620 |
| 7/10/2018 | 0.91 | 253,670 | 0.69 | 266,320 |
| 7/11/2018 | 0.92 | 340,660 | 0.69 | 356,390 |
| 7/12/2018 | 0.91 | 190,790 | 0.70 | 224,450 |
| 7/13/2018 | 0.91 | 310,280 | 0.69 | 204,510 |
| 7/16/2018 | 0.89 | 459,270 | 0.67 | 448,810 |
| 7/17/2018 | 0.84 | 1,453,780 | 0.64 | 1,541,960 |
| 7/18/2018 | 0.84 | 305,880 | 0.64 | 230,830 |
| 7/19/2018 | 0.83 | 209,400 | 0.62 | 359,730 |
| 7/20/2018 | 0.84 | 173,030 | 0.64 | 242,490 |
| 7/23/2018 | 0.87 | 651,980 | 0.67 | 292,670 |
| 7/24/2018 | 0.87 | 1,291,530 | 0.67 | 793,550 |
| 7/25/2018 | 0.88 | 544,620 | 0.68 | 402,590 |
| 7/26/2018 | 0.85 | 499,560 | 0.66 | 345,340 |
| 7/27/2018 | 0.84 | 2,432,330 | 0.65 | 268,320 |
| 7/30/2018 | 0.82 | 395,380 | 0.63 | 273,050 |
| 7/31/2018 | 0.79 | 433,790 | 0.62 | 253,160 |
| 8/1/2018 | 0.81 | 705,540 | 0.62 | 482,790 |
| 8/2/2018 | 0.80 | 315,750 | 0.62 | 232,170 |
| 8/3/2018 | 0.82 | 406,920 | 0.63 | 172,830 |
| 8/6/2018 | na | na | 0.63 | 155,920 |
| 8/7/2018 | 0.85 | 337,040 | 0.65 | 219,050 |
| 8/8/2018 | 0.81 | 241,700 | 0.63 | 145,570 |
| 8/9/2018 | 0.80 | 273,550 | 0.61 | 278,070 |
| 8/10/2018 | 0.78 | 310,440 | 0.60 | 470,720 |
| 8/13/2018 | 0.70 | 959,450 | 0.55 | 637,960 |
| 8/14/2018 | 0.69 | 809,980 | 0.55 | 991,080 |
| 8/15/2018 | 0.67 | 2,657,770 | 0.52 | 1,013,440 |
| 8/16/2018 | 0.70 | 580,970 | 0.53 | 267,180 |
| 8/17/2018 | 0.71 | 329,360 | 0.55 | 124,840 |
| 8/20/2018 | 0.75 | 843,270 | 0.58 | 686,750 |
| 8/21/2018 | 0.76 | 918,770 | 0.59 | 1,108,820 |
| 8/22/2018 | 0.74 | 574,330 | 0.57 | 357,260 |

**Liberty Health Sciences Inc.**
**Closing Stock Price and Volume**

| Date | CSE (in CAD) | | OTC (in USD) | |
|---|---|---|---|---|
| | Price | Volume | Price | Volume |
| 8/23/2018 | 0.72 | 1,081,300 | 0.56 | 334,050 |
| 8/24/2018 | 0.75 | 3,703,180 | 0.58 | 1,452,360 |
| 8/27/2018 | 0.80 | 3,255,340 | 0.62 | 1,552,270 |
| 8/28/2018 | 0.85 | 1,919,840 | 0.66 | 1,159,630 |
| 8/29/2018 | 0.87 | 2,031,170 | 0.68 | 1,434,370 |
| 8/30/2018 | 0.86 | 901,890 | 0.66 | 650,490 |
| 8/31/2018 | 0.90 | 1,076,520 | 0.69 | 809,090 |
| 9/4/2018 | 0.95 | 4,586,240 | 0.72 | 1,358,490 |
| 9/5/2018 | 0.93 | 2,334,270 | 0.71 | 1,419,600 |
