# Exhibit 10



**LIBERTY HEALTH SCIENCES COMMENCES TRADING ON THE CSE FOLLOWING CLOSING OF BUSINESS COMBINATION**

NOT FOR DISSEMINATION IN THE U.S. OR THROUGH U.S. NEWSWIRES

Toronto, ON; July 26, 2017 – Liberty Health Sciences Inc. (formerly SecureCom Mobile Inc.) (CSE:LHS) ("Liberty" or the "Company") is pleased to announce that, following the closing of the business combination (the "Transaction") previously announced on July 21, 2017, the Corporation's common shares commenced trading on the Canadian Securities Exchange (the "CSE") under the trading symbol "LHS" at the opening of markets on July 26, 2017.

As part of the Transaction, SecureCom Mobile Inc. changed its name to Liberty Health Sciences Inc. and consolidated its shares on a three (3) to one (1) basis.

Liberty was launched to acquire and operate U.S.-based companies in the medical cannabis market, with initial focus of operations in the State of Florida where it entered into an exclusive Management Agreement with Chestnut Hill Tree Farm, LLC ("Chestnut") which grants the company all economic risk and rewards associated with the Florida-based operation. Liberty intends to continue to target, for expansion, key U.S. states that have approved medical use of marijuana and meets its stringent investment criteria. Liberty takes a science-based, data driven approach to continuous improvement and holds itself to the highest standards when it comes to the cultivation and production of medical cannabis.

As a result of the closing of the Transaction, the directors and executive officers of the Company are now:

Vic Neufeld           Chairman
George Scorsis        Chief Executive Officer and Director
Rene Gulliver         Chief Financial Officer
John Cervini          Director
Aaron Serruya         Director
Michael Galloro       Director

Further details about the Transaction and the Company as the resulting issuer from the Transaction are available in the filing statement of SecureCom Mobile Inc. dated June 19, 2017 filed in respect of the Transaction which has been filed under SecureCom Mobile's profile on SEDAR at www.sedar.com. The summary of the Transaction set out herein is qualified in its entirety by reference to the description of the Transaction in the filing statement.

For more information about Liberty please visit www.libertyhealthsciences.com

**About Liberty Health Sciences Inc.**

Liberty Health Sciences Inc. ("Liberty") is an investor and operator in the medical cannabis market, capitalizing on new and existing opportunities in the United States. Liberty's stringent investment criteria for expansion maximizes returns to shareholders, while focusing on significant near and mid-term opportunities. Liberty has an extensive background in highly regulated industries, with expertise in becoming a low-cost producer. Liberty leverages commercial greenhouse knowledge to deliver high-quality, clean and safe pharmaceutical grade cannabis to patients.

For media inquiries, please contact:

Nina Godard
Edelman
nina.godard@edelman.com
416-850-0611