# Exhibit 17



# Liberty Health Sciences Responds to Short-Seller Report

**Toronto, ON – December 6, 2018** — Liberty Health Sciences Inc. (CSE: LHS) (OTCQX: LHSIF) www.libertyhealthsciences.com ("Liberty" or the "Company"), a provider of high quality cannabis, is aware of a short-seller report (the "**Report**") attempting to manipulate Liberty's share price through a series of unconfirmed allegations.

The Report contains a number of factual errors and outdated information. As cited in the Report's disclaimers, its authors stand to benefit financially by manipulating Liberty's stock. Investors should exercise caution in relying on the statements contained in this Report. Liberty takes the unconfirmed allegations contained in the Report very seriously and will provide updates as they relate to this matter in due course. Liberty is committed to good corporate governance and transparency.

**About Liberty Health Sciences Inc.**
Liberty is the cannabis provider committed to providing a trusted, high quality cannabis experience based on our genuine care for all cannabis users and a focus on operational excellence from seed to sale and beyond. Liberty's measured approach to expansion opportunities maximizes returns to shareholders, while keeping consumers' well-being at the forefront of what we do. For more information, please visit: www.libertyhealthsciences.com.

CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS: This press release contains certain forward-looking statements within the meaning of applicable securities laws. Any statements that are contained in this news release that are not statements of historical fact may be deemed to be forward-looking statements. Forward-looking statements are often identified by terms such as "may", "should", "anticipate", "expect", "believe", "plan", "intend" or the negative of these terms and similar expressions. Forward-looking statements necessarily involve known and unknown risks, including, without limitation, risks associated with general economic conditions; adverse industry events; marketing costs; loss of markets; future legislative and regulatory developments involving medical marijuana; inability to access sufficient capital from internal and external sources, and/or inability to access sufficient capital on favorable terms; the medical marijuana industry in the United States generally, income tax and regulatory matters; the ability of Liberty to implement its business strategies; competition; crop failure; currency and interest rate fluctuations and other risks. Readers are cautioned that the foregoing list is not exhaustive. Readers are further cautioned not to place undue reliance on forward-looking statements as there can be no assurance that the plans, intentions or expectations upon which they are placed will occur. Such information, although considered reasonable by management at the time of preparation, may prove to be incorrect and actual results may differ materially from those anticipated. Forward-looking statements contained in this news release are expressly qualified by this cautionary statement.

**Media Contacts:**
Dwain Schenck
203-223-5230
dwain@schenckstrategies.com

1

Stephanie Kubacki
Vice-President, Marketing
415-830-7337
skubacki@libertyhealthsciences.com

#