# Exhibit 18

# FORM 9

## NOTICE OF PROPOSED ISSUANCE OF LISTED SECURITIES
### (or securities convertible or exchangeable into listed securities[1])

Please complete the following:

Name of Listed Issuer:  Liberty Health Sciences Inc.                    (the "Issuer").

Trading Symbol:  LHS .

Date:  July 20, 2017 .

Is this an updating or amending Notice:          ☐Yes          XNo

If yes provide date(s) of prior Notices:  _____.

Issued and Outstanding Securities of Issuer Prior to Issuance:  229,293,659.

Date of News Release Announcing Private Placement:  April 4, 2017 .

Closing Market Price on Day Preceding the Issuance of the News Release: N/A.

**1.      Private Placement (if shares are being issued in connection with an acquisition (either as consideration or to raise funds for a cash acquisition), proceed to Part 2 of this form)**

See attached spreadsheet.

| Full Name & Residential Address of Placee | Number of Securities Purchased or to be Purchased | Purchase price per Security (CDN$) | Conversion Price (if Applicable) | Prospectus Exemption | No. of Securities, directly or indirectly, Owned, Controlled or Directed | Payment Date(1) | Describe relations-hip to Issuer (2) |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

(1) Indicate date each placee advanced or is expected to advance payment for securities.  Provide details of expected payment date, conditions to release of funds etc.  Indicate if the placement funds been placed in trust pending receipt of all necessary approvals.

(2)  Indicate if Related Person.

[1]An issuance of non-convertible debt does not have to be reported unless it is a significant transaction as defined in Policy 7, in which case it is to be reported on Form 10.

1.        Total amount of funds to be raised: $34,149,997.23                              .

2.        Provide full details of the use of the proceeds.  The disclosure should be sufficiently complete to enable a reader to appreciate the significance of the transaction without reference to any other material.  A portion of the proceeds were used to fund the Acquisition (as defined below) with the balance being held in escrow in accordance with the terms of a subscription receipt agreement between the Issuer, TSX Trust (as receipt agent) and the subscribers under the offering. Balance of proceeds to be used for strategic initiatives and expansion following closing of the Business Combination.

3.        Provide particulars of any proceeds which are to be paid to Related Persons of the Issuer: N/A .

4.        If securities are issued in forgiveness of indebtedness, provide details and attach the debt agreement(s) or other documentation evidencing the debt and the agreement to exchange the debt for securities. N/A

5.        Description of securities to be issued:

         (a)        Class  Subscription Receipts convertible into Common Shares      .

         (b)        Number 54,727,562 (taking into account 3 to 1 consolidation and individual rounding)  .

         (c)        Price per security $0.624 (taking into account 3 to 1 consolidation) .

         (d)        Voting rights None (one vote per Common Share upon conversion)

6.        Provide the following information if Warrants, (options) or other convertible securities are to be issued:

         (a)        Number N/A                                                        .

         (b)        Number of securities eligible to be purchased on exercise of Warrants (or options)  N/A

         (c)        Exercise price N/A                                                .

---

(d)        Expiry date   N/A                                                                                    .

7.        Provide the following information if debt securities are to be issued:

(a)        Aggregate principal amount N/A                                                            .

(b)        Maturity date N/A                                                                                    .

(c)        Interest rate N/A                                                                                      .

(d)        Conversion terms N/A                                                                              .


(e)        Default provisions N/A                                                                            .

8.        Provide the following information for any agent's fee, commission, bonus or finder's fee, or other compensation paid or to be paid in connection with the placement (including warrants, options, etc.):

(a)        Details of any dealer, agent, broker or other person receiving compensation in connection with the placement (name, address. If a corporation, identify persons owning or exercising voting control over 20% or more of the voting shares if known to the Issuer): Clarus Securities Inc. 130 King St. West, Suite 3640, Toronto, ON M5X 1A9 .

(b)        Cash $1,869,000.02                                                          .

(c)        Securities 2,995,191 Broker Warrants (taking into account the 3 to 1 consolidation)                                                                        .

(d)        Other N/A                                                                              .

(e)        Expiry date of any options, warrants etc. April 27, 2019            .

