# EXHIBIT 6



NOTE    Share

FP Guide to the coronavirus pandemic  *Read More →*

Sign In

# FINANCIAL POST

NEWS · INVESTING · MARKETS · PERSONAL FINANCE · INNOVATION · FP COMMENT · ENTREPRENEUR · EXECUTIVE · FP MAGAZINE · SUBSCRIBE · MORE · NATIONAL PO

# For Liberty Health Sciences, the real cannabis prize lies stateside

*CEO George Scorsis recognizes there's great competition, but rides on the confidence of owning cultivation, distribution and sale*



George Scorsis at his Toronto office. *Peter J. Thompson / National Post file photo*

SPECIAL TO FINANCIAL POST

ANNA SHARRATT

September 11, 2018
6:48 AM EDT
**Last Updated**
September 11, 2018
6:48 AM EDT

Filed under
**Cannabis**

 Comment

 Facebook

The pending legalization of recreational cannabis in Canada may be attracting all the attention these days, but for Liberty Health Sciences Inc. chief executive George Scorsis, it's the opportunities that lie south of the border that are all-consuming.

Florida-based Liberty, which until this month counted cannabis giant Aphria among its largest shareholders, has been building a foothold in a rapidly growing U.S. medical cannabis market that is expected to have sales of US$13.3 billion by 2020.

So far, that foothold includes 250,000 square feet of greenhouse space, a handful of dispensaries and a rapidly growing patient base.

NOTE     Share

FP Guide to the coronavirus pandemic   *Read More →*

Sign In

# FINANCIAL POST

NEWS · INVESTING · MARKETS · PERSONAL FINANCE · INNOVATION · FP COMMENT · ENTREPRENEUR · EXECUTIVE · FP MAGAZINE · SUBSCRIBE · MORE · NATIONAL PC

STORY CONTINUES BELOW

Among the pending developments that could accelerate that process for Liberty are proposed changes to U.S. hemp laws.

The U.S. Hemp Farming Act of 2018, a proposed law to remove hemp from Schedule I controlled substances, received Senate approval in early July and could be passed as early as this fall. Should this happen, it will open the door to the development of hemp health and wellness products, such as body care items and vitamins.

That's because cannabidiol (CBD), a component of hemp, will be able to be grown cheaply and allowed to cross state lines — and firms such as Liberty will be able to sell products outside the state in which they produce it.

"For the first time, cannabinoids will be able to be transferred — and products will be developed," Scorsis says, adding that he's already been asked to develop sunscreens or supplements with CBD by a number of firms.

While the opportunities are plentiful, Scorsis is frank about the challenges the company faces. He realizes the cannabis market is teeming with new entrants. Competition will be stiff — and financing all these campaigns will be expensive as Liberty jockeys for position.

It will also have to get there seemingly without direct support from Aphria, which last week announced it was divesting its remaining 20

Case 1:19-cv-00161-MKV-SLC    Document 65-6    Filed 06/01/20    Page 4 of 7

NOTE      Share

FP Guide to the coronavirus pandemic   *Read More →*

Sign In

# FINANCIAL POST

NEWS  ·  INVESTING  ·  MARKETS  ·  PERSONAL FINANCE  ·  INNOVATION  ·  FP COMMENT  ·  ENTREPRENEUR  ·  EXECUTIVE  ·  FP MAGAZINE  ·  SUBSCRIBE  ·  MORE  ·  NATIONAL PO

per cent.)

"We view this decision as only a temporary departure from investment in the U.S. cannabis industry until such time as U.S. federal cannabis laws are reformed," Aphria CEO Vic Neufeld said in a release on Thursday. "We look forward to watching our strategic partner Liberty continue to execute on the many opportunities emerging today."

In the meantime, Scorsis is bullish on Liberty's position in the medical marijuana space, where he notes they own "cultivation, distribution and sale."

The LP is headquartered in Gainesville — where it has greenhouses as well as processing facilities and dispensaries — and expects its production capacity will be approximately 14,600 kilograms annually by early next year.

This month, it announced that its revenue, though still modest, had nearly doubled quarter over quarter in the period ended Aug. 31, to $2.2 million. Its patient numbers also doubled, to 10,000.

"It's one of the fastest-growing markets in the U.S.," Scorsis says.

> *Liberty expects its production capacity will be approximately 14,600 kilograms annually by early next year*



He says Liberty's edge comes down to education. Each dispensary — the company is opening its fifth and hopes to eventually grow the network to 30 — bills itself as a cannabis education centre, where information is easily accessible to patients, most of whom are over the age of 50 and have never used medical marijuana.

