

June 22, 2020

Lee S. Richards
Partner
D +1 212.530.1840
F +1 917.344.8840
LRichards@rkollp.com

By ECF

Honorable Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007-1312

Re:    *Lin v. Liberty Health Sciences, Inc.*, No. 19-cv-00161-MKV-SLC

Dear Judge Vyskocil:

We represent Liberty Health Sciences Inc. ("Liberty") in the above-captioned action and respectfully write to request that the Court schedule oral argument on Liberty's Motion to Dismiss the Second Amended Complaint for Violations of the Federal Securities Laws (ECF No. 54).

Respectfully submitted,

/s/ Lee S. Richards
Lee S. Richards

cc:  All Counsel of Record (via ECF)

6071334v.1 4092/00001