UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/6/2020

NANCY LIN, individuals and on behalf of all others similarly situated,

Plaintiff,

-against-

LIBERTY HEALTH SCIENCES INC., GEORGE SCORSIS, RENE GULLIVER, and VIC NEUFELD,

Defendants.

1:19-cv-161 (MKV) (SLC)

**ORDER GRANTING
ORAL ARGUMENT**

MARY KAY VYSKOCIL, United States District Judge:

Certain defendants filed a motion for oral argument [ECF #68] on their motion to dismiss the Second Amended Complaint.  The Motion for Oral Argument is GRANTED.

The Parties are directed to appear for oral argument on the motion to dismiss on October 7, 2020 at 2:00PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

**Date:  July 3, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**