

Cara David
Of Counsel

October 7, 2020

**VIA ECF**

Hon. Mary Kay Vyskocil, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18C
New York, NY 10007

      RE:  *Lin v. Liberty Health Sciences, Inc., et al.*, No. 19-cv-00161-MKV-SLC (S.D.N.Y.)

Dear Judge Vyskocil:

We represent Lead Plaintiff Nancy Lin and Plaintiff Gilbert Lee Silverbird ("Plaintiffs") in the above-referenced action (the "Action"). We write to bring to the Court's attention an opinion by the Honorable Judge George B. Daniels that denied a motion to dismiss under Rule 12(b)(6) filed by Aphria Inc. ("Aphria") and certain of its executives, including Victor Neufeld, who is a Defendant in the current Action. *In Re Aphria, Inc. Sec. Lit.* (the "Aphria Action"), No. 1:18-cv-11376-GBD, 2020 WL 5819548 (S.D.N.Y. Sept. 30, 2020) (attached hereto as Exhibit A). The allegations in the Aphria Action involve the same type of misconduct as is present in this Action. As such, Judge Daniel's ruling is directly relevant to the Court's consideration of the pending motions to dismiss in this action, specifically the one filed by Defendant Liberty Health Sciences, Inc. ("Liberty"). Dkt. No. 54.

Aphria established Liberty to serve as Aphria's U.S. operational entity, and it was indeed called "Aphria-USA." ¶¶ 2, 35-41.[1] The Amended Complaint alleges that Aphria insiders used Liberty as part of a broader scheme to enrich themselves with related party transactions and other financial machinations. *See, e.g.*, ¶¶ 42-48, 68-77. Those same insiders were involved in the scheme alleged in the Aphria Action, in which defendants are alleged to have engaged in multiple related party transactions designed to enrich Aphria insiders. For example, the Aphria Action alleges that Aphria engaged in undisclosed related party transactions with respect to the purchase of the Marigold, MMJ International and MMJ Columbia assets, which were initially owned by Aphria insiders. *See In Re Aphria, Inc. Sec. Lit.,* 2020 WL 5819548 at *3-5. Similarly, Defendants in this Action are alleged to have caused Liberty to

---

[1] All citations are to the Second Amended Complaint in this Action. Dkt. 48.

cdavid@pomlaw.com

600 Third Avenue, New York, New York 10016   main: 212.661.1100   direct: 646-581-9995

New York      Chicago      Los Angeles      Paris      www.PomerantzLaw.com



Hon. Mary Kay Vyskocil, U.S.D.J.
October 7, 2020
Page 2


purchase 242 Cannabis Canada Ltd., an entity whose main asset was a property, from Liberty insiders for C$31 million, when these insiders purchased this same property for only C$8,112,650 a mere six days prior to Liberty's acquisition.  ¶¶ 75-77.

Moreover, when the truth about the scheme central to the Aphria Action emerged, Liberty's stock price fell because of the close association between the companies and their shared insiders.  ¶¶ 105-110.

Plaintiffs respectfully request the Court consider the opinion in the Aphria Action in connection with the omnibus opposition filed with regard to Defendants' motions to dismiss. Dkt. Nos. 65-67.

Respectfully submitted,

*s/ Cara David*
Cara David


cc: All counsel of record (by ECF)