**COHEN & GRESSER LLP**

800 Third Avenue
New York, NY 10022
+1 212 957 7600 phone
www.cohengresser.com

S. Gale Dick
(212) 707 7263
sgdick@cohengresser.com

BY ECF

October 9, 2020

Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Lin v. Liberty Health Sciences Inc.*, No. 19-cv-00161-MKV-SLC

Dear Judge Vyskocil:

On behalf of Defendants Rene Gulliver and George Scorsis, we write in response to Plaintiffs' letter dated October 7, 2020 (ECF No. 73) regarding Judge Daniels' decision in *In re Aphria, Inc. Securities Litigation*, No. 18-cv-11376-GBD (S.D.N.Y. Sept. 30, 2020, ECF No. 138). For the reasons set forth in the letter of today's date filed by Defendant Liberty Health Sciences Inc. ("Liberty") (ECF No. 74), in which Messrs. Gulliver and Scorsis join and which is incorporated by reference herein, the decision in *Aphria* has no bearing upon the pending motions to dismiss in the above-captioned matter.

We write separately to note that, although Judge Daniels' ruling does not address or resolve any issues in the present case, the decision is persuasive authority in support of the motions to dismiss by Messrs. Gulliver and Scorsis on the basis of personal jurisdiction. As in *Aphria*, Plaintiffs here have "not alleged facts demonstrating that these Canadian residents knew, anticipated or intended that the financial statements they signed"—or any other statement attributed to them—would be seen or relied upon by U.S. investors. *Aphria*, No. 18-cv-11376-GBD, at 15. And as in *Aphria*, the Second Amended Complaint should therefore be dismissed as against Messrs. Gulliver and Scorsis for lack of personal jurisdiction.

Accordingly, we respectfully urge this Court to disregard Plaintiffs' continued innuendo regarding non-party Aphria and dismiss the Second Amended Complaint.

Respectfully submitted,

/s/ S. Gale Dick
S. Gale Dick

cc:    Counsel of record (by ECF)