

Matthew M. Riccardi
Partner
D +1 212.530.1810
F +1 917.344.8810
mriccardi@rkollp.com

November 19, 2020

By ECF

Honorable Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007-1312

    Re:    <u>Lin v. Liberty Health Sciences, Inc.</u>, No. 19-cv-00161-MKV-SLC

Dear Judge Vyskocil:

    We represent Liberty Health Sciences Inc. in the above-captioned action and respectfully write on behalf of all parties to notify the Court that the parties have reached a settlement in principle.  Plaintiffs anticipate filing a motion for preliminary settlement approval by January 8, 2021.

                                  Respectfully submitted,

                                  <u>/s/ Matthew M. Riccardi</u>
                                  Matthew M. Riccardi

cc:  All Counsel of Record (via ECF)

200 Liberty Street    New York    Washington    London    WWW.RKOLLP.COM
New York, New York 10281-1003