**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NANCY LIN, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>LIBERTY HEALTH SCIENCES INC., GEORGE SCORSIS, RENE GULLIVER, and VIC NEUFELD<br><br>      Defendants. | Case No. 1:19-cv-00161<br><br><br>**ECF CASE** |

**DECLARATION OF CARA DAVID IN SUPPORT**
**OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF LAW IN**
**FURTHER SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF SETTLEMENT**

I, Cara David, declare as follows:

1. I am Of Counsel at the firm Pomerantz LLP, counsel for Plaintiffs in the above-captioned action. I respectfully submit this declaration in support of Plaintiffs' Memorandum of Law in Further Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement.

2. Attached hereto as Exhibit 1 is the Declaration of Paul Mulholland in Support of Plaintiffs' Unopposed Motion for Preliminary Approval, executed March 24, 2021.

3. Annexed hereto as Exhibit 2 is a chart compiled representing Liberty Health Sciences Inc. ("Liberty," ticker symbol LHSIF) over-the-counter daily closing stock price, as reported on a combination of Yahoo Finance and Bloomberg, from July 20, 2017 and December

6, 2018 (the "Settlement Class Period"). The exhibit shows that during the Settlement Class Period, Liberty's average closing price was $0.921321, $0.92 for rounding purposes.

4.    Annexed hereto as Exhibit 3 is a chart compiled representing Avon Products Inc. ("Avon," ticker symbol AVP) daily closing stock price, as reported on Alpha API, from January 21, 2016 and November 1, 2017. The exhibit shows that during the period, Avon's average closing price was $4.300377, $4.30 for rounding purposes.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.  Executed this March 24, 2021, at New York, New York.

*/s/ Cara David*
Cara David