

Cara David
Of Counsel

July 1, 2021

**VIA ECF**

Hon. Mary Kay Vyskocil, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18C
New York, NY 10007

      RE:  *Lin v. Liberty Health Sciences, Inc., et al.*, No. 19-cv-00161-MKV-SLC (S.D.N.Y.)

Dear Judge Vyskocil:

      My firm is counsel for Plaintiffs in the above-captioned action.  I write to notify the Court to supplementary authority that was decided after Plaintiffs submitted supplemental briefing regarding the adequacy of the settlement amount. ECF Nos. 88-89. This authority further supports the reasonableness of the settlement amount in this case.

      In April, Chief U.S. District Judge Glenn T. Suddaby of the Northern District of New York granted preliminary approval to a settlement in which the settlement amount was estimated to be 7-9% of the alleged damages.  *See Lewis v. YRC Worldwide et al.*,  1:19-cv-00001-GTS-ATB, Motion for Entry of Order Preliminary Approving Settlement, ECF No. 95 (N.D.N.Y. April 15, 2021); Order Prelim. Approving Settlement and Providing for Notice, ECF No. 98 (N.D.N.Y. April 19, 2021). The relevant order is attached as Exhibit A to this letter. The settlement amount agreed to between the parties in this case is comparable in amount to the *YRC Worldwide* settlement — 8.3% of alleged damages as estimated by Plaintiffs' expert.

      We are available at Your Honor's convenience for a hearing to discuss the proposed settlement if Your Honor has any further questions for counsel.

                          Respectfully submitted,

                          *s/ Cara David*
                          Cara David

cc: All counsel of record (via ECF)