UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY LIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY HEALTH SCIENCES INC., GEORGE SCORSIS, RENE GULLIVER, and VIC NEUFELD,<br><br>Defendants. | Case No.  1:19-cv-00161-MKV-SLC<br><br>Motion Date: November 15, 2021 |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS**

**PLEASE TAKE NOTICE** that, upon the accompanying Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, dated September 20, 2021, the accompanying Declaration of Cara David in Support of Plaintiffs' (1) Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds and (2) Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Plaintiffs, dated September 20, 2021, the exhibits annexed thereto, and all prior papers and proceedings herein, Lead Plaintiff Nancy Lin and Plaintiff Gilbert Lee Silverbird (together, "Plaintiffs"), through their undersigned attorneys, will move this Court, before the Honorable Mary Kay Vyskocil, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse 500 Pearl St. New York, NY 10007-1312, on November 15, 2021, at 11:00 a.m., for an Order (1) approving the terms and conditions of the Stipulation of Settlement, dated January 8, 2021 (the "Stipulation"), as fair, reasonable, and adequate for the settlement of

all claims asserted by the Class against Defendants, (2) approving the proposed Plan of Allocation as a fair and reasonable method to allocate the Net Settlement Fund among Class Members, and (3) entering Judgment dismissing this Action with prejudice. A proposed Final Judgment and Order of Dismissal with Prejudice granting the requested relief will be submitted with Plaintiffs' reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Class have passed.

Dated: September 20, 2021

**POMERANTZ LLP**

*/s/ Cara David*
Jeremy A. Lieberman
Cara David
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com
          cdavid@pomlaw.com

*Lead Counsel for Plaintiffs and the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
peretz@bgandg.com

*Additional Counsel*