# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| NANCY LIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY HEALTH SCIENCES INC., GEORGE SCORSIS, RENE GULLIVER, and VIC NEUFELD<br><br>Defendants. | Case No. 1:19-cv-00161 |

**DECLARATION OF JOSEPHINE BRAVATA**
**CONCERNING: (A) MAILING OF THE NOTICE AND CLAIM FORM; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.     I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over four-hundred fifty (450) class action cases since its inception. Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated July 8, 2021 (the "Preliminary Approval Order"), SCS was appointed as Claims Administrator in connection with the Settlement of the above-captioned action.[1] I submit this Declaration in order to provide the Court and the Parties information regarding the mailing of the Notice of Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release Form ("Claim Form")

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement dated January 8, 2021 (the "Stipulation").

(collectively, the "Notice and Claim") to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

## MAILING OF NOTICE AND CLAIM FORM

2.     To provide actual notice to those persons and entities that purchased or otherwise acquired common stock of Liberty Health Sciences, Inc. ("Liberty Health") on the over-the-counter market in the United States between July 20, 2017 and December 6, 2018, inclusive (the "Settlement Class Period"), pursuant to the Preliminary Approval Order, SCS printed and mailed the Notice and Claim to potential members of the Settlement Class. A true and correct copy of the Notice and Claim is attached as **Exhibit A**.

3.     As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers. The names and addresses of these beneficial purchasers are known only to the nominees. SCS maintains a proprietary master list consisting of 652 banks and brokerage companies ("Nominee Account Holders"), as well as 553 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups"). On July 19, 2021, SCS caused a letter to be mailed or e-mailed to the 1,205 nominees contained in the SCS master mailing list. The letter notified them of the Settlement and requested that they, within 7 calendar days from the date of the letter, either send the Notice and Claim or email the link to the Notice and Claim to their customers who may be beneficial purchasers/owners or provide SCS with a list of the names, mailing addresses, and email addresses of such beneficial purchasers/owners so that SCS could promptly

mail Notice and Claim or email the link to the Notice and Claim directly to them. A copy of the letter sent to these nominees is attached as **Exhibit B.**

4.      SCS mailed, by first class mail, postage prepaid, the Notice and Claim to 388 individuals and organizations identified in the transfer records that were provided to SCS by Counsel for Liberty. These records reflect persons and entities that purchased Liberty Health shares for their own account, or for the account(s) of their clients, during the Settlement Class Period. The transfer record mailing was completed on July 26, 2021.

5.      Following these mailings, SCS received additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Notice and Claim be mailed by SCS, and SCS received requests from nominees for Notice and Claims so that the nominees could forward them to their customers. To date, SCS has mailed 20,337 Notice and Claims.

6.      Additionally, SCS was notified by one of the nominees that they emailed 17,182 of their customers to notify them of this settlement and provide direct link to the Notice and Claim on the settlement webpage.

7.      In total 37,907 potential Settlement Class Members were notified either by mailed Notice and Claim or emailed a direct link to the Notice and Claim.

8.      SCS also sent the Depository Trust Company ("DTC") a Notice and Claim for the DTC to publish on its Legal Notice System ("LENS") on July 19, 2021. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.

3

## PUBLICATION OF THE SUMMARY NOTICE

9.      Pursuant to the Preliminary Approval Order, the Summary Notice of Proposed Settlement of Class Action ("Summary Notice") was published once over the *Globe Newswire* on August 12, 2021, as shown in the confirmation of publication attached hereto as **Exhibit C.**

## TOLL-FREE PHONE LINE

10.     SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement.  SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

## SETTLEMENT WEBPAGE

11.     On July 19, 2021, SCS established a webpage on its website at www.strategicclaims.net/Liberty/. The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status; the case deadlines; the online claim filing link; and important documents such as the Notice and Claim, the Preliminary Approval Order, and the Stipulation.

## REPORT ON EXCLUSIONS AND OBJECTIONS

12.     The Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed to SCS such that they are received no later than October 25, 2021.  SCS has been monitoring all mail delivered for this case.  As of the date of this Declaration, SCS has received no exclusion requests.

13.     According to the Notice, Settlement Class Members seeking to object to the proposed Settlement, any part of the Settlement, the proposed Plan of Allocation, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for a Compensatory Award to

4

Lead Plaintiffs must be submitted to Lead Counsel and Counsel for Liberty, as well as filed with the Clerk of the Court, no later than October 25, 2021.  As of the date of this Declaration, SCS has not received any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of September 2021, in Media, Pennsylvania.

Josephine Bravata

5

EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| NANCY LIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY HEALTH SCIENCES INC., GEORGE SCORSIS, RENE GULLIVER, and VIC NEUFELD <br><br> Defendants. | Case No. 1:19-cv-00161 |

**NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION**

If you purchased or otherwise acquired common stock of Liberty Health Sciences, Inc. on the over-the-counter market in the United States ("Shares" or, in singular, "Share") between July 20, 2017 and December 6, 2018, both dates inclusive (the "Settlement Class Period"), you could get a payment from a proposed class action settlement (the "Settlement").

*A federal court authorized this Notice. This is not attorney advertising.*

- The Court will hold a Settlement Hearing on November 15, 2021 at 11:00 a.m. to decide whether to approve the Settlement. If approved by the Court, the Settlement will provide $1,800,000 (the "Settlement Amount"), plus interest as it accrues, minus attorneys' fees, costs, Compensatory Award to Plaintiffs and administrative expenses, net of any taxes on interest, to pay claims of investors who purchased Liberty Shares during the Settlement Class Period.

- The Settlement represents an average recovery of $.019 per Liberty share for the approximately 94.6 million estimated Liberty Shares that Plaintiffs allege were damaged and declined in value as a result of Defendants' alleged misconduct during the Settlement Class Period. These estimates solely reflect the average recovery per allegedly damaged share. This is not an estimate of the actual recovery per share you should expect. Your actual recovery will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Liberty Shares, and the total number of claims filed. See the Plan of Allocation starting on page 9 below for more details.

- To claim your share of the Settlement, you must submit a valid Proof of Claim and Release Form ("Proof of Claim") by November 22, 2021.

- Attorneys for Plaintiffs ("Lead Counsel") intend to ask the Court to award them fees of up to one-third (33.333%) of the Settlement Amount ($600,000) plus interest and reimbursement of up to $35,000 in litigation expenses. Since the Action's inception, Lead Counsel have expended considerable time and effort in this litigation on a contingent-fee basis and have advanced the expenses of the litigation in the expectation that if they were successful in obtaining a recovery for the Settlement Class, they would be paid from such recovery. Lead Counsel also intends to ask the Court to grant a Compensatory Award to Plaintiffs collectively not to exceed $8,000 (or $5,000 for Lead Plaintiff Nancy Lin and $3,000 for Plaintiff Gilbert Lee Silverbird). Collectively, the requested attorneys' fees, litigation expenses and Compensatory Award to Plaintiffs are estimated to average

1

$.007 per allegedly damaged Share. If approved by the Court, these amounts will be paid from the Settlement Fund.

- The estimated average recovery, after the deductions set forth in the preceding paragraph, is $.012 per allegedly damaged Liberty Share. This estimate is based on the assumptions set forth in the preceding paragraph. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Liberty Shares, the purchase and sales prices, and the total number and amount of claims filed.

- The Settlement resolves the Action concerning whether Liberty Health Sciences, Inc. ("Liberty"), Rene Gulliver, Vic Neufeld, and George Scorsis (collectively, "Defendants") violated federal securities laws by allegedly making misrepresentations and/or omissions of material fact in public statements to the investing public concerning Liberty's relationship with Aphria Inc. and its acquisition of certain property in Florida.  Defendants have denied and continue to deny each, any, and all allegations of wrongdoing, fault, liability, or damage whatsoever asserted by Plaintiffs. Defendants have also denied, *inter alia*, the allegations that Plaintiffs or the Settlement Class have suffered damages or that Plaintiffs or the Settlement Class were harmed by the conduct alleged in the Action. Defendants continue to believe the claims asserted against them in the Action are without merit.

- The parties disagree on how much money could have been won if the investors won at trial in the Action.

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | The only way to get a payment. Proof of Claim forms must be postmarked or submitted online by November 22, 2021 |
| **EXCLUDE YOURSELF** | Get no payment. This is the only option that allows you to ever be part of any other lawsuit against the Defendants or any other Released Parties about the legal claims in this case. Requests for Exclusion must be received by October 25, 2021 |
| **OBJECT** | Write to the Court about why you do not like the Settlement, the Plan of Allocation, and/or the request for attorneys' fees, costs, and expenses. You will still be a member of the Settlement Class. Objections must be received by counsel by October 25, 2021 |
| **GO TO THE HEARING** | Ask to speak in Court about the fairness of the Settlement. Requests to speak must be received by counsel by October 25, 2021.  The hearing is set for November 15, 2021. |
| **DO NOTHING** | Get no payment. Give up your rights. |

## INQUIRIES

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or any other questions by Settlement Class Members should be directed to:

| | | |
|---|---|---|
| Liberty Securities Litigation<br>c/o Strategic Claims Services<br>600 N. Jackson St., Suite 205<br>P. O. Box 230<br>Media, PA 19063<br>Toll-Free: (866) 274-4004<br>Facsimile: (610) 565-7985<br>Email: info@strategicclaims.net | or | Jeremy A. Lieberman<br>POMERANTZ LLP<br>600 Third Avenue, Floor 20<br>New York, NY 10016<br>Telephone: (212) 661-1100<br>Facsimile: (917) 463-1044<br>Email: jalieberman@pomlaw.com |

## DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated January 8, 2021 (the "Settlement Stipulation").

## BASIC INFORMATION CONCERNING THE SETTLEMENT

| 1. | **Why did I get this notice package?** |
|---|---|

You or someone in your family may have purchased or otherwise acquired common stock of Liberty on the over-the-counter market in the United States between July 20, 2017 and December 6, 2018, both dates inclusive (the "Settlement Class Period").

| 2. | **What is this settlement about?** |
|---|---|

This settlement resolves the case known as *Lin v. Liberty Health Sciences, et al.*, 1:19-cv-00161-MKV-SLC (S.D.N.Y.) (the "Action"). The Court in charge of the case is the United States District Court for the Southern District of New York. The Action involves allegations that Defendants violated provisions of the Securities Exchange Act of 1934 ("Exchange Act") by allegedly making misrepresentations and/or omissions of material fact in public statements to the investing public regarding concerning Liberty's relationship with Aphria Inc. and its acquisition of certain property in Florida.  Defendants have denied and continue to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action. The Settlement shall in no event be construed as, or deemed to be evidence of, liability, fault, wrongdoing, injury or damages, or of any wrongful conduct, acts or omissions on the part of Defendants or any of the Released Parties, or of any infirmity of any defense, or of any damages to the Plaintiffs or any other Settlement Class Member. The Settlement resolves all of the claims in the Action, as well as certain other claims or potential claims, whether known or unknown.

| 3. | **Why is this a class action?** |
|---|---|

In a class action, one or more persons called plaintiffs sue on behalf of all persons who have similar claims. All of the persons with similar claims are referred to as a class. One court resolves the issues for all class members, except for those who exclude themselves from the class.

| 4. | **Why is there a settlement?** |
|---|---|

Plaintiffs and Defendants do not agree regarding the merits of Plaintiffs' allegations and Liberty's defenses with respect to liability or the average amount of damages per Liberty Share, if any, that would be recoverable if Plaintiffs were to prevail at trial on each claim. The issues on which Plaintiffs and Defendants disagree include: (1) whether this Court has jurisdiction over Defendants; (2) whether the S.D.N.Y. is the proper venue to pursue Plaintiffs' claims; (3) whether the challenged statements were materially false or misleading or otherwise actionable under federal securities law; (4) whether Defendants had a duty to disclose the allegedly omitted information; (5) whether the Defendants acted with scienter; (6) whether the

alleged disclosures were corrective disclosures; (7) the causes of the loss in the value of Liberty Shares; and (8) the amount of alleged damages, if any, that could be recovered at trial.

This matter has not gone to trial and the Court has not decided in favor of either Plaintiffs or Defendants. Instead, Plaintiffs and Defendants have agreed to settle the case. Plaintiffs and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses raised by Defendants. Among the reasons that Plaintiffs and Lead Counsel believe the Settlement is fair is the fact that there is uncertainty about whether they will be able to prove that any challenged statement was false or misleading, that the alleged misstatements and omissions actually caused the Settlement Class any damages, and the amount of damages, if any.

Moreover, while litigation of this type is usually expensive, it appears that, even if Plaintiffs' allegations were found to be true, the total amount of damages to which Settlement Class Members would be entitled could be substantially reduced.

## WHO IS IN THE SETTLEMENT

To see if you will get money from this Settlement, you first have to determine if you are a Settlement Class Member.

| 5. | How do I know if I am part of the Settlement? |
|---|---|

The Settlement Class includes all persons or entities, except those who are excluded as described below, who purchased or otherwise acquired Liberty Shares on the over-the-counter market in the United States between July 20, 2017 and December 6, 2018, both dates inclusive.

If one of your mutual funds owns Liberty Shares, that alone does not make you a Settlement Class Member. Also, if you sold Liberty Shares during the Settlement Class Period, that alone does not make you a Settlement Class Member. You are a Settlement Class Member only if you directly purchased or otherwise acquired Liberty Shares on the over-the-counter market in the United States during the Settlement Class Period. Contact your broker to see if you have made any of these transactions.

| 6. | Are there exceptions to being included? |
|---|---|

Yes. Excluded from the Settlement Class are (i) all named Defendants in the Litigation, the present and former officers and directors of Liberty and any subsidiary thereof, and the immediate family members, legal representatives, heirs, successors or assigns of such excluded persons and any entity in which any such excluded person has or had a controlling interest during the Settlement Class Period; (ii) Opt-Outs *i.e.*, those Persons who timely and validly request exclusion from the Settlement Class in accordance with the requirements set forth below; and (iii) Persons who have no compensable damages.

| 7. | What if I am still not sure if I am included? |
|---|---|

If you are still not sure whether you are included, you can ask for free help. You can contact Strategic Claims Services (the "Claims Administrator") toll-free at (866) 274-4004 or at info@strategicclaims.net or by visiting the website at https://www.strategicclaims.net/Liberty/, or you can fill out and return the Proof of Claim form enclosed with this Notice package to see if you qualify.

## THE SETTLEMENT BENEFITS – WHAT YOU GET

| 8. | What does the Settlement provide? |
|---|---|

The proposed Settlement provides for Liberty to pay $1,800,000 into a settlement fund (the "Settlement Fund"). The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees with interest and reasonable litigation expenses to Lead Counsel, and Compensatory Awards to Plaintiffs. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing this Notice and the costs of publishing notice. After the foregoing deductions from the Settlement Fund have been made, the amount remaining (the "Net Settlement Fund")

4

will be distributed to Settlement Class Members who submit timely, valid claims, according to the Plan of Allocation to be approved by the Court ("Authorized Claimants").

| 9. | **How much will my payment be?** |
|---|---|

Your share of the Net Settlement Fund will depend on several factors, including: (i) how many Liberty Shares you purchased or sold during the Settlement Class Period, and the dates and prices of those purchases and sales; (ii) the number of timely and valid claims submitted by other Settlement Class Members, and the purchases and sales of Liberty Shares represented by those claims; (iii) the amount of administrative costs, including the costs of notice; and (iv) the amount awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and Compensatory Awards to Plaintiffs.

The Claims Administrator will determine each Settlement Class Member's *pro rata* share of the Net Settlement Fund based upon each Settlement Class Member's valid "Recognized Loss." The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Settlement Class Members with valid claims. The Recognized Loss formula is not intended to be an estimate of the amount that a Settlement Class Member might have been able to recover after a trial; it also is not an estimate of the amount that will be paid to Settlement Class Members pursuant to the Settlement. You can calculate your Recognized Loss by following the instructions in the Plan of Allocation starting at page 9 of this Notice.

It is unlikely that you will get a payment for all of your Recognized Loss. After all Settlement Class Members have sent in their Proof of Claim forms, the payment you get will be a part of the Net Settlement Fund equal to your Recognized Loss divided by the total of everyone's Recognized Losses.

## HOW YOU GET A PAYMENT—SUBMITTING A CLAIM FORM

| 10. | **How can I get a payment?** |
|---|---|

To qualify for a payment, you must submit a Proof of Claim form. The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

A Proof of Claim form is enclosed with this Notice and may also be downloaded at https://www.strategicclaims.net/Liberty/. Read the instructions carefully, fill out the form, include all the documents that the form requests, sign it, and mail or submit it online so that it is postmarked or received no later than November 22, 2021. The claim form may be submitted online at https://www.strategicclaims.net/Liberty/ or mailed to:

Liberty Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
P. O. Box 230
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

| 11. | **When would I get my payment?** |
|---|---|

The Court will hold a Settlement Hearing on November 15, 2021 at 11:00 a.m. to decide whether to approve the Settlement. If the Court approves the Settlement, there might be appeals afterwards. It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year. It also takes time for all the Proofs of Claim to be processed. Please be patient.

| 12. | **What am I giving up to get a payment or to stay in the Settlement Class?** |
|---|---|

Unless you exclude yourself from the Settlement Class by the October 25, 2021 deadline, you will remain a member of the Settlement Class and will be bound by the release of claims against Defendants and other Released Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective present, former and future direct and indirect parent entities, associates, affiliates, subsidiaries, predecessors, successors, and the officers, directors, attorneys, assigns, legal representatives,

and agents of each of them, each of their respective officers, directors, attorneys, legal representatives, and agents, and any person or entity which is or was related to or affiliated with any Releasing Party or in which any Releasing Party has a controlling interest, and each of their immediate family members, heirs, representatives, administrators, executors, trustees, successors, assigns, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against Defendants and other Released Parties any and all claims which arise out of, are based upon or relate in any way to the purchase or acquisition of Liberty Shares during the Settlement Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as sole compensation for any losses you suffered in the purchase, acquisitions, sale or ownership of Liberty Shares during the Settlement Class Period. The specific terms of the release are included in the Settlement Stipulation.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Defendants or other Released Parties on your own about the claims being released in this Settlement, then you must take steps to remove yourself from the Settlement. This is called excluding yourself, or "opting out," from the Settlement.

| 13. | **How do I get out of the proposed Settlement?** |
| --- | --- |

To exclude yourself from the Settlement, you must mail a letter stating that you "request exclusion from the Settlement Class in the *Lin v. Liberty Health Sciences, et al.*, 1:19-cv-00161-MKV-SLC (S.D.N.Y.)". To be valid, the letter must state (A) your name, address, telephone number, and e-mail address (if any); (B) the date, number of securities, and dollar amount of all purchases, acquisitions, sales, or dispositions of Liberty Shares on the over-the-counter market in the United States during the Settlement Class Period; and (C) the number of Shares held by you as of December 6, 2018. In order to be valid, such request for exclusion must be submitted with documentary proof (i) of each purchase or acquisition and, if applicable, sale transaction of Liberty Shares during the Settlement Class Period and (ii) demonstrating your status as a beneficial owner of the Liberty Shares. Any request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must submit your exclusion request so that it is **received no later than October 25, 2021 at**:

Liberty Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
P.O. Box 230
Media, PA 19063

You cannot exclude yourself by telephone or by e-mail. If you properly exclude yourself, you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the judgment in this case.

| 14. | **If I do not exclude myself, can I sue the Defendants or the other Released Parties for the same thing later?** |
| --- | --- |

No. Unless you exclude yourself by following the instructions above, you give up any rights to sue the Defendants or the other Released Parties for the claims being released in this Settlement. If you have a pending lawsuit against the Released Parties or related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit. Remember, the exclusion deadline is **October 25, 2021.**

| 15. | **If I exclude myself, can I get money from the proposed Settlement?** |
| --- | --- |

No. If you exclude yourself, you may not send in a Proof of Claim to ask for any money.

6

**THE LAWYERS REPRESENTING YOU**

| 16. | **Do I have a lawyer in this case?** |
|---|---|

The Court has appointed Pomerantz LLP as Lead Counsel to the Class, to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for Pomerantz LLP is provided above.

| 17. | **How will the lawyers be paid?** |
|---|---|

Lead Counsel have expended considerable time litigating this Action on a contingent-fee basis, and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Lead Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Lead Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will file a motion at the Settlement Hearing asking the Court for an award of attorneys' fees in an amount not greater than one-third (33.333%) of the Settlement Fund, equaling $600,000 plus interest, plus reimbursement of litigation expenses of no more than $35,000 and a Compensatory Award to Lead Plaintiffs collectively not to exceed $8,000 (or $5,000 to Lead Plaintiff Nancy Lin and $3,000 to Plaintiff Gilbert Lee Silverbird). Lead Counsel intends to share part of any attorneys' fees awarded by the Court with Bronstein Gewirtz & Grossman, LLC in accordance with its level of contribution to the initiation, prosecution, and resolution of the Action. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**OBJECTING TO THE SETTLEMENT**

| 18. | **How do I tell the Court that I object to the proposed Settlement?** |
|---|---|

If you are a Settlement Class Member, you can tell the Court you do not agree with the proposed Settlement, any part of the Settlement, the proposed Plan of Allocation, and/or Lead Counsel's motion for attorneys' fees and expenses and application for a Compensatory Award to Lead Plaintiffs. You can write to the Court setting out your objection. The Court will consider your views.

To object, you must send a signed letter saying that you object to the proposed Settlement in *Lin v. Liberty Health Sciences, et al.*, 1:19-cv-00161-MKV-SLC (S.D.N.Y.). Be sure to include (1) your name, address, telephone number, and your signature; (2) the date(s), price(s), and amount(s) of all Liberty Shares that you purchased, otherwise acquired, sold, or otherwise disposed of during the Settlement Class Period, in order to show membership in the Settlement Class; (3) all grounds for the objection, including any legal support known to you or your counsel, (4) the name, address and telephone number of all counsel, if any, who represent you, including your former or current counsel who may be entitled to compensation in connection with the objection, and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case.

If you object to either the Settlement or the requested reimbursement of expenses, you subject yourself to the jurisdiction of the District Court in this matter and consent to being deposed in your district of residence and producing in advance of a deposition any responsive documents to a discovery request prior to the Settlement Hearing.

Attendance at the Settlement Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Hearing must indicate in their written objection that they intend to appear at the Settlement Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Hearing.

7

Be sure to mail or deliver copies of any objections, papers and briefs to **each** of the addresses listed below such that they are **received no later than October 25, 2021:**

| **Clerk of the Court** | **Lead Counsel** | **Counsel For Liberty** |
|---|---|---|
| United States District Court | Jeremy A. Lieberman | Matthew Riccardi |
| Southern District of New York | Pomerantz LLP | Perkins Coie LLP |
| 500 Pearl Street | 600 Third Avenue, Floor 20 | 1155 Avenue of the Americas, 22nd |
| New York, NY 10007 | New York, NY 10016 | Floor |
| | | New York, NY 10036 |

| **19.** | **What is the difference between objecting and excluding myself?** |
|---|---|

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class or the Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

## THE COURT'S SETTLEMENT HEARING

The Court will hold a hearing to decide whether to approve the proposed Settlement. You may attend, and you may ask to speak, but you do not have to.

| **20.** | **When and where will the Court decide whether to approve the proposed Settlement?** |
|---|---|

The Court will hold a Settlement Hearing on November 15, 2021 at 11:00 a.m. at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 18C, New York, NY 10007-1312.

At this hearing, the Court will consider whether the proposed Settlement is fair, reasonable, and adequate and should be approved by the Court; whether an Order and Final Judgment as provided in the Settlement Stipulation should be entered; and whether the proposed Plan of Allocation should be approved. If there are objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. The Court may also decide how much should be awarded to Lead Counsel for attorneys' fees and expenses and a Compensatory Award to Plaintiffs for their service to the Settlement Class.

We do not know how long these decisions will take. You should be aware that the Court may change the date and time of the Settlement Hearing without another notice being sent to Settlement Class Members. If you want to attend the hearing, you should check with Lead Counsel beforehand to be sure that the date and/or time has not changed.

| **21.** | **Do I have to come to the hearing?** |
|---|---|

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary. Settlement Class Members do not need to appear at the hearing or take any other action to indicate their approval.

| **22.** | **May I speak at the hearing?** |
|---|---|

If you object to the Settlement, you may ask the Court for permission to speak at the Settlement Hearing. To do so, you must include with your objection (see question 18 above) a statement that you "intend to appear in *Lin v. Liberty Health Sciences, et al.*, 1:19-cv-00161-MKV-SLC (S.D.N.Y.)." Persons who intend to object to the Settlement, the Plan of Allocation, and/or the application for an award of attorneys' fees, costs, and expenses, and desire to present evidence at the Settlement Hearing, must include in their written objections the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the Settlement Hearing. You cannot speak at the hearing if you exclude yourself.

**IF YOU DO NOTHING**

| 23. | **What happens if I do nothing at all?** |
|---|---|

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Released Parties about the Released Claims (as defined in the Settlement Stipulation) ever again.

**GETTING MORE INFORMATION**

| 24. | **Are there more details about the proposed Settlement?** |
|---|---|

This Notice summarizes the proposed Settlement. More details are in the Settlement Stipulation. The Settlement Stipulation is the controlling document describing the proposed Settlement, and its terms govern anything to the contrary in this Notice. You can get a copy of the Settlement Stipulation and obtain answers to common questions regarding the proposed Settlement by visiting https://www.strategicclaims.net/Liberty/ or by contacting the Claims Administrator toll-free at (866) 274-4004.

| 25. | **How do I get more information?** |
|---|---|

For even more detailed information concerning the matters involved in this Action, see the Settlement Stipulation, the pleadings in the Action, the papers filed in support of the Settlement, and the orders entered by the Court, which will be posted on the settlement website https://www.strategicclaims.net/Liberty/. For a fee, all papers filed in this Action are also available at www.pacer.gov.

**PROPOSED PLAN OF ALLOCATION OF NET SETTLEMENT FUND
AMONG SETTLEMENT CLASS**

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the parties, or may approve another plan of allocation, without further notice to Settlement Class Members. Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website, www.strategicclaims.net/Liberty/.

The objective of the Plan of Allocation is to equitably distribute the Net Settlement Fund among Authorized Claimants based on their respective alleged economic losses as a result of the alleged fraud, as opposed to losses caused by market- or industry-wide factors, or Liberty-specific factors unrelated to the alleged fraud. The Claims Administrator shall determine each Authorized Claimant's share of the Net Settlement Fund based upon the Recognized Loss formulas described below. A Recognized Loss will be calculated for each Liberty Share purchased or otherwise acquired during the Settlement Class Period. The calculation of Recognized Loss will depend upon several factors, including when the Shares were purchased or otherwise acquired during the Settlement Class Period, and in what amounts, and whether those Shares were sold, and if sold, when they were sold, and for what amounts. The Recognized Loss is not intended to estimate the amount a Settlement Class Member might have been able to recover after a trial, nor to estimate the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants. The Claims Administrator will use its best efforts to administer and distribute the Net Settlement Fund to the extent that it is equitably and economically feasible.

The Plan of Allocation was created by Plaintiffs with the assistance of the Claims Administrator, and reflects the assumption that the price of Liberty Shares was artificially inflated throughout the Settlement Class Period. Defendants had no role in calculating the estimated alleged artificial inflation, and do not concede that any such artificial inflation existed. The estimated alleged artificial inflation in the price of the Shares during the Settlement Class Period is reflected in Table A below. The computation of the estimated alleged artificial inflation in the price of the Shares during the Settlement Class Period is based on certain misrepresentations alleged by Plaintiffs and the price change in the Shares, net of market- and industry-wide

9

factors, in reaction to the public announcements that allegedly corrected the misrepresentations alleged by Plaintiffs.

Federal securities laws allow investors to recover for losses caused by disclosures which corrected the defendants' previous misleading statements or omissions. Thus, in order to have been damaged by the alleged violations of the federal securities laws, Liberty Shares purchased or otherwise acquired on the over-the-counter market in the U.S. during the Settlement Class Period must have been held during a period of time in which the price of the Shares declined due to the disclosure of information which corrected an allegedly misleading statement or omission. Plaintiffs and Lead Counsel have determined the alleged corrective disclosure dates of December 3, 2018 and December 6, 2018: (the "Corrective Disclosure Dates"). Accordingly, if a Liberty Share was sold before December 3, 2018 (the earliest Corrective Disclosure Date), the Recognized Loss for that Share is $0.00, and any loss suffered is not compensable under the federal securities laws. Likewise, if a Liberty Share was both purchased and sold between two consecutive Corrective Disclosure Dates, the Recognized Loss for that Share is $0.00.

The "90-day look back" provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA") is incorporated into the calculation of the Recognized Loss for the Shares. The limitations on the calculation of the Recognized Loss imposed by the PSLRA are applied such that losses on Shares purchased during the Settlement Class Period and held as of the close of the 90-day period subsequent to the Settlement Class Period (the "90-Day Lookback Period") cannot exceed the difference between the purchase price paid for such Shares and the average price of the Shares during the 90-Day Lookback Period. The Recognized Loss on Liberty Shares purchased during the Settlement Class Period and sold during the 90-Day Lookback Period cannot exceed the difference between the purchase price paid for such Shares and the rolling average price of the Shares during the portion of the 90-Day Lookback Period elapsed as of the date of sale.

In the calculations below, all purchase and sale prices shall exclude any fees, taxes and commissions. If a Recognized Loss amount is calculated to be a negative number, that Recognized Loss shall be set to zero ($0.00). Any transactions in Liberty Shares executed outside of regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session.

**THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS PER LIBERTY SHARE:**

**Recognized Loss for Liberty Shares Purchased or Otherwise Acquired on the Over-the-Counter Market in the U.S. During the Settlement Class Period will be calculated as follows:**

(A)  For Liberty Shares purchased or otherwise acquired during the Settlement Class Period and sold during the Settlement Class Period, the Recognized Loss per share will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below) less the inflation per share upon sale (as set forth in Inflation Table A below); or (2) the purchase price per share minus the sales price per share.

(B)  For Liberty Shares purchased or otherwise acquired during the Settlement Class Period and sold during the period December 7, 2018 through March 6, 2019, inclusive, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the difference between the purchase price per share and the average closing stock price as of date of sale provided in Table B below.

(C)  For Liberty Shares purchased or otherwise acquired during the Settlement Class Period and retained as of the close of trading on March 6, 2019, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the purchase price per share minus $.76[1] per share.

---

[1] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90-day period beginning on the date on

| INFLATION TABLE A | |
| --- | --- |
| Liberty Shares Purchased or Otherwise Acquired During the Settlement Class Period | |
| **Period** | **Inflation** |
| July 20, 2017 to December 2, 2018, inclusive | $.42 per share |
| December 3, 2018 to December 6, 2018, inclusive | $.06 per share |
| After December 6, 2018 | $.00 per share |

**TABLE B**

| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12/7/2018 | $0.66 | $0.66 | | 1/8/2019 | $0.82 | $0.72 | | 2/6/2019 | $0.81 | $0.74 |
| 12/10/2018 | $0.71 | $0.68 | | 1/9/2019 | $0.84 | $0.72 | | 2/7/2019 | $0.81 | $0.74 |
| 12/11/2018 | $0.80 | $0.72 | | 1/10/2019 | $0.81 | $0.72 | | 2/8/2019 | $0.81 | $0.74 |
| 12/12/2018 | $0.82 | $0.75 | | 1/11/2019 | $0.77 | $0.73 | | 2/11/2019 | $0.78 | $0.74 |
| 12/13/2018 | $0.76 | $0.75 | | 1/14/2019 | $0.76 | $0.73 | | 2/12/2019 | $0.81 | $0.74 |
| 12/14/2018 | $0.75 | $0.75 | | 1/15/2019 | $0.73 | $0.73 | | 2/13/2019 | $0.80 | $0.75 |
| 12/17/2018 | $0.70 | $0.74 | | 1/16/2019 | $0.72 | $0.73 | | 2/14/2019 | $0.79 | $0.75 |
| 12/18/2018 | $0.71 | $0.74 | | 1/17/2019 | $0.76 | $0.73 | | 2/15/2019 | $0.83 | $0.75 |
| 12/19/2018 | $0.69 | $0.73 | | 1/18/2019 | $0.76 | $0.73 | | 2/19/2019 | $0.83 | $0.75 |
| 12/20/2018 | $0.69 | $0.73 | | 1/22/2019 | $0.75 | $0.73 | | 2/20/2019 | $0.85 | $0.75 |
| 12/21/2018 | $0.62 | $0.72 | | 1/23/2019 | $0.73 | $0.73 | | 2/21/2019 | $0.88 | $0.75 |
| 12/24/2018 | $0.63 | $0.71 | | 1/24/2019 | $0.69 | $0.73 | | 2/22/2019 | $0.90 | $0.76 |
| 12/26/2018 | $0.66 | $0.71 | | 1/25/2019 | $0.72 | $0.73 | | 2/25/2019 | $0.81 | $0.76 |
| 12/27/2018 | $0.64 | $0.70 | | 1/28/2019 | $0.72 | $0.73 | | 2/26/2019 | $0.84 | $0.76 |
| 12/28/2018 | $0.69 | $0.70 | | 1/29/2019 | $0.71 | $0.73 | | 2/27/2019 | $0.83 | $0.76 |
| 12/31/2018 | $0.68 | $0.70 | | 1/30/2019 | $0.72 | $0.73 | | 2/28/2019 | $0.83 | $0.76 |
| 1/2/2019 | $0.70 | $0.70 | | 1/31/2019 | $0.76 | $0.73 | | 3/1/2019 | $0.82 | $0.76 |
| 1/3/2019 | $0.74 | $0.70 | | 2/1/2019 | $0.79 | $0.73 | | 3/4/2019 | $0.80 | $0.76 |
| 1/4/2019 | $0.76 | $0.71 | | 2/4/2019 | $0.88 | $0.73 | | 3/5/2019 | $0.81 | $0.76 |
| 1/7/2019 | $0.80 | $0.71 | | 2/5/2019 | $0.83 | $0.74 | | 3/6/2019 | $0.76 | $0.76 |

## INSTRUCTIONS APPLICABLE TO ALL CLAIMANTS

To the extent a claimant had a trading gain or "broke even" from his, her or its overall transactions in Liberty Shares during the Settlement Class Period, the value of the Recognized Loss will be zero and the claimant will not be entitled to a share of the Net Settlement Fund. To the extent that a claimant suffered a trading loss on his, her or its overall transactions in Liberty Shares during the Settlement Class Period, but that trading loss was less than the Recognized Loss calculated above, then the Recognized Loss shall be limited to the amount of the claimant's actual trading loss.

For purposes of calculating your Recognized Loss, all purchases, acquisitions and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim enclosed with this Notice, you must provide all your purchases and sales of Liberty shares during the period July 20, 2017

---

which the information correcting the misstatement or omission that is the basis for the action is disseminated." $.76 per share was the mean (average) daily closing trading price of the Liberty's common stock during the 90-day period beginning on December 7, 2018 through and including on March 6, 2019.

through and including March 6, 2019. Liberty Shares purchased or otherwise acquired and sold during the Settlement Class Period must have been sold at a loss and after at least one of the Corrective Disclosure Dates to qualify as a Recognized Loss. Trading gains, if any, will have a Recognized Loss of $0.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. No person shall have any claim against Defendants, Defendants' Related Parties[2], Defendants' Counsel, Lead Plaintiffs, Lead Counsel or the Claims Administrator or other agent designated by Lead Counsel based on the distributions made substantially in accordance with the Settlement Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the claimant's Claim Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

The payment you receive will reflect your proportionate share of the Net Settlement Fund. Such payment will depend on the number of eligible Shares that participate in the Settlement, and when those Shares were purchased and sold. The number of claimants who send in claims varies widely from case to case.

A purchase or sale of Liberty Shares shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date.

Acquisition by Gift, Inheritance, or Operation of Law: If a Settlement Class Member acquired Liberty Shares during the Settlement Class Period by way of gift, inheritance or operation of law, such a claim will be computed by using the date and price of the original purchase on the over-the-counter market in the U.S. and not the date and price of transfer. To the extent that Liberty Shares were originally purchased prior to commencement of the Settlement Class Period, the Recognized Loss for that acquisition shall be deemed to be zero ($0.00).

Notwithstanding any of the above, receipt of Liberty Shares during the Settlement Class Period in exchange for securities of any other corporation or entity shall not be deemed a purchase or sale of Liberty Shares.

The date of covering a "short sale" is deemed to be the date of purchase of Shares. The date of a "short sale" is deemed to be the date of sale of Shares. In accordance with the Plan of Allocation, however, the Recognized Loss on "short sales" is zero. In the event that a claimant has an opening short position in Liberty Shares, the earliest Settlement Class Period purchases shall be matched against such opening short position and not be entitled to a recovery until that short position is fully covered.

Payment according to the Plan of Allocation will be deemed conclusive against all Authorized Claimants. A Recognized Loss will be calculated as defined herein and cannot be less than zero. The Claims Administrator shall allocate to each Authorized Claimant a *pro rata* share of the Net Settlement Fund based on his, her, or its Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants. No distribution will be made to Authorized Claimants who would otherwise receive a distribution of less than $10.00.

Settlement Class Members who do not submit acceptable Proofs of Claim will not share in the Settlement proceeds. The Settlement Stipulation and the Order and Final Judgment dismissing this Action will nevertheless bind Settlement Class Members who do not submit a request for exclusion or submit an acceptable Proof of Claim.

---

[2] "Related Parties" means each of a Defendant's respective former, present, or future parents, subsidiaries, divisions and affiliates, and the respective employees, members, partners, principals, officers, directors, controlling shareholders, attorneys, advisors, accountants, auditors, and insurers of each of them; and the predecessors, successors, estates, spouses, heirs, executors, trusts, trustees, administrators, agents, legal or personal representatives and assigns of each of them, in their capacity as such.

Please contact the Claims Administrator or Lead Counsel if you disagree with any determinations made by the Claims Administrator regarding your Proof of Claim. If you are unsatisfied with the determinations, you may ask the Court, which retains jurisdiction over all Settlement Class Members and the claims-administration process, to decide the issue by submitting a written request.

Defendants, their respective counsel, and all other Released Parties will have no responsibility or liability whatsoever for the investment of the Settlement Fund, the distribution of the Net Settlement Fund, the Plan of Allocation, or the payment of any claim. Plaintiffs, Lead Counsel, the Claims Administrator, and other agents designated by Lead Counsel likewise will have no liability for their reasonable efforts to execute, administer, and distribute the Settlement.

Distributions will be made to Authorized Claimants after all claims have been processed and after the Court has finally approved the Settlement. If any funds remain in the Net Settlement Fund by reason of uncashed distribution checks or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Settlement Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distributions, any balance remaining in the Net Settlement Fund after at least six (6) months after the initial distribution of such funds will be used in the following fashion: (a) first, to pay any amounts mistakenly omitted from the initial disbursement; (b) second, to pay any additional settlement administration fees, costs, and expenses, including those of Lead Counsel as may be approved by the Court; and (c) finally, to make a second distribution to claimants who cashed their checks from the initial distribution and who would receive at least $10.00, after payment of the estimated costs, expenses, or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. These redistributions shall be repeated, if economically feasible, until the balance remaining in the Net Settlement Fund is *de minimis* and such remaining balance will then be distributed to a non-sectarian, not-for-profit organization selected by Lead Counsel.

## SPECIAL NOTICE TO SECURITIES BROKERS AND OTHER NOMINEES

If, between July 20, 2017 and December 6, 2018, inclusive, you purchased, otherwise acquired, or sold Liberty Shares on the over-the-counter market in the United States for the beneficial interest of a person or organization other than yourself, the Court has directed that, WITHIN SEVEN (7) DAYS OF YOUR RECEIPT OF THIS NOTICE, you either (a) provide to the Claims Administrator the name, last known address, and email address of each person or organization for whom or which you purchased such Liberty Shares during such time period (you may be reimbursed from the Settlement Fund for reasonable costs to provide the names and addresses to the Claims Administrator, not to exceed $0.05 per name and address) or (b) request additional copies of this Notice and the Proof of Claim form, which will be provided to you free of charge, and within seven (7) days mail the Notice and Proof of Claim form directly to the beneficial owners of the Liberty Shares. You may seek reimbursement of your reasonable expenses incurred, in an amount not to exceed $0.10 plus postage at the current pre-sort rate used by the Claims Administrator per Notice Packet; or $0.05 per Notice Packet transmitted by email; or $0.05 per name, mailing address, and email address (to the extent available provided to the Claims Administrator, by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought.). If you choose to follow alternative procedure (b), the Court has directed that, upon such mailing, you send a statement to the Claims Administrator confirming that the mailing was made as directed. Those expenses will be paid upon request and submission of appropriate supporting documentation. All communications regarding the foregoing should be addressed to the Claims Administrator at the address listed on page 3 above.

DATED: JULY 8, 2021

_____
BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## PROOF OF CLAIM AND RELEASE FORM

**Deadline for Submission:  November 22, 2021**

IF YOU PURCHASED, HELD, OR OTHERWISE ACQUIRED THE COMMON STOCK OF LIBERTY HEALTH SCIENCES, INC. ("LIBERTY") ON THE OVER-THE-COUNTER MARKET IN THE UNITED STATES BETWEEN JULY 20, 2017 AND DECEMBER 6, 2018, BOTH DATES INCLUSIVE (THE "SETTLEMENT CLASS PERIOD"), YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. (EXCLUDED FROM THE CLASS ARE: (I)  ALL NAMED DEFENDANTS IN THE LITIGATION, THE PRESENT AND FORMER OFFICERS AND DIRECTORS OF LIBERTY AND ANY SUBSIDIARY THEREOF, AND THE IMMEDIATE FAMILY MEMBERS, LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS OR ASSIGNS OF SUCH EXCLUDED PERSONS AND ANY ENTITY IN WHICH ANY SUCH EXCLUDED PERSON HAS OR HAD A CONTROLLING INTEREST DURING THE SETTLEMENT CLASS PERIOD; (II) OPT-OUTS *I.E.*, THOSE PERSONS WHO TIMELY AND VALIDLY REQUEST EXCLUSION FROM THE CLASS IN ACCORDANCE WITH THE REQUIREMENTS SET FORTH IN THE NOTICE; AND (III) PERSONS WHO HAVE NO COMPENSABLE DAMAGES.)

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT THIS FORM IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS.

YOU MUST COMPLETE AND EITHER SUBMIT THIS PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM AND RELEASE FORM") ONLINE AT WWW.STRATEGICCLAIMS.NET/LIBERTY/ NO LATER THAN 11:59 P.M. ON  NOVEMBER 22, 2021 OR SIGN THIS PROOF OF CLAIM AND RELEASE FORM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN   NOVEMBER 22, 2021, TO THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

**Liberty Securities Litigation**
**c/o Strategic Claims Services**
**P.O. Box 230**
**600 N. Jackson St., Suite 205**
**Media, PA 19063**
**Tel: (866) 274-4004**
**Fax: (610) 565-7985**
**info@strategicclaims.net**

YOUR FAILURE TO SUBMIT YOUR CLAIM BY NOVEMBER 22, 2021 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THE ACTIONS.  DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR. IF YOU ARE A CLASS MEMBER AND DO NOT SUBMIT A PROPER PROOF OF CLAIM AND RELEASE FORM, YOU WILL NOT SHARE IN THE SETTLEMENT BUT YOU NEVERTHELESS WILL BE BOUND BY THE ORDER AND FINAL JUDGMENT OF THE COURT UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A PROOF OF CLAIM AND RELEASE FORM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

14

## CLAIMANT'S STATEMENT

1. I (we) purchased Liberty Health Sciences, Inc. ("Liberty") Shares on the over-the-counter market in the United States during the Settlement Class Period. (Do not submit this Proof of Claim and Release Form if you did not purchase Liberty Shares during the Settlement Class Period.)

2. By submitting this Proof of Claim and Release Form, I (we) state that I (we) believe in good faith that I am (we are) a Class Member(s) as defined above and in the Notice of Proposed Settlement of Class Action (the "Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Actions or anyone excluded from the Class; that I (we) have read and understand the Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3. I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim and Release Form. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Actions or Settlement in connection with processing of the Proof of Claim and Release Form.

4. I (we) have set forth where requested below all relevant information with respect to each purchase or acquisition of Liberty Shares during the timeframe requested below, and each sale, if any, of such securities. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5. I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of Liberty Shares listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6. I (we) understand that the information contained in this Proof of Claim and Release Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information, including, where applicable, information concerning transactions in any derivatives securities such as options.)

7. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) of each of the "Released Parties" of all "Released Claims," as those terms are defined in the Settlement Stipulation.

8. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their

15

heirs, executors, administrators, predecessors, successors, and assigns) to permanently refrain from prosecuting or attempting to prosecute any Released Claims against any of the Released Parties.

9. "Related Parties" has the meaning laid out in the Settlement Stipulation.

10. "Released Claims" has the meaning laid out in the Settlement Stipulation.

11. "Unknown Claims" has the meaning laid out in the Settlement Stipulation.

12. I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Settlement Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

13. NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. All Claimants MUST submit a manually signed paper Proof of Claim and Release Form listing all their transactions whether or not they also submit electronic copies. If you wish to file your claim electronically, you must contact the Claims Administrator at efile@strategicclaims.net or visit their website at https://www.strategicclaims.net/institutional-filers/ to obtain the required file layout. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

LIBERTY HEALTH

## I. CLAIMANT INFORMATION

| Beneficial Owner Name | | |
|---|---|---|
| | | |
| Address | | |
| | | |
| City | State | ZIP |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Account Number | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

## II. SCHEDULE OF TRANSACTIONS IN LIBERTY HEALTH SCIENCES, INC. SHARES

**Beginning Holdings:**

A. State the total number of shares of Liberty Shares held at the close of trading on July 19, 2017 (*must be documented).*  If none, write "zero" or "0."

**Purchases/Acquisitions:**

B. Separately list each and every purchase or acquisition of Liberty Shares in an over-the-counter market in the U.S. between July 20, 2017 and March 6, 2019, both dates inclusive, and provide the following information (*must be documented):*

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

17

**Sales:**

C.  Separately list each and every sale of Liberty Shares between July 20, 2017 and March 6, 2019, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Ending Holdings:**

D.  State the total number of shares of Liberty Shares held at the close of trading on March 6, 2019 (must be documented). If none, write "zero" or "0."

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

## III. SUBSTITUTE FORM W-9

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s). For most individuals, this is your Social Security Number. The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number. If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | or | Taxpayer Identification Number (for estates, trusts, corporations, etc. |
|---|---|---|
| | | |

## IV. CERTIFICATION

I (We) submit this Proof of Claim and Release Form under the terms of the Stipulation of Settlement described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York, with respect to my (our) claim as a Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of Liberty Shares during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

LIBERTY HEALTH

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)
☐ Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)

Date: _____

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/LIBERTY/ NO LATER THAN 11:59 P.M. ON NOVEMBER 22, 2021 OR POSTMARKED NO LATER THAN NOVEMBER 22, 2021 AND MUST BE MAILED TO:**

**Liberty Securities Litigation**
**Strategic Claims Services**
**P.O. Box 230**
**600 N. Jackson St., Suite 205**
**Media, PA 19063**
**Fax: (610) 565-7985**
**info@strategicclaims.net**

A Proof of Claim and Release Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by November 22, 2021 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions. In all other cases, a Proof of Claim and Release Form shall be deemed to have been submitted when actually received by the Claims Administrator.

The Claims Administrator will acknowledge receipt of your Proof of Claim and Release Form by mail or email within 45 days of receipt. Your claim is not deemed filed until you receive such an acknowledgement. If you do not receive an acknowledgement within 45 days, please contact the Claims Administrator by telephone toll free at (866) 274-4004 or by email at info@strategicclaims.net.

You should be aware that it will take a significant amount of time to process fully all of the Proof of Claim and Release Forms and to administer the Settlement. This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim and Release Form. Please notify the Claims Administrator of any change of address.

Liberty Securities Litigation
Strategic Claims Services
600 N. Jackson St., Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

**REMINDER CHECKLIST**

o   Please be sure to sign this Proof of Claim and Release Form on page 19.  If this Proof of Claim and Release Form is submitted on behalf of joint claimants, then each claimant must sign.
o   Please remember to attach supporting documents. Do NOT send any stock certificates.  Keep copies of everything you submit.
o   Do NOT use highlighter on the Proof of Claim and Release Form or any supporting documents.
o   If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or to deliver payment to you.

EXHIBIT B

## REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202            EMAIL: info@strategicclaims.net    FAX: (610) 565-7985

July 19, 2021

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS OR ENTITIES WHO PURCHASED, HELD, OR OTHERWISE ACQUIRED COMMON STOCK OF LIBERTY HEALTH SCIENCES, INC. ("LIBERTY") ON THE OVER-THE-COUNTER MARKET IN THE UNITED STATES BETWEEN JULY 20, 2017 AND DECEMBER 6, 2018, BOTH DATES INCLUSIVE.

Excluded from the Settlement Class are all named Defendants in the Litigation, the present and former officers and directors of Liberty and any subsidiary thereof, and the immediate family members, legal representatives, heirs, successors or assigns of such excluded persons and any entity in which any such excluded person has or had a controlling interest during the Settlement Class Period.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| _Liberty Securities Litigation_<br>Case No. 1:19-cv-00161<br>Objection Deadline: October 25, 2021<br>Exclusion Deadline: October 25, 2021<br>Settlement Hearing: November 15, 2021<br>Claim Filing Deadline: November 22, 2021 | Cusip Number: 530562107 |

### PER COURT ORDER, PLEASE RESPOND WITHIN 7 CALENDAR DAYS FROM THE DATE OF THIS NOTICE

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. Supply us with email addresses, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the emailing or mailing of the Notice Packet. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample Notice Packets to do the mailing. After the receipt of the Notice Packets, you have seven (7) calendar days to mail them; or
4. Request a copy of the Notice Packet or a link to the Notice and Proof of Claim in electronic format and advise us that you will be emailing to your beneficial purchases/owners within seven (7) days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.05 per email if you email the notice** OR
- **$0.05 per name and address or email address** if you are providing us the records OR
- **$0.10 per name and address, including materials, plus postage at the current pre-sort rate use by the Claims Administrator if** you are requesting Notice Packets and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of this legal matter. A copy of the Notice of Proposed Settlement of Class Action and Proof of Claim Form and Release Form and important documents are available on our website https://www.strategicclaims.net/Liberty/. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,

Claims Administrator
Liberty Securities Litigation

EXHIBIT C

**Josephine Bravata**

| | |
|---|---|
| **From:** | donotreply@globenewswire.com |
| **Sent:** | Thursday, August 12, 2021 9:01 AM |
| **To:** | jbravata@strategicclaims.net |
| **Cc:** | jbravata@strategicclaims.net |
| **Subject:** | GlobeNewswire Release Distribution Confirmation: Pomerantz LLP |



# Release Distribution Confirmation

**Pomerantz LLP Announces Proposed Class Action Settlement on Behalf of Purchasers of Common Stock of Liberty Health Sciences, Inc.**

1

*Cross time: **08/12/21 09:00 AM ET: Eastern Time** - View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

2