UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY LIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY HEALTH SCIENCES INC., GEORGE SCORSIS, RENE GULLIVER, and VIC NEUFELD,<br><br>Defendants. | Case No.  1:19-cv-00161-MKV-SLC<br><br>Motion Date:  November 15, 2021 |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR
AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES,
AND COMPENSATORY AWARD TO PLAINTIFFS**

**PLEASE TAKE NOTICE** that, upon the accompanying Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Plaintiffs, dated September 20, 2021, the accompanying Declaration of Cara David in Support of Plaintiffs' (1) Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds and (2) Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Plaintiffs, dated September 20, 2021, the exhibits annexed thereto, all other pleadings and matters of record, and such additional evidence or argument as may be presented at or before the hearing, Lead Plaintiff  Nancy Lin and Plaintiff Gilbert Lee Silverbird (together, "Plaintiffs"), through their undersigned attorneys, will move this Court, before the Honorable J. Mary K. Vyskocil, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on

November 15, 2021, at 11:00 a.m., for an Order awarding (1) Lead Counsel attorneys' fees in the amount of six hundred thousand U.S. dollars ($600,000.00), plus interest, (2) reimbursement of $28,818.78 in out-of-pocket litigation expenses, and (3) a compensatory award to Lead Plaintiff Nancy Lin in the amount of five thousand U.S. dollars ($5,000.00) and plaintiff Gilbert Lee Silverbird in the amount of three thousand U.S. dollars ($3,000.00) ($8,000.00 cumulative) to be paid from the Settlement Fund.  A proposed Final Judgment and Order of Dismissal with Prejudice granting the requested relief will be submitted with Plaintiffs' reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Class have passed.

Dated:  September 20, 2021                          **POMERANTZ LLP**

*/s/ Cara David*
Jeremy A. Lieberman
Cara David
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (917) 463-1044
Email: jalieberman@pomlaw.com
          cdavid@pomlaw.com

*Lead Counsel for Plaintiffs and the Class*

**BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
peretz@bgandg.com

*Additional Counsel*