**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NANCY LIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY HEALTH SCIENCES INC., GEORGE SCORSIS, RENE GULLIVER, and VIC NEUFELD<br><br>Defendants. | Case No. 1:19-cv-00161 |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA**
**CONCERNING: (A) MAILING OF THE NOTICE AND CLAIM; AND**
**(B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.      I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over four-hundred fifty (450) class action cases since its inception.  Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated July 8, 2021 (the "Preliminary Approval Order"), SCS was appointed as Claims Administrator in connection with the Settlement of the above-captioned action.[1]   I submit this supplemental declaration in order to provide the Court and the Parties updated information regarding the mailing of the Notice and Claim to potential Settlement Class Members, as well as updates

_____

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement dated January 8, 2021 (the "Stipulation").

concerning other aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

## UPDATE ON MAILING OF NOTICE AND CLAIM

2.      As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated September 20, 2021 (the "Bravata Declaration"), SCS mailed or emailed 1,205 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed 20,725 Notice and Claims to potential Settlement Class Members or nominees.  Additionally, as noted in the Bravata Declaration, a direct link from the settlement webpage for the Notice and Claim was sent by email from one of the nominees to 17,182 of their clients.  Since the Bravata Declaration was filed, 335 additional Notice and Claims or link of Notice and Claim Forms emailed due to responses from Nominee Account Holders and Institutional Groups.  In total 38,242 potential Settlement Class Members were notified either by Notice and Claim or a link of Notice and Claim Form.

3.      Out of the 21,060 Notice and Claims mailed, 222 were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for 39, and SCS immediately mailed another Notice and Claim to the updated addresses.  The remaining 183 Notice and Claims returned as undeliverable were "skip-traced" to obtain updated addresses and 61 were re-mailed to updated addresses.

## UPDATE ON TOLL-FREE PHONE LINE

4.      The Bravata Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the

Settlement.   SCS continues to promptly respond to each telephone inquiry and address Settlement Class Member inquiries.

**UPDATE ON SETTLEMENT WEBPAGE**

5.       The Bravata Declaration also noted that on July 19, 2021, SCS established a webpage on its website at www.strategicclaims.net/Liberty/.  The webpage is accessible 24 hours a day, 7 days a week and contains a current status; case deadlines; the online claim filing link; and important documents such as the Notice and Claim, the Preliminary Approval Order, and the Stipulation. SCS continues to maintain the webpage.

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

6.       The Notice, Summary Notice, and settlement webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed to SCS such that they are received no later than October 25, 2021.  SCS has been monitoring all mail delivered for this case.  As of the date of this Declaration, SCS has received two exclusion requests (which were from different individuals at the same address); however, the exclusion requests did not provide the required transaction and holding documentation.  SCS emailed and mailed a letter to the two individuals requesting the missing information.  Attached as **Exhibit A** are the exclusion letters and SCS' letter (redacted to prevent disclosure of investor address information).

7.       According to the Notice, Settlement Class Members seeking to object to the proposed Settlement, any part of the Settlement, the proposed Plan of Allocation, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for a Compensatory Award to Lead Plaintiffs must be submitted to Lead Counsel and Counsel for Liberty, as well as filed with the Clerk of the Court, no later than October 25, 2021.  As of the date of this Declaration, SCS has not received any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of October 2021, in Media, Pennsylvania.

Josephine Bravata

{00460619;1 }                                   4

**EXHIBIT A**

# Joel Cruz-Davis

TO:

Liberty Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
P. O. Box 230
Media, PA 19063
Toll-Free: (866) 274-4004
Facsimile: (610) 565-7985
Email: info@strategicclaims.net

CC:

Jeremy A. Lieberman
POMERANTZ LLP
600 Third Avenue, Floor 20
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com

20 September, 2021

I, Joel Cruz-Davis, request exclusion from the Settlement Class in the Lin v. Liberty Health Sciences, et al., 1:19-cv-00161-MKV-SLC (S.D.N.Y.).

I cannot find record of the dates, number of securities, or dollar amount of purchases, acquisitions, sales, or dispositions of Liberty Shares on the over-the-counter market in the United States during the Settlement Class Period; nor have I been able to locate the number of Shares held by me as of December 6, 2018; nor can I currently provide records of each purchase or acquisition, nor, if applicable, sale transaction of Liberty Shares during the Settlement Class Period; nor can I presently demonstrate our status as a beneficial owner of the Liberty Shares.

Despite the fact that I cannot produce the above records at this time, I wish to exercise my right to exclude myself from the above-referenced legal action.

Sincerely,

Joel Cruz-Davis

Cruz-Davis

UNITED STATES
POSTAL SERVICE®

U.S. POSTAGE PAID
FCM LETTER

SEP 20, 21
AMOUNT
$4.33
R2305M147513-06

1000          19063

Liberty Securities Litigation
c/o Strategic Claims Srvcs
600 N. Jackson St, Ste 205
PO Box 230
Media PA   19063

SEP 27 2021

# Yulien Cruz-Davis

TO:

Liberty Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
P. O. Box 230
Media, PA 19063
Toll-Free: (866) 274-4004
Facsimile: (610) 565-7985
Email: info@strategicclaims.net

CC:

Jeremy A. Lieberman
POMERANTZ LLP
600 Third Avenue, Floor 20
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: jalieberman@pomlaw.com

20 September, 2021

I, Joel Cruz-Davis, request exclusion from the Settlement Class in the Lin v. Liberty Health Sciences, et al., 1:19-cv-00161-MKV-SLC (S.D.N.Y.).

I cannot find record of the dates, number of securities, or dollar amount of purchases, acquisitions, sales, or dispositions of Liberty Shares on the over-the-counter market in the United States during the Settlement Class Period; nor have I been able to locate the number of Shares held by me as of December 6, 2018; nor can I currently provide records of each purchase or acquisition, nor, if applicable, sale transaction of Liberty Shares during the Settlement Class Period; nor can I presently demonstrate our status as a beneficial owner of the Liberty Shares.

Despite the fact that I cannot produce the above records at this time, I wish to exercise my right to exclude myself from the above-referenced legal action.

Sincerely,

Yulien Cruz-Davis

Cruz - Davis

Liberty Securities Litigation
c/o Strategic Claims Srvcs
600 N. Jackson St, Ste 205
Po Box 230
Media PA. 19063

U.S. POSTAGE PAID
FCM LETTER

SEP 20, 21
AMOUNT
$4.33
R2305M147513-06

UNITED STATES POSTAL SERVICE
1000

19063

SEP 2 7 2021

Liberty Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street – Suite 205
Media, PA 19063

Phone: (866) 274-4004
Fax: (610) 565-7985
Email: info@strategicclaims.net

September 29, 2021

Joel and Yulien Cruz-Davis

Re:  Liberty Securities Litigation

Joel and Yulien Cruz-Davis,

On September 27, 2021, we received your request for exclusion from the Liberty Securities Litigation, Case No. 1:19-cv-00161. At this time, we are missing the following information, which is needed in order for your request to be valid:

- The date, number of common stock, and dollar amount of all purchases, acquisitions, sales, or dispositions of Liberty Health Sciences, Inc. ("Liberty") on the over-the-counter market in the United States during the period from July 20, 2017 and December 6, 2018, inclusive;
- The number of Liberty common stock held as of December 6, 2018; and
- Supporting documentation for the transactions such as broker confirmation slips, broker account statements, an authorized statement from the broker containing the transactional and holding information found in a broker confirmation slip or account statement.

For your request to be honored, we must receive the information above no later than **October 25, 2021.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Josephine Bravata
Quality Assurance Manager
Strategic Claims Services