**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NANCY LIN, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:19-cv-00161-MKV-SLC |
| Plaintiff, | |
| v. | |
| LIBERTY HEALTH SCIENCES INC., GEORGE SCORSIS, RENE GULLIVER, and VIC NEUFELD, | |
| Defendants. | |

**NOTICE OF PLAINTIFFS' MOTION FOR DISTRIBUTION OF**
**CLASS ACTION SETTLEMENT FUNDS**

**PLEASE TAKE NOTICE** that Class Representatives Nancy Lin and Plaintiff Gilbert Lee Silverbird, on behalf of themselves and the Settlement Class, will and do hereby move this Court, before the Honorable J. Mary K. Vyskocil, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order authorizing the distribution of class action settlement funds. The grounds in support of this Motion are set forth fully in the accompanying (i) Memorandum of Law in Support of Plaintiffs' Motion for Distribution of Class Action Settlement Funds and (ii) Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process.

A proposed Order Granting Motion for Distribution of Class Action Settlement Funds, which grants the requested relief, is also submitted herewith.

Dated: August 22, 2022

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (917) 463-1044
Email: jalieberman@pomlaw.com

*Class Counsel*

**BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
peretz@bgandg.com

*Additional Counsel*