| 9/6/2018 | 0.99 | 3,666,470 | 0.76 | 2,603,520 |
| 9/7/2018 | 1.01 | 1,883,590 | 0.76 | 1,132,790 |
| 9/10/2018 | 1.17 | 7,533,770 | 0.89 | 4,872,040 |
| 9/11/2018 | 1.36 | 6,782,170 | 1.04 | 3,211,300 |
| 9/12/2018 | 1.29 | 7,271,730 | 1.00 | 2,921,800 |
| 9/13/2018 | 1.18 | 3,431,130 | 0.91 | 2,250,610 |
| 9/14/2018 | 1.22 | 2,304,360 | 0.94 | 1,331,500 |
| 9/17/2018 | 1.17 | 1,217,640 | 0.91 | 799,900 |
| 9/18/2018 | 1.19 | 2,271,320 | 0.92 | 1,372,160 |
| 9/19/2018 | 1.20 | 2,533,190 | 0.92 | 1,323,750 |
| 9/20/2018 | 1.20 | 1,552,020 | 0.93 | 1,599,840 |
| 9/21/2018 | 1.18 | 1,048,810 | 0.93 | 1,402,890 |
| 9/24/2018 | 1.29 | 3,279,890 | 1.01 | 2,308,170 |
| 9/25/2018 | 1.49 | 3,752,670 | 1.15 | 2,950,390 |
| 9/26/2018 | 1.39 | 4,771,340 | 1.07 | 2,795,810 |
| 9/27/2018 | 1.32 | 1,821,900 | 1.01 | 2,045,810 |
| 9/28/2018 | 1.38 | 1,326,860 | 1.06 | 1,206,570 |
| 10/1/2018 | 1.51 | 9,249,080 | 1.19 | 9,485,380 |
| 10/2/2018 | 1.43 | 4,166,230 | 1.12 | 4,001,720 |
| 10/3/2018 | 1.46 | 2,070,090 | 1.13 | 2,270,850 |
| 10/4/2018 | 1.44 | 1,605,250 | 1.11 | 1,469,480 |
| 10/5/2018 | 1.38 | 1,145,800 | 1.07 | 1,283,670 |
| 10/8/2018 | na | na | 1.06 | 1,150,780 |
| 10/9/2018 | 1.35 | 1,298,560 | 1.03 | 1,528,990 |
| 10/10/2018 | 1.31 | 1,489,950 | 1.01 | 1,631,710 |
| 10/11/2018 | 1.29 | 1,059,180 | 0.99 | 1,104,730 |
| 10/12/2018 | 1.39 | 1,211,700 | 1.05 | 1,287,480 |
| 10/15/2018 | 1.46 | 2,172,450 | 1.13 | 2,476,190 |
| 10/16/2018 | 1.48 | 2,206,980 | 1.14 | 2,465,310 |
| 10/17/2018 | 1.46 | 1,120,470 | 1.12 | 1,473,840 |
| 10/18/2018 | 1.51 | 4,059,320 | 1.13 | 2,798,290 |
| 10/19/2018 | 1.43 | 1,388,320 | 1.10 | 1,168,540 |
| 10/22/2018 | 1.25 | 2,441,640 | 0.96 | 2,983,100 |
| 10/23/2018 | 1.26 | 4,501,450 | 0.97 | 4,164,230 |
| 10/24/2018 | 1.20 | 1,299,180 | 0.92 | 1,231,380 |
| 10/25/2018 | 1.22 | 740,480 | 0.94 | 849,370 |
| 10/26/2018 | 1.19 | 818,010 | 0.89 | 1,636,630 |

**Liberty Health Sciences Inc.**
**Closing Stock Price and Volume**

| Date | CSE (in CAD) | | OTC (in USD) | |
| --- | --- | --- | --- | --- |
| | Price | Volume | Price | Volume |
| 10/29/2018 | 1.08 | 1,232,290 | 0.82 | 1,801,330 |
| 10/30/2018 | 1.15 | 786,790 | 0.87 | 1,084,850 |
| 10/31/2018 | 1.29 | 1,507,070 | 0.98 | 1,466,240 |
| 11/1/2018 | 1.32 | 1,476,180 | 1.02 | 1,595,590 |
| 11/2/2018 | 1.39 | 1,278,300 | 1.07 | 1,120,730 |
| 11/5/2018 | 1.48 | 1,358,320 | 1.13 | 1,438,990 |
| 11/6/2018 | 1.44 | 1,173,320 | 1.10 | 991,860 |
| 11/7/2018 | 1.59 | 2,650,920 | 1.20 | 4,436,090 |
| 11/8/2018 | 1.46 | 2,246,790 | 1.12 | 2,355,790 |
| 11/9/2018 | 1.38 | 652,810 | 1.05 | 996,580 |
| 11/12/2018 | 1.39 | 702,490 | 1.05 | 573,650 |
| 11/13/2018 | 1.35 | 356,250 | 1.02 | 590,630 |
| 11/14/2018 | 1.36 | 1,692,010 | 1.02 | 1,930,490 |
| 11/15/2018 | 1.38 | 840,030 | 1.03 | 851,150 |
| 11/16/2018 | 1.37 | 372,720 | 1.04 | 565,230 |
| 11/19/2018 | 1.38 | 758,040 | 1.03 | 796,300 |
| 11/20/2018 | 1.32 | 1,236,660 | 0.98 | 879,810 |
| 11/21/2018 | 1.39 | 230,340 | 1.05 | 579,360 |
| 11/22/2018 | 1.34 | 102,680 | na | na |
| 11/23/2018 | 1.38 | 252,000 | 1.04 | 188,170 |
| 11/26/2018 | 1.42 | 393,070 | 1.08 | 1,624,450 |
| 11/27/2018 | 1.38 | 503,740 | 1.04 | 846,130 |
| 11/28/2018 | 1.45 | 921,930 | 1.09 | 890,190 |
| 11/29/2018 | 1.40 | 641,190 | 1.06 | 789,340 |
| 11/30/2018 | 1.41 | 613,530 | 1.06 | 687,900 |
| 12/3/2018 | 1.24 | 3,202,650 | 0.93 | 4,421,600 |
| 12/4/2018 | 0.92 | 4,843,900 | 0.70 | 6,030,390 |
| 12/5/2018 | 0.82 | 5,209,450 | na | na |
| 12/6/2018 | 0.94 | 1,055,750 | 0.71 | 6,778,860 |
| 12/7/2018 | 0.88 | 4,983,540 | 0.66 | 4,398,120 |
| 12/10/2018 | 0.95 | 2,255,720 | 0.71 | 1,823,600 |
| 12/11/2018 | 1.06 | 2,981,030 | 0.80 | 2,345,680 |
| 12/12/2018 | 1.10 | 2,123,570 | 0.82 | 1,586,760 |
| 12/13/2018 | 1.01 | 1,310,040 | 0.76 | 781,650 |
| 12/14/2018 | 1.01 | 1,147,600 | 0.75 | 624,860 |
| 12/17/2018 | 0.94 | 707,580 | 0.70 | 745,640 |
| 12/18/2018 | 0.98 | 1,201,960 | 0.71 | 862,390 |
| 12/19/2018 | 0.92 | 489,850 | 0.69 | 451,570 |
| 12/20/2018 | 0.92 | 885,880 | 0.69 | 723,730 |
| 12/21/2018 | 0.83 | 1,498,820 | 0.62 | 1,323,150 |
| 12/24/2018 | 0.85 | 470,400 | 0.63 | 494,590 |
| 12/26/2018 | na | na | 0.66 | 655,380 |
| 12/27/2018 | 0.89 | 2,548,010 | 0.63 | 492,040 |
| 12/28/2018 | 0.94 | 1,061,520 | 0.69 | 978,400 |
| 12/31/2018 | 0.92 | 436,540 | 0.68 | 659,000 |