(f)        Exercise price of any options, warrants etc. $0.624 (taking into account 3 to 1 consolidation)                                                  .

9.        State whether the sales agent, broker, dealer or other person receiving compensation in connection with the placement is Related Person or has any other relationship with the Issuer and provide details of the relationship

Not a Related Person

10.        Describe any unusual particulars of the transaction (i.e. tax "flow through" shares, etc.).

<u>Sub receipt offering</u>                                                                                                            .

11.     State whether the private placement will result in a change of control.

        <u>No</u>                                                                                                                  .

12.     Where there is a change in the control of the Issuer resulting from the issuance of the private placement shares, indicate the names of the new controlling shareholders.  <u>N/A</u>

        _____

        _____  .


13.     Each purchaser has been advised of the applicable securities legislation restricted or seasoning period.  All certificates for securities issued which are subject to a hold period bear the appropriate legend restricting their transfer until the expiry of the applicable hold period required by National Instrument 45-102..

## 2.      Acquisition

1.      Provide details of the assets to be acquired by the Issuer (including the location of the assets, if applicable).  The disclosure should be sufficiently complete to enable a reader to appreciate the significance of the transaction without reference to any other material:

        <u>On March 30, 2017, DFMMJ Investments, LLC  ("**AcquireCo**") and Chestnut entered into the Acquisition Agreement pursuant to which AcquireCo agreed to acquire (the "**Acquisition**"), and Chestnut Hill Tree Farm LLC ("**Chestnut**") agreed to sell, all or substantially all of the assets of Chestnut, the principal asset of which consists of the License issued by the Florida Department of Health, Office of Compassionate Use under the provisions of the *Compassionate Medical Cannabis Act of 2014*. The License permits Chestnut to operate as a "dispensing organization" under applicable Florida law and to possess, cultivate, process, dispense and sell medical marijuana in the State of Florida.</u>

2.      Provide details of the acquisition including the date, parties to and type of agreement (eg: sale, option, license etc.) and relationship to the Issuer. The disclosure should be sufficiently complete to enable a reader to appreciate the significance of the acquisition without reference to any other material:

        <u>The Acquisition between AcquireCo and Chestnut was completed on May 19, 2017 in accordance with the terms of the Acquisition Agreement and related amendments.</u>


3.      Provide the following information in relation to the total consideration for the acquisition (including details of all cash, securities or other consideration) and any required work commitments:

(a)    Total aggregate consideration in Canadian dollars: <u>US$40,000,000 (equal to ~$50,525,000)</u> .

(b)    Cash: <u>Full amount</u> .

(c)    Securities (including options, warrants etc.) and dollar value: <u>N/A</u>
_____ .

(d)    Other: <u>N/A</u> .

(e)    Expiry date of options, warrants, etc. if any: N/A_____ .

(f)    Exercise price of options, warrants, etc. if any: N/A_____ .

(g)    Work commitments: <u>N/A</u> .

4.    State how the purchase or sale price was determined (e.g. arm's-length negotiation, independent committee of the Board, third party valuation etc).

   <u>Arm's length negotiation.</u>

5.    Provide details of any appraisal or valuation of the subject of the acquisition known to management of the Issuer: <u>N/A</u>_____
_____ .

6.    The names of parties receiving securities of the Issuer pursuant to the acquisition and the number of securities to be issued are described as follows:_____ N/A

| Name of Party (If not an individual, name all insiders of the Party) | Number and Type of Securities to be Issued | Dollar value per Security (CDN$) | Conversion price (if applicable) | Prospectus Exemption | No. of Securities, directly or indirectly, Owned, Controlled or Directed by Party | Describe relationship to Issuer [1] |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

(1) Indicate if Related Person

7.    Details of the steps taken by the Issuer to ensure that the vendor has good title to the assets being acquired: <u>N/A</u>_____
_____ .

8.      Provide the following information for any agent's fee, commission, bonus or finder's fee, or other compensation paid or to be paid in connection with the acquisition (including warrants, options, etc.):   N/A

    (a)      Details of any dealer, agent, broker or other person receiving compensation in connection with the acquisition (name, address. If a corporation, identify persons owning or exercising voting control over 20% or more of the voting shares if known to the Issuer): _____ _____.

    (b)      Cash _____ .

    (c)      Securities _____ .

    (d)      Other _____ .

    (e)      Expiry date of any options, warrants etc. _____

    (f)      Exercise price of any options, warrants etc. _____ .

9.      State whether the sales agent, broker or other person receiving compensation in connection with the acquisition is a Related Person or has any other relationship with the Issuer and provide details of the relationship.

    N/A._____
_____
_____

10.      If applicable, indicate whether the acquisition is the acquisition of an interest in property contiguous to or otherwise related to any other asset acquired in the last 12 months. N/A_____
_____
_____ .

---

**Certificate Of Compliance**

The undersigned hereby certifies that:

1.      The undersigned is a director and/or senior officer of the Issuer and has been duly authorized by a resolution of the board of directors of the Issuer to sign this Certificate of Compliance on behalf of the Issuer.

2.      As of the date hereof there is not material information concerning the Issuer which has not been publicly disclosed.

3.      The undersigned hereby certifies to the Exchange that the Issuer is in compliance with the requirements of applicable securities legislation (as such term is defined in National Instrument 14-101) and all Exchange Requirements (as defined in CSE Policy 1).

4.      All of the information in this Form 9 Notice of Issuance of Securities is true.


Dated July 20, 2017                                    .

                                                Rene Gulliver                        
                                                Name of Director or Senior
                                                Officer

                                                (*Signed*) "Rene Gulliver"        
                                                Signature

                                                Chief Financial Officer            
                                                Official Capacity

| Full Name | Residential Address of Placee | Number of Securities Purchased or to be Purchased | Purchase price per Security (CDN$) | Conversion Price (if applicable) | Prospectus Exemption | No. of Securities, directly or indirectly, Owned, Controlled or Directed | Payment Date(1) | Describe relationship to Issuer (2) |
|---|---|---|---|---|---|---|---|---|
| Rene Gulliver | ON | 400,643 | $0.624 | N/A | Accredited Investor | 400,643 | 27-Apr-17 | Yes |
| Jamie Mastronardi | ON | 320,513 | $0.624 | N/A | Accredited Investor | 320,513 | 27-Apr-17 | |
| RMO Holdings Ltd. | ON | 320,513 | $0.624 | N/A | Accredited Investor | 320,513 | 27-Apr-17 | |
| Vic Neufeld | ON | 280,451 | $0.624 | N/A | Accredited Investor | 280,451 | 27-Apr-17 | Yes |
| Ercole Cacciavillani | ON | 240,387 | $0.624 | N/A | Accredited Investor | 240,387 | 27-Apr-17 | |
| Fulfill Holdings Inc. | ON | 240,387 | $0.624 | N/A | Accredited Investor | 240,387 | 27-Apr-17 | |
| Deanne Cervini | ON | 240,387 | $0.624 | N/A | Accredited Investor | 240,387 | 27-Apr-17 | |
| Nina Cacciavillani | ON | 160,257 | $0.624 | N/A | Accredited Investor | 160,257 | 27-Apr-17 | |
| Arlene Dickinson | AB | 160,257 | $0.624 | N/A | Accredited Investor | 160,257 | 27-Apr-17 | |
| Rob Kozlov | ON | 160,257 | $0.624 | N/A | Accredited Investor | 160,257 | 27-Apr-17 | |
| Mary Jo Camboia | ON | 160,257 | $0.624 | N/A | Accredited Investor | 160,257 | 27-Apr-17 | |
| Domenic Mastronardi | ON | 160,257 | $0.624 | N/A | Accredited Investor | 160,257 | 27-Apr-17 | |
| Bob Dent | ON | 160,257 | $0.624 | N/A | Accredited Investor | 160,257 | 27-Apr-17 | |
| Bob Kipping | ON | 160,257 | $0.624 | N/A | Accredited Investor | 160,257 | 27-Apr-17 | |
| George Scorsis | ON | 160,257 | $0.624 | N/A | Accredited Investor | 160,257 | 27-Apr-17 | Yes |
| Phil Hildebrand | MB | 160,257 | $0.624 | N/A | Accredited Investor | 160,257 | 27-Apr-17 | |
| Julie DiSchiavio | ON | 160,257 | $0.624 | N/A | Accredited Investor | 160,257 | 27-Apr-17 | |
| JAG World Wide Imports / Tony Dimenna | ON | 160,257 | $0.624 | N/A | Accredited Investor | 160,257 | 27-Apr-17 | |
| Rob Petroni | ON | 80,127 | $0.624 | N/A | Accredited Investor | 80,127 | 27-Apr-17 | |
| Rob Petroni | ON | 80,130 | $0.624 | N/A | Accredited Investor | 80,130 | 27-Apr-17 | |

Case 1:19-cv-00161-MKV-SLC   Document 55-19   Filed 04/24/20   Page 10 of 14

| Name | Prov | Shares | Price | | Investor Type | Total | Date | |
|---|---|---|---|---|---|---|---|---|
| Dennis Staudt | ON | 80,133 | $0.624 | N/A | Accredited Investor | 80,133 | 27-Apr-17 | |
| Carl Merton | ON | 80,133 | $0.624 | N/A | Accredited Investor | 80,133 | 27-Apr-17 | |
| Gregg Battersby | ON | 80,133 | $0.624 | N/A | Accredited Investor | 80,133 | 27-Apr-17 | |
| Dave Janik | ON | 80,133 | $0.624 | N/A | Accredited Investor | 80,133 | 27-Apr-17 | |
| Megan McCrae | ON | 80,133 | $0.624 | N/A | Accredited Investor | 80,133 | 27-Apr-17 | |
| Ray Merton | ON | 80,133 | $0.624 | N/A | Accredited Investor | 80,133 | 27-Apr-17 | |
| Robert Neufeld | ON | 80,133 | $0.624 | N/A | Accredited Investor | 80,133 | 27-Apr-17 | |
| Victoria Neufeld | ON | 80,063 | $0.624 | N/A | Accredited Investor | 80,063 | 27-Apr-17 | |
| John Aird | ON | 40,067 | $0.624 | N/A | Accredited Investor | 40,067 | 27-Apr-17 | |
| Christopher Shaloub | ON | 80,133 | $0.624 | N/A | Accredited Investor | 80,133 | 27-Apr-17 | |
| Frederick Rabb | ON | 80,133 | $0.624 | N/A | Accredited Investor | 80,133 | 27-Apr-17 | |
| MICHAEL SERRUYA | ON | 6,769,231 | $0.624 | N/A | Accredited Investor | 6,769,231 | 27-Apr-17 | |
| SIMON SERRUYA | ON | 8,455,118 | $0.624 | N/A | Accredited Investor | 8,455,118 | 27-Apr-17 | |
| AARON N SERRUYA | ON | 988,782 | $0.624 | N/A | Accredited Investor | 988,782 | 27-Apr-17 | |
| CLARA SERRUYA | ON | 254,808 | $0.624 | N/A | Accredited Investor | 254,808 | 27-Apr-17 | |
| ASHLEY SERRUYA | ON | 118,590 | $0.624 | N/A | Accredited Investor | 118,590 | 27-Apr-17 | |
| CLAIRE SERRUYA | ON | 118,590 | $0.624 | N/A | Accredited Investor | 118,590 | 27-Apr-17 | |
| AARON SERRUYA | ON | 7,227,564 | $0.624 | N/A | Accredited Investor | 7,227,564 | 27-Apr-17 | |
| SAMUEL SERRUYA | ON | 105,769 | $0.624 | N/A | Accredited Investor | 105,769 | 27-Apr-17 | |
| FRANK HERSCH / LOGIQ CAPITAL 2016 | ON | 9,615,383 | $0.624 | N/A | Accredited Investor | 10,448,716 | 27-Apr-17 | Yes |
| DELAVACO HOLDINGS INC. | ON | 240,388 | $0.624 | N/A | Accredited Investor | 5,573,721 | 27-Apr-17 | |
| DEFRANCESCO MOTORSPORTS INC. | ON | 80,128 | $0.624 | N/A | Accredited Investor | 880,128 | 27-Apr-17 | |
| NAMASTE GORGIE INC. | ON | 160,257 | $0.624 | N/A | Accredited Investor | 5,193,590 | 27-Apr-17 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CATHERINE DEFRANCESCO ITF SUMMER DEFRANCESCO | ON | 40,064 | $0.624 | N/A | Accredited Investor | 1,373,397 | 27-Apr-17 |
| CATHERINE DEFRANCESCO ITF DEVLIN DEFRANCESCO | ON | 40,064 | $0.624 | N/A | Accredited Investor | 1,373,397 | 27-Apr-17 |
| CATHERINE DEFRANCESCO ITF AVA DEFRANCESCO | ON | 40,064 | $0.624 | N/A | Accredited Investor | 1,373,397 | 27-Apr-17 |
| CATHERINE DEFRANCESCO ITF LACHLAN DEFRANCESCO | ON | 40,064 | $0.624 | N/A | Accredited Investor | 1,373,397 | 27-Apr-17 |
| CURTIS CUSINATO ITF CONNELL CUSINATO | ON | 20,032 | $0.624 | N/A | Accredited Investor | 120,032 | 27-Apr-17 |
| CURTIS CUSINATO ITF CRISTOPHER CUSINATO | ON | 20,032 | $0.624 | N/A | Accredited Investor | 120,032 | 27-Apr-17 |
| CURTIS CUSINATO ITF CAROLINE CUSINATO | ON | 20,032 | $0.624 | N/A | Accredited Investor | 120,032 | 27-Apr-17 |
| CURTIS CUSINATO ITF CALLUM CUSINATO | ON | 20,032 | $0.624 | N/A | Accredited Investor | 120,032 | 27-Apr-17 |
| CATHERINE DEFRANCESCO / MARCANDY INVESTMENTS CORP. | ON | 801,287 | $0.624 | N/A | Accredited Investor | 801,287 | 27-Apr-17 |
| RESY MUZZO & MARC MUZZO | ON | 1,602,567 | $0.624 | N/A | Accredited Investor | 1,602,567 | 27-Apr-17 |
| MICHAEL GODSOE / GODSOE FINANCIAL CAPITAL LTD | ON | 80,130 | $0.624 | N/A | Accredited Investor | 80,130 | 27-Apr-17 |
| JOHANN LAU / SPROTT ASSET MANAGEMENT L.P. | ON | 1,201,923 | $0.624 | N/A | Accredited Investor | 1,201,923 | 27-Apr-17 |
| TERRY ALEXANDER / BALES HOLDING CORP. | ON | 120,192 | $0.624 | N/A | Accredited Investor | 120,192 | 27-Apr-17 |
| SCOTT DEXTER / HRD TRUST | ON | 80,128 | $0.624 | N/A | Accredited Investor | 80,128 | 27-Apr-17 |
| CURTIS POPE / 2118278 ONTARIO LTD | ON | 504,807 | $0.624 | N/A | Accredited Investor | 504,807 | 27-Apr-17 |
| NICK ORLANDO | ON | 29,553 | $0.624 | N/A | Accredited Investor | 29,553 | 27-Apr-17 |
| JOE PULLA / NICKLEN LOGISTICS | ON | 83,333 | $0.624 | N/A | Accredited Investor | 83,333 | 27-Apr-17 |
| DAN BRUNO / DB CELESTE INVESTMENTS INC. | ON | 41,667 | $0.624 | N/A | Accredited Investor | 41,667 | 27-Apr-17 |
| BRIAN VYNER | ON | 200,000 | $0.624 | N/A | Accredited Investor | 200,000 | 27-Apr-17 |

| Name | Province | Amount | | Type | Price | Amount | Date |
|---|---|---|---|---|---|---|---|
| MARC HYATT / HYATT HOLDINGS INC. | ON | 80,000 | N/A | Accredited Investor | $0.624 | 80,000 | 27-Apr-17 |
| ROBERT HALPERN | ON | 166,667 | N/A | Accredited Investor | $0.624 | 166,667 | 27-Apr-17 |
| ALBERT IMBRAGNO / CANAMERICA CAPITAL CORP | ON | 80,000 | N/A | Accredited Investor | $0.624 | 80,000 | 27-Apr-17 |
| PAUL KANIA | ON | 13,333 | N/A | Accredited Investor | $0.624 | 13,333 | 27-Apr-17 |
| VICTORIA ORLANDO | ON | 33,333 | N/A | Accredited Investor | $0.624 | 33,333 | 27-Apr-17 |
| ANDREW RUDENSKY / DARK HORSE FINANCIAL | ON | 33,333 | N/A | Accredited Investor | $0.624 | 33,333 | 27-Apr-17 |
| MAX DEANGELIS | ON | 801,283 | N/A | Accredited Investor | $0.624 | 801,283 | 27-Apr-17 |
| ANNE BROWN | QC | 80,128 | N/A | Accredited Investor | $0.624 | 80,128 | 27-Apr-17 |
| BRADLEY NULLMEYER | ON | 120,167 | N/A | Accredited Investor | $0.624 | 120,167 | 27-Apr-17 |
| JENNIFER BLAKE & DINO DOOHER | ON | 40,000 | N/A | Accredited Investor | $0.624 | 40,000 | 27-Apr-17 |
| SOFILIA LOGISTICS GROUP INC. | ON | 38,680 | N/A | Accredited Investor | $0.624 | 38,680 | 27-Apr-17 |
| DONALD MINTZ | ON | 41,667 | N/A | Accredited Investor | $0.624 | 41,667 | 27-Apr-17 |
| JAMES WIEGAND | ON | 40,000 | N/A | Accredited Investor | $0.624 | 40,000 | 27-Apr-17 |
| MICHAEL HOLIDAY / HOLIDAY MARKETING LIMITED | ON | 80,128 | N/A | Accredited Investor | $0.624 | 80,128 | 27-Apr-17 |
| ROBERT BELIAK | ON | 80,128 | N/A | Accredited Investor | $0.624 | 80,128 | 27-Apr-17 |
| ADAM KELLER / CORPORATE FLIGHT MANAGEMENT INC. | ON | 80,128 | N/A | Accredited Investor | $0.624 | 80,128 | 27-Apr-17 |
| GIUSEPPE SCOLERI | ON | 80,128 | N/A | Accredited Investor | $0.624 | 80,128 | 27-Apr-17 |
| JIM BEQAJ | ON | 80,128 | N/A | Accredited Investor | $0.624 | 80,128 | 27-Apr-17 |
| JAMES MCDONALD | AB | 40,000 | N/A | Accredited Investor | $0.624 | 40,000 | 27-Apr-17 |
| ANTONIO DIMENNA / JAG WORLD WIDE IMPORTS | ON | 641,027 | N/A | Accredited Investor | $0.624 | 641,027 | 27-Apr-17 |
| JIM V. DE GASPERIS / MARANELLO HOLDINGS LTD. | ON | 320,513 | N/A | Accredited Investor | $0.624 | 320,513 | 27-Apr-17 |

| Name | Province | Shares | Price | | Type | Shares | Date |
|---|---|---|---|---|---|---|---|
| ROMEO DE GASPERIS | ON | 320,513 | $0.624 | N/A | Accredited Investor | 320,513 | 27-Apr-17 |
| SIMON YAKUBOWICZ | ON | 504,807 | $0.624 | N/A | Accredited Investor | 504,807 | 27-Apr-17 |
| COLIN FISHER / STABLEVIEW ASSET MGMT INC. | ON | 352,883 | $0.624 | N/A | Accredited Investor | 352,883 | 27-Apr-17 |
| YOEL ALTMAN / DIOCLES CAPITAL INC. | ON | 320,517 | $0.624 | N/A | Accredited Investor | 320,517 | 27-Apr-17 |
| PETER KIRBY | ON | 221,850 | $0.624 | N/A | Accredited Investor | 221,850 | 27-Apr-17 |
| KEVIN KIRBY | ON | 66,667 | $0.624 | N/A | Accredited Investor | 66,667 | 27-Apr-17 |
| MATT SHADBOLT | ON | 32,000 | $0.624 | N/A | Accredited Investor | 32,000 | 27-Apr-17 |
| GRAHAM SAUNDERS | ON | 120,192 | $0.624 | N/A | Accredited Investor | 120,192 | 27-Apr-17 |
| GRAHAM SAUNDERS / THE SAUNDERS FAMILY TRUST | ON | 120,192 | $0.624 | N/A | Accredited Investor | 120,192 | 27-Apr-17 |
| ADAM ARVIV / ACQUISITION GROUP LIMITED | ON | 320,517 | $0.624 | N/A | Accredited Investor | 320,517 | 27-Apr-17 |
| BROCK WINTERTON | ON | 200,323 | $0.624 | N/A | Accredited Investor | 200,323 | 27-Apr-17 |
| ANDREW POWERS | ON | 40,064 | $0.624 | N/A | Accredited Investor | 40,064 | 27-Apr-17 |
| RAJIV RAI / R3 CONCEPTS INC. | ON | 240,387 | $0.624 | N/A | Accredited Investor | 240,387 | 27-Apr-17 |
| CURTIS CUSINATO ITF CONNELL CUSINATO | ON | 160,257 | $0.624 | N/A | Accredited Investor | 160,257 | 27-Apr-17 |
| CONNOR CRUISE | BC | 40,063 | $0.624 | N/A | Accredited Investor | 40,063 | 27-Apr-17 |
| MARIO BOSCARINO | ON | 33,333 | $0.624 | N/A | Accredited Investor | 33,333 | 27-Apr-17 |
| THOMAS NOVAKOSKI / 83 CAPITAL HOLDING INC. | ON | 166,667 | $0.624 | N/A | Accredited Investor | 166,667 | 27-Apr-17 |
| MARK T. MCGINNIS | ON | 50,640 | $0.624 | N/A | Accredited Investor | 50,640 | 27-Apr-17 |
| ANNE MCGINNIS | ON | 33,333 | $0.624 | N/A | Accredited Investor | 33,333 | 27-Apr-17 |
| KEVIN COOMBES / CPT INC. | ON | 33,333 | $0.624 | N/A | Accredited Investor | 33,333 | 27-Apr-17 |
| K2 ASSET MANAGEMENT | ON | 33,333 | $0.624 | N/A | Accredited Investor | 33,333 | 27-Apr-17 |

Case 1:19-cv-00161-MKV-SLC    Document 55-19    Filed 04/24/20    Page 14 of 14

| Name | State | Shares | Price | | Investor Type | Shares | Date |
|---|---|---|---|---|---|---|---|
| MAZHAR SHEIKH | ON | 50,000 | $0.624 | N/A | Accredited Investor | 50,000 | 27-Apr-17 |
| ASAD SHEIKH | ON | 33,333 | $0.624 | N/A | Accredited Investor | 33,333 | 27-Apr-17 |
| ELIAS KOSTOPOULOS | ON | 400,640 | $0.624 | N/A | Accredited Investor | 400,640 | 27-Apr-17 |
| FRANK TETI / 1701167 ONTARIO LIMITED | ON | 160,257 | $0.624 | N/A | Accredited Investor | 160,257 | 27-Apr-17 |
| JOSEPH STAUFFER | ON | 166,667 | $0.624 | N/A | Accredited Investor | 166,667 | 27-Apr-17 |
| KEN KNAPP | ON | 80,130 | $0.624 | N/A | Accredited Investor | 80,130 | 27-Apr-17 |
| ANTHONY VELLA / 2443904 ONTARIO INC. | ON | 160,257 | $0.624 | N/A | Accredited Investor | 1,293,590 | 27-Apr-17 |
| TOM MONAHAS / CLARUS SECURITIES INC. | ON | 160,250 | $0.624 | N/A | Accredited Investor | 160,250 | 27-Apr-17 |
| Terei International Ltd. | France | 2,403,833 | $0.624 | N/A | Accredited Investor | 2,403,833 | 27-Apr-17 |
| GRQ Consultants Inc. Roth 401K FBO Barry Honig | Florida | 801,282 | $0.624 | N/A | Accredited Investor | 17,601,282 | 27-Apr-17 |
| | | 54,727,562 | | | | | |