To that end, Liberty has physician-trained counsellors within its dispensaries who help explain how cannabis can assist with each patient's specific medical condition.

NOTE     Share

FP Guide to the coronavirus pandemic   *Read More →*

Sign In

# FINANCIAL POST

NEWS  ·  INVESTING  ·  MARKETS  ·  PERSONAL FINANCE  ·  INNOVATION  ·  FP COMMENT  ·  ENTREPRENEUR  ·  EXECUTIVE  ·  FP MAGAZINE  ·  SUBSCRIBE  ·  MORE  ·  NATIONAL PO

Other states that Liberty is targeting for expansion include Pennsylvania, Maryland, Michigan, Connecticut, New Jersey and New York.

There's no doubt Scorsis has a tall order to fill.

"I don't sleep," he says, downing a coffee before an investor call.

"We have a strategy for adult use. We have a strategy for medical. We believe that we want to be the largest players in the U.S. space."

**Comments**
*Join the conversation →*

---

In-depth reporting on the innovation economy from The Logic, brought to you in partnership with the Financial Post.

 Co-working spaces could play a key role in the post–pandemic world of work—if they can survive the shutdown

 Letter from the editor: Regulating Big Tech requires nuance, not petulance

 Trump's executive order targeting social media could complicate global efforts to regulate digital platforms

 E-scooter company Lime lays off nearly all Canadian employees

## CANNABIS

 Canopy Growth shares plunge after loss bigger than expected

The cannabis sector is still hiring and the number of applicants looking for work has exploded

NOTE    Share

FP Guide to the coronavirus pandemic  *Read More →*

Sign In

# FINANCIAL POST

NEWS  ·  INVESTING  ·  MARKETS  ·  PERSONAL FINANCE  ·  INNOVATION  ·  FP COMMENT  ·  ENTREPRENEUR  ·  EXECUTIVE  ·  FP MAGAZINE  ·  SUBSCRIBE  ·  MORE  ·  NATIONAL PC

 Canopy announces sweeping scaleback, sharply reversing former growth strategy under Bruce Linton

 Canopy Growth to shut down facility in Saskatchewan, exit South Africa operations

 'Extinction-level event' looms for some cannabis companies as cash dwindles

## TOP STORIES

 *Watch* Coronavirus glimpse of oil demand disruption coming in not-so-distant future, warns Suncor CEO
The comments are a stark prediction in an industry that frequently downplays the impact of electrification

 Reitmans to cut Thyme Maternity and Addition Elle brands and 1,400 jobs in restructuring
The 54 Thyme Maternity stores and 77 Addition Elle locations will close this summer

 Posthaste: Racial divide, trade tensions, pandemic and unemployment carnage — yet markets rally on 'reopening joy'
Sure, markets are looking to the future — but can we honestly say medium-term economic prospects look any better

 What you need to know about the new June 1 tax-filing deadline
Jamie Golombek: Is there any real rush to file by June 1 if there are no penalties as long as you file by Sept. 1?

## COMMENTS

Postmedia is committed to maintaining a lively but civil forum for discussion and encourage all readers to share their views on our articles. Comments may take up to an hour for moderation before appearing on the site. We ask you to keep your comments relevant and respectful. We have enabled email notifications—you will now receive an email if you receive a reply to your comment, there is an update to a comment thread you follow or if a user you follow comments. Visit our community guidelines for more information and details on how to adjust your email settings.

*Sign in to Comment*

NOTE      Share

FP Guide to the coronavirus pandemic   *Read More →*

Sign In

# FINANCIAL POST

NEWS   ·   INVESTING   ·   MARKETS   ·   PERSONAL FINANCE   ·   INNOVATION   ·   FP COMMENT   ·   ENTREPRENEUR   ·   EXECUTIVE   ·   FP MAGAZINE   ·   SUBSCRIBE   ·   MORE   ·   NATIONAL P(

| | | | |
|---|---|---|---|
| Classifieds | Advertise | About Us | Subscriber Self-Serve |
| Place a Classifieds ad | Partnerships | | ePaper |
| Celebrating | Appointment Notice | | |
| Remembering | Resources | | |
| Place a Notice | Content Works | | |
| Jobs | | | |
| FlyerCity | | | |

  

© 2020 Financial Post, a division of Postmedia Network Inc. All rights reserved. Unauthorized distribution, transmission or republication strictly prohibited. Powered by WordPress.com VIP
365 Bloor St East, Toronto, ON, M4W3L4, www.postmedia.com

Privacy - Updated  |  Terms  |  Copyright  |  Digital Ad Registry

Site Map