**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NANCY LIN, Individually and on Behalf of
All Others Similarly Situated,

                         Plaintiff,

     v.

LIBERTY HEALTH SCIENCES
INC., GEORGE SCORSIS, RENE
GULLIVER, and VIC NEUFELD

                        Defendants.

Case No. 1:19-cv-00161

---

**DECLARATION OF JOSEPHINE BRAVATA**
**CONCERNING THE RESULTS OF THE CLAIMS ADMINISTRATION PROCESS**

I, Josephine Bravata, declare:

1.      I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over four-hundred fifty (450) class action settlements since its inception.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify thereto.

**UPDATE ON THE NOTIFICATION PROCESS**

2.      Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated July 8, 2021 (the "Preliminary Approval Order") (Dkt. No. 92), SCS was

appointed as Claims Administrator to supervise and administer the claims processing in connection with the Settlement of the above-captioned action.[1]

3.      As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated September 20, 2021 and the Supplemental Declaration of Josephine Bravata Concerning: (A) Mailing of the Notice and Claim Form; and (B) Report on Requests for Exclusion and Objections, dated October 4, 2021 (the "Bravata Declarations") (Dkt. No. 95-1 and 99), SCS mailed or emailed 1,205 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed 21,060 Notice and Claims to potential Settlement Class Members or nominees. Additionally, as stated in the Bravata Declarations, SCS was notified by one of the nominees that they emailed 17,182 of their customers to notify them of this settlement and provided the link to the Notice and Claim.  Since the Bravata Declarations were filed, 36 additional Notice and Claims were mailed, and 43 additional direct links to the settlement webpage for the Notice and Claim were emailed due to the responses from Nominee Account Holders and Institutional Groups.  In total, 38,321 Notice and Claims were either mailed or emailed.

**UPDATE ON TOLL-FREE PHONE LINE**

4.      The Bravata Declarations noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement. SCS continues to promptly respond to each telephone inquiry and will continue to address Settlement Class Members inquiries.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated January 8, 2021 (the "Stipulation") (Dkt. No. 84-1).

## UPDATE ON SETTLEMENT WEBPAGE

5.      The Bravata Declarations also noted that on July 19, 2021, SCS established a webpage for the Settlement on its website at www.strategicclaims.net/Liberty/. The webpage is accessible 24 hours a day, 7 days a week.  The webpage contains the current status; the case deadlines; the online claim filing link; and the important documents. SCS continues to maintain the webpage.  To date, the webpage has received 17,552 pageviews from 5,757 unique users.

## STATUS OF CLAIMS PROCESSING

6.      Through February 23, 2022, 1,132 Claim Forms (hereafter referred to as "claims") were submitted in connection with this settlement.[2]  SCS has carefully reviewed, analyzed, and processed all of these claims, and has responded to all claimant inquiries regarding the action, the settlement and the procedures for filling out the Claim Forms.  SCS has also been in close contact with Lead Counsel to review the administration process.  SCS's Report of Claims Administrator is annexed hereto as **Exhibit A** and described below.

7.      The annexed Report of Claims Administrator sets forth the final status of claims submitted to SCS as follows:

a.      PROPERLY DOCUMENTED CLAIMS:   SCS has identified 583[3] properly documented valid claims.  These valid claims represent Recognized Losses of $1,433,516.26[4]. These valid claims were calculated in the manner set forth in the Court-approved Plan of Allocation of the Net Settlement Fund Among Settlement Class ("Plan

---

[2] SCS has not processed any claims filed after February 23, 2022, or any responses to rejections received after August 10, 2022, due to extreme lateness and because their inclusion would have delayed the finalization of the administration.

[3] This number includes 575 timely filed valid claims and 8 late but otherwise valid claims.

[4] This amount includes Recognized Losses for timely filed, valid claims of $1,366,679.66 and Recognized Losses for late (but otherwise valid) claims of $66,836.60.

of Allocation"), included in the Notice. **Exhibit B-1** is a spreadsheet of the 575 properly documented and timely submitted claims.  **Exhibit B-2** is a spreadsheet of the 8 claims submitted after the Court-approved claims filing deadline, November 22, 2021, and on or before February 23, 2022.

      b.     <u>INADEQUATELY DOCUMENTED CLAIMS</u>:  SCS initially identified 146 inadequately documented claims. SCS mailed or emailed inadequacy notices to each of these claimants, advising them of the nature of their inadequacy and providing them an opportunity to cure. A sample inadequacy notice is annexed hereto as **Exhibit C**.  Among these 146 deficient claims, 65 have been successfully cured and are considered valid.  The remaining 81 inadequate claimants either did not respond to the inadequacy notice or responded with inadequate documentation and were sent a rejection notice setting forth the reason for their inadequacy.  To date, none of the 81 inadequate claimants has objected to or contested this determination. *See* **Exhibit D** for a list of the inadequate, rejected claimants.

      c.     <u>INELIGIBLE CLAIMS</u>:  In addition to the 81 claims discussed above in paragraph 7.b., SCS has identified 468 claims which we recommend for complete rejection. Included in this category are: (i) claims with no Recognized Losses; (ii) claims for securities other than common stock of Liberty Health Sciences, Inc. ("Liberty") on the over-the-counter market in the United States; (iii) duplicate claims; (iv) claims with common stock of Liberty purchased outside of the Settlement Class Period; (v) common stock of Liberty that were not purchased or otherwise acquired, but were received, granted by gift, inheritance, or operation of law; and (vi) claims with shares sold short. *See* **Exhibit E** for a list of these ineligible claims.  We have communicated with these 468 claimants

and advised them of our determination. A sample ineligibility notice is annexed hereto as **Exhibit F**. To date, one of these ineligible claimants has contested their determination.

(i)     Claim 1000 filed a claim who purchased 112,400 shares during the Settlement Class Period in its US account ending in 239. 70,000 shares were sold for a profit during the Settlement Class Period and the remaining 42,400 shares were held to the end of the 90-day lookback period of March 6, 2019. Since the 42,400 shares were held, SCS calculated those shares by taking the difference of the purchase price and $0.76 a share (average daily closing price of Liberty common stock during the 90-day period beginning December 7, 2018 through and including March 6, 2019). The 42,400 shares purchased during the Settlement Class Period were purchased for less than $0.76; therefore, the claim is ineligible due to an overall gain. SCS sent Claim 1000 an ineligibility notice; however, the claimant disagrees with the determination. **Exhibit G** is a copy of the claim, ineligibility notice, and Claim 1000 response to the ineligibility notice. SCS respectfully requests that the Court uphold SCS's determination that Claim 1000 is ineligible for overall gain.

8.      In anticipation of completing this administration, SCS respectfully requests that the Court reject as untimely any claims received after February 23, 2022, reject any responses to deficiency and/or rejection notices received after August 10, 2022, and reject Claim 1000.

9.      Should the Court concur with SCS's administrative determinations concerning the claims recommended for acceptance and rejection, SCS recommends the following:

(a)     Per the Plan of Allocation, each Authorized Claimant shall be allocated a *pro rata* share of the Net Settlement Fund that each Authorized Claimant's Recognized Loss

as compared to the total of the Recognized Losses of all 575 Authorized Claimants and 8 late claims, if the late claims are deemed valid by the Court. No distribution will be made to Authorized Claimants who would otherwise receive a distribution of less than $10.00.

(b)     In order to encourage Authorized Claimants to cash their distribution checks promptly, and to avoid or reduce future expenses relating to unpaid distribution checks, all checks should bear the notation, "CASH PROMPTLY, VOID AND SUBJECT TO RE-DISTRIBUTION 180 DAYS AFTER ISSUE DATE." Similarly, all other checks issued in connection with subsequent distributions shall bear the same notation.

(c)     If any funds remain in the Net Settlement Fund by reason of uncashed distribution checks or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Settlement Class Members who are entitled to participate in the distribution of the Net Settlement Fund cash their distributions, any balance remaining in the Net Settlement Fund after at least six (6) months after the initial distribution of such funds will be used in the following fashion: (a) first, to pay any amounts mistakenly omitted from the initial disbursement; (b) second, to pay any additional settlement administration fees, costs, and expenses, including those of Lead Counsel as may be approved by the Court; and (c) finally, to make a second distribution to claimants who cashed their checks from the initial distribution and who would receive at least $10.00, after payment of the estimated costs, expenses, or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. These redistributions shall be repeated, if economically feasible, until the balance remaining in the Net Settlement Fund is *de minimis* and such remaining balance will then be distributed to a non-sectarian, not-for-profit organization selected by Lead Counsel.

(d)     Authorized Claimants who do not cash their distribution checks within the time allotted will irrevocably forfeit all recovery from the Settlement unless good cause is shown. The funds allocated to all such stale-dated checks will be available for re-distribution to other Authorized Claimants in subsequent distributions, if such distributions are determined to be economically feasible.

(e)     SCS respectfully requests the Court order that: (i) in no less than one (1) year after the distribution of the Net Settlement Fund, we may destroy the paper copies of the Claim Forms and all supporting documentation; and (ii) in no less than one (1) year after all funds have been distributed, we may destroy the electronic copies of the Claim Forms and all supporting documentation. This is the customary document retention period SCS uses to prevent additional costs to the Settlement Class for storage expenses and related fees.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of August 2022, in Media, Pennsylvania.

Josephine Bravata

# EXHIBIT A

## REPORT OF THE CLAIMS ADMINISTRATOR

## LIBERTY HEALTH SCIENCIES INC. SECURITIES LITIGATION


TOTAL # OF CLAIMS…………………………………………………………   <u>1,132</u>


TOTAL # OF APPROVED VALID CLAIMS…………………………………   <u>583</u>


TOTAL # OF INELIGIBLE CLAIMS……………………………………......   <u>549</u>

        NO RECOGNIZED LOSSES..........................................246
        WRONG STOCK ............................................................113
        INADEQUATE DOCUMENTATION .............................81
        DUPLICATE CLAIMS ...................................................46
        PURCHASED OUTSIDE CLASS PERIOD....................41
        SHARES NOT PURCHASED .........................................18
        SHARES SOLD SHORT....................................................4

        TOTAL ........................................................................<u>549</u>


TOTAL RECOGNIZED LOSSES ...............................................................$1,433,516.26

**TIMELY, PROPERLY DOCUMENTED CLAIMS**     **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 6 | 348.60 |
| 7 | 1,260.00 |
| 8 | 294.90 |
| 10 | 2,640.00 |
| 12 | 104.44 |
| 13 | 599.76 |
| 16 | 215.50 |
| 17 | 280.00 |
| 18 | 3,256.35 |
| 19 | 885.78 |
| 20 | 319.35 |
| 22 | 77.25 |
| 25 | 194.95 |
| 26 | 791.50 |
| 29 | 220.00 |
| 30 | 1,963.80 |
| 33 | 420.00 |
| 35 | 68.03 |
| 36 | 620.00 |
| 37 | 52.03 |
| 38 | 1,376.19 |
| 39 | 3,998.06 |
| 41 | 2,680.50 |
| 44 | 420.00 |
| 45 | 2,100.00 |
| 46 | 718.60 |
| 48 | 380.00 |
| 49 | 253.75 |
| 50 | 7,873.50 |
| 51 | 118.00 |
| 53 | 21.14 |
| 54 | 2,239.16 |
| 56 | 861.52 |
| 57 | 30.00 |
| 61 | 31.00 |
| 65 | 336.00 |
| 67 | 37.80 |
| 68 | 25.00 |
| 69 | 151.80 |
| 71 | 25.50 |
| 73 | 140.61 |
| 77 | 2,000.00 |
| 78 | 212.00 |
| 79 | 76.40 |
| 83 | 6,504.97 |
| 86 | 8,215.74 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|--------:|------------------:|
| 90 | 201.84 |
| 93 | 279.00 |
| 102 | 60.88 |
| 104 | 147.20 |
| 106 | 343.98 |
| 107 | 220.81 |
| 110 | 231.27 |
| 113 | 2,100.00 |
| 114 | 4,200.00 |
| 119 | 25.80 |
| 120 | 214.94 |
| 121 | 270.00 |
| 122 | 126.00 |
| 125 | 55.12 |
| 127 | 11,100.00 |
| 130 | 290.00 |
| 131 | 22.72 |
| 133 | 33.00 |
| 134 | 15.00 |
| 136 | 998.33 |
| 137 | 240.00 |
| 141 | 11.88 |
| 142 | 4,200.00 |
| 143 | 252.00 |
| 144 | 50.00 |
| 146 | 155.40 |
| 147 | 380.00 |
| 152 | 429.60 |
| 154 | 79.80 |
| 155 | 566.50 |
| 156 | 600.00 |
| 157 | 1,497.50 |
| 159 | 381.70 |
| 160 | 16.00 |
| 161 | 1,436.04 |
| 162 | 323.60 |
| 164 | 1,554.00 |
| 166 | 340.00 |
| 167 | 5,022.00 |
| 169 | 4,438.20 |
| 170 | 48.00 |
| 171 | 402.80 |
| 172 | 12.00 |
| 174 | 3,600.00 |
| 175 | 108.60 |
| 177 | 6,206.50 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 178 | 549.60 |
| 180 | 5.62 |
| 181 | 130.00 |
| 182 | 149.56 |
| 185 | 617.00 |
| 187 | 91.92 |
| 188 | 32.56 |
| 191 | 14.96 |
| 193 | 77.12 |
| 195 | 1,890.00 |
| 197 | 26.56 |
| 198 | 351.40 |
| 200 | 36.00 |
| 202 | 38.90 |
| 203 | 520.00 |
| 205 | 69.24 |
| 206 | 95.09 |
| 208 | 930.00 |
| 209 | 269.00 |
| 210 | 88.64 |
| 211 | 43.20 |
| 212 | 420.00 |
| 213 | 6,600.00 |
| 215 | 120.68 |
| 217 | 72.50 |
| 218 | 10,790.00 |
| 220 | 7.35 |
| 221 | 1,678.74 |
| 222 | 16.90 |
| 223 | 40.00 |
| 225 | 72.50 |
| 227 | 1,140.00 |
| 228 | 300.40 |
| 229 | 16.28 |
| 230 | 72.30 |
| 233 | 643.42 |
| 237 | 1,170.00 |
| 238 | 598.95 |
| 239 | 236.88 |
| 241 | 4,900.00 |
| 242 | 1,300.00 |
| 244 | 958.85 |
| 245 | 63.64 |
| 246 | 319.75 |
| 247 | 2,520.00 |
| 249 | 37.90 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 250 | 460.00 |
| 251 | 24.07 |
| 252 | 3,547.34 |
| 253 | 10,072.50 |
| 254 | 4.82 |
| 255 | 210.00 |
| 259 | 840.00 |
| 260 | 160.00 |
| 261 | 646.40 |
| 262 | 325.05 |
| 263 | 43.50 |
| 264 | 285.00 |
| 268 | 16.00 |
| 270 | 210.00 |
| 271 | 707.70 |
| 272 | 214.45 |
| 273 | 244.23 |
| 275 | 420.00 |
| 276 | 1,374.90 |
| 277 | 624.70 |
| 278 | 795.00 |
| 279 | 30.42 |
| 282 | 578.07 |
| 283 | 669.13 |
| 285 | 1,764.00 |
| 286 | 2,603.72 |
| 287 | 26.10 |
| 288 | 980.28 |
| 289 | 130.50 |
| 290 | 42.00 |
| 293 | 562.80 |
| 297 | 3.26 |
| 298 | 287.10 |
| 301 | 849.00 |
| 303 | 40.00 |
| 304 | 176.00 |
| 306 | 169.00 |
| 307 | 15.52 |
| 309 | 190.00 |
| 310 | 9.50 |
| 311 | 466.13 |
| 312 | 156.75 |
| 313 | 1,248.00 |
| 315 | 10.08 |
| 316 | 210.00 |
| 318 | 289.70 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                          **EXHIBIT B-1**

| Claim # | Recognized Losses |
|--------:|------------------:|
| 319 | 80.00 |
| 320 | 136.50 |
| 321 | 23.50 |
| 322 | 420.00 |
| 324 | 31.00 |
| 326 | 58.63 |
| 327 | 19.50 |
| 328 | 1,680.00 |
| 329 | 157.50 |
| 330 | 75.54 |
| 333 | 27.33 |
| 334 | 136.50 |
| 335 | 107.10 |
| 336 | 143.40 |
| 337 | 840.00 |
| 338 | 23.43 |
| 339 | 296.80 |
| 341 | 2,895.00 |
| 342 | 63.90 |
| 343 | 1,319.50 |
| 344 | 29.00 |
| 347 | 1,770.50 |
| 350 | 2,088.00 |
| 352 | 369.82 |
| 356 | 180.00 |
| 358 | 16.93 |
| 360 | 31.86 |
| 363 | 1,020.00 |
| 364 | 2,269.48 |
| 365 | 18,663.09 |
| 366 | 20,163.49 |
| 367 | 17,293.50 |
| 368 | 18,512.00 |
| 369 | 100.00 |
| 370 | 210.00 |
| 372 | 2,587.50 |
| 374 | 102.37 |
| 376 | 2,167.37 |
| 377 | 4,812.38 |
| 380 | 1,356.50 |
| 381 | 144.43 |
| 382 | 230.00 |
| 384 | 115.00 |
| 386 | 133.66 |
| 387 | 339.80 |
| 390 | 56.40 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 391 | 2,046.50 |
| 392 | 170.20 |
| 394 | 80.40 |
| 395 | 60.00 |
| 399 | 1,641.36 |
| 400 | 420.00 |
| 401 | 126.00 |
| 404 | 2,380.00 |
| 408 | 1,100.00 |
| 410 | 955.71 |
| 412 | 62.45 |
| 413 | 300.00 |
| 414 | 780.00 |
| 415 | 2,347.51 |
| 416 | 1,290.00 |
| 419 | 0.48 |
| 421 | 413.05 |
| 426 | 1,131.19 |
| 428 | 462.00 |
| 429 | 40.50 |
| 430 | 120.00 |
| 431 | 40.80 |
| 432 | 72.00 |
| 433 | 210.00 |
| 437 | 895.00 |
| 439 | 655.00 |
| 444 | 120.00 |
| 445 | 310.00 |
| 447 | 436.74 |
| 452 | 12.56 |
| 460 | 306.00 |
| 461 | 380.00 |
| 462 | 707.70 |
| 463 | 84.00 |
| 464 | 7,004.25 |
| 469 | 786.65 |
| 471 | 492.00 |
| 476 | 488.62 |
| 477 | 168.20 |
| 478 | 480.00 |
| 480 | 33.98 |
| 485 | 42.00 |
| 486 | 1,404.00 |
| 487 | 54.19 |
| 489 | 127.20 |
| 490 | 1,478.67 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 491 | 2,375.70 |
| 492 | 24.00 |
| 496 | 420.00 |
| 498 | 750.00 |
| 499 | 6.43 |
| 501 | 1,957.20 |
| 502 | 1,470.00 |
| 510 | 1,060.57 |
| 513 | 205.44 |
| 515 | 146.60 |
| 518 | 21.00 |
| 519 | 149.63 |
| 522 | 168.17 |
| 524 | 217.00 |
| 525 | 165.90 |
| 526 | 165.90 |
| 527 | 82.08 |
| 528 | 30.00 |
| 530 | 2,100.00 |
| 531 | 2,666.16 |
| 532 | 4,132.34 |
| 533 | 10,548.00 |
| 534 | 13,295.96 |
| 537 | 101.25 |
| 538 | 1,680.00 |
| 539 | 10,691.80 |
| 540 | 2,100.00 |
| 541 | 56.50 |
| 543 | 316.95 |
| 544 | 2,190.68 |
| 546 | 224.75 |
| 547 | 620.00 |
| 548 | 2,471.56 |
| 552 | 750.00 |
| 553 | 2,610.55 |
| 555 | 5,839.37 |
| 556 | 320.00 |
| 557 | 569.40 |
| 558 | 454.56 |
| 563 | 59.59 |
| 564 | 720.00 |
| 565 | 2,100.00 |
| 567 | 600.60 |
| 568 | 499.80 |
| 584 | 421.69 |
| 599 | 57.52 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 604 | 6,496.07 |
| 605 | 1,354.00 |
| 628 | 129,065.42 |
| 633 | 315.00 |
| 634 | 169.50 |
| 635 | 76,465.00 |
| 636 | 300.00 |
| 639 | 1,680.00 |
| 640 | 1,350.00 |
| 642 | 867.60 |
| 646 | 80.00 |
| 648 | 820.00 |
| 649 | 550.00 |
| 650 | 1.50 |
| 651 | 14,680.00 |
| 652 | 307.05 |
| 653 | 1,212.50 |
| 654 | 22,265.87 |
| 655 | 15,910.36 |
| 657 | 6,247.90 |
| 660 | 42.00 |
| 661 | 2,100.00 |
| 662 | 270.00 |
| 663 | 80.00 |
| 664 | 1,144.23 |
| 667 | 1,543.98 |
| 671 | 4,620.00 |
| 673 | 277.00 |
| 675 | 481.26 |
| 676 | 455.40 |
| 677 | 224.64 |
| 678 | 199.90 |
| 679 | 1,260.00 |
| 680 | 1,875.00 |
| 692 | 105.00 |
| 694 | 699.50 |
| 695 | 3,099.00 |
| 696 | 840.00 |
| 700 | 539.60 |
| 701 | 866.00 |
| 702 | 539.00 |
| 704 | 616.42 |
| 706 | 840.00 |
| 707 | 420.00 |
| 708 | 1,260.00 |
| 709 | 1,054.10 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 710 | 1,796.50 |
| 712 | 28,200.00 |
| 713 | 583.30 |
| 714 | 50.40 |
| 722 | 1,680.00 |
| 723 | 1,600.00 |
| 726 | 2,033.10 |
| 727 | 1,947.50 |
| 729 | 42.00 |
| 730 | 362.90 |
| 731 | 1,890.00 |
| 732 | 9,523.60 |
| 733 | 2,177.50 |
| 734 | 3,069.81 |
| 735 | 33.36 |
| 736 | 3,695.00 |
| 737 | 420.00 |
| 741 | 1,866.00 |
| 745 | 4,578.00 |
| 746 | 620.00 |
| 747 | 157.50 |
| 748 | 209.60 |
| 749 | 387.60 |
| 750 | 205.00 |
| 751 | 2,798.40 |
| 752 | 1,080.00 |
| 753 | 267.10 |
| 757 | 1,529.55 |
| 758 | 154.40 |
| 759 | 365.40 |
| 760 | 420.00 |
| 761 | 1,219.00 |
| 762 | 3,700.00 |
| 763 | 3,500.00 |
| 764 | 15,000.00 |
| 765 | 1,825.26 |
| 766 | 378.00 |
| 769 | 2,077.50 |
| 770 | 0.58 |
| 772 | 3,055.50 |
| 773 | 1,167.60 |
| 777 | 672.00 |
| 778 | 57.38 |
| 779 | 310.75 |
| 782 | 159,436.79 |
| 784 | 358.20 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 790 | 1,710.00 |
| 791 | 23.06 |
| 792 | 344.90 |
| 793 | 1,580.68 |
| 794 | 3,442.32 |
| 795 | 420.00 |
| 796 | 3,699.00 |
| 797 | 10,519.00 |
| 798 | 126.00 |
| 799 | 104.69 |
| 802 | 1,422.63 |
| 803 | 262.50 |
| 805 | 1,566.23 |
| 806 | 40.00 |
| 808 | 28,690.00 |
| 809 | 815.93 |
| 810 | 3,420.00 |
| 811 | 171.70 |
| 812 | 7,390.00 |
| 813 | 330.00 |
| 815 | 817.85 |
| 816 | 161.70 |
| 817 | 1,239.80 |
| 818 | 3,767.94 |
| 819 | 74,760.00 |
| 821 | 1,048.50 |
| 822 | 25.81 |
| 823 | 1,119.65 |
| 824 | 526.75 |
| 825 | 110.84 |
| 826 | 0.75 |
| 827 | 2,690.10 |
| 828 | 64.68 |
| 829 | 2,589.76 |
| 830 | 124.20 |
| 831 | 35.09 |
| 833 | 1,313.90 |
| 834 | 1.61 |
| 835 | 656.95 |
| 836 | 1,680.00 |
| 841 | 3,296.95 |
| 844 | 2,600.00 |
| 845 | 206.96 |
| 850 | 1,986.50 |
| 851 | 2,800.00 |
| 852 | 2,034.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**                    **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 853 | 2,632.50 |
| 856 | 17.17 |
| 857 | 1,937.97 |
| 860 | 1,094.00 |
| 861 | 2,070.00 |
| 862 | 2,070.00 |
| 864 | 16,400.00 |
| 866 | 5,872.00 |
| 867 | 1,470.00 |
| 868 | 5,527.50 |
| 869 | 2,538.00 |
| 870 | 756.34 |
| 871 | 420.00 |
| 878 | 834.00 |
| 880 | 2,520.00 |
| 882 | 4,080.00 |
| 883 | 182.10 |
| 884 | 8.40 |
| 885 | 94,320.00 |
| 891 | 445.80 |
| 896 | 370.00 |
| 899 | 840.00 |
| 909 | 714.00 |
| 911 | 210.00 |
| 914 | 42.45 |
| 916 | 32.00 |
| 924 | 1,015.48 |
| 927 | 3,198.39 |
| 928 | 658.70 |
| 929 | 642.94 |
| 930 | 33.00 |
| 932 | 186.45 |
| 935 | 1,375.00 |
| 937 | 4,932.20 |
| 939 | 111.82 |
| 941 | 2,730.00 |
| 944 | 296.30 |
| 946 | 336.00 |
| 947 | 6,510.00 |
| 948 | 60.00 |
| 949 | 180.00 |
| 951 | 130.00 |
| 961 | 420.00 |
| 963 | 694.40 |
| 964 | 184.95 |
| 965 | 270.00 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**

**EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 966 | 1,050.00 |
| 968 | 67.22 |
| 970 | 205.60 |
| 972 | 355.07 |
| 973 | 268.12 |
| 976 | 86.40 |
| 977 | 56.40 |
| 978 | 1,080.00 |
| 979 | 840.00 |
| 980 | 592.00 |
| 984 | 186.30 |
| 987 | 301.68 |
| 989 | 240.00 |
| 992 | 224.59 |
| 999 | 4,320.00 |
| 1007 | 238.88 |
| 1019 | 8,241.00 |
| 1020 | 1,495.40 |
| 1021 | 840.00 |
| 1023 | 340.00 |
| 1024 | 840.00 |
| 1025 | 594.30 |
| 1028 | 66.59 |
| 1029 | 794.00 |
| 1030 | 170.00 |
| 1034 | 61.04 |
| 1037 | 345.28 |
| 1038 | 9.47 |
| 1039 | 4,024.42 |
| 1043 | 876.79 |
| 1044 | 830.00 |
| 1046 | 1,095.39 |
| 1047 | 161.25 |
| 1054 | 326.16 |
| 1055 | 197.93 |
| 1056 | 327.08 |
| 1057 | 18.83 |
| 1058 | 76.00 |
| 1060 | 229.90 |
| 1063 | 31.93 |
| 1064 | 1,038.40 |
| 1065 | 38.50 |
| 1066 | 346.00 |
| 1068 | 23.24 |
| 1070 | 77.31 |
| 1071 | 191.70 |

**TIMELY, PROPERLY DOCUMENTED CLAIMS**          **EXHIBIT B-1**

| Claim # | Recognized Losses |
|---|---|
| 1072 | 2,724.61 |
| 1073 | 370.00 |
| 1083 | 2,100.00 |
| 1087 | 475.02 |
| 1088 | 257.30 |
| 1092 | 420.00 |
| 1093 | 16.30 |
| 1094 | 186.75 |
| 1095 | 65.12 |
| 1102 | 197.40 |
| 1103 | 34.67 |
| 1105 | 312.80 |
| 1106 | 247.95 |
| 1108 | 4.20 |
| 1109 | 2,733.35 |
| 1110 | 30.40 |
| 1111 | 1,200.00 |
| 1116 | 388.50 |
| 1117 | 960.00 |
| 1126 | 8,239.32 |
| 1128 | 1,056.00 |
| 1129 | 383.74 |
| 1130 | 42.00 |
| **Total** **575** | **$1,366,679.66** |

## LATE, PROPERLY DOCUMENTED CLAIMS
**EXHIBIT B-2**

| Claim # | Recognized Losses |
|---|---|
| 1003 | 2,100.00 |
| 1004 | 42,462.88 |
| 1009 | 729.80 |
| 1013 | 110.00 |
| 1014 | 90.45 |
| 1015 | 9.47 |
| 1124 | 18,000.00 |
| 1125 | 3,334.00 |
| **Total** | **8** | **$66,836.60** |

**EXHIBIT C**

Liberty Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## DEFICIENCY NOTICE

**CONTROL#:**   70                                                                      **February 8, 2022**

**AcctNum**

A review of your claim has revealed some incomplete or missing information.  In order to assist you in completing the claims process, the information required to process your claim has been noted below:

| Description: | Shares: |
| --- | --- |
| Sufficent Documentation* was not provided. In order to process your claim we require: (1) any transactions of Liberty Health Sciences common stock between 7/20/2017 and 3/6/2019 inclusive; (2) your balance of Liberty Health Sciences common stock on the close of trading on 7/19/2017; and (3) your balance of Liberty Health Sciences common stock on the close of trading on 3/6/2019. | 200 |

**Please call our office if you may need further clarification of this notice.**

**If you do not return these corrections and the requested information within fourteen (14) calendar days from the date of this notice, your claim may be deemed ineligible to participate in the distribution of the settlement fund.**

**Note: Please supply the omitted item(s) and return the information, along with this letter, to the address above.**

*Supporting documentation would be broker confirmation slips, monthly statements, 1099's, dividend reinvestment statements,  etc . . . for (1) any transactions of Liberty Health Sciences common stock between 7/20/2017 and 3/6/2019 inclusive; (2) your balance of Liberty Health Sciences common stock on the close of trading on 7/19/2017; and (3) your balance of Liberty Health Sciences common stock on the close of trading on 3/6/2019.

**INADEQUATELY DOCUMENTED CLAIMS**                                    **EXHIBIT D**

**Claim #**                    **Rejection Reason**

| 1 | INADEQUATELY DOCUMENTED CLAIM |
| 2 | INADEQUATELY DOCUMENTED CLAIM |
| 3 | INADEQUATELY DOCUMENTED CLAIM |
| 11 | INADEQUATELY DOCUMENTED CLAIM |
| 14 | INADEQUATELY DOCUMENTED CLAIM |
| 27 | INADEQUATELY DOCUMENTED CLAIM |
| 40 | INADEQUATELY DOCUMENTED CLAIM |
| 47 | INADEQUATELY DOCUMENTED CLAIM |
| 70 | INADEQUATELY DOCUMENTED CLAIM |
| 87 | INADEQUATELY DOCUMENTED CLAIM |
| 94 | INADEQUATELY DOCUMENTED CLAIM |
| 95 | INADEQUATELY DOCUMENTED CLAIM |
| 98 | INADEQUATELY DOCUMENTED CLAIM |
| 116 | INADEQUATELY DOCUMENTED CLAIM |
| 158 | INADEQUATELY DOCUMENTED CLAIM |
| 163 | INADEQUATELY DOCUMENTED CLAIM |
| 165 | INADEQUATELY DOCUMENTED CLAIM |
| 176 | INADEQUATELY DOCUMENTED CLAIM |
| 179 | INADEQUATELY DOCUMENTED CLAIM |
| 184 | INADEQUATELY DOCUMENTED CLAIM |
| 196 | INADEQUATELY DOCUMENTED CLAIM |
| 201 | INADEQUATELY DOCUMENTED CLAIM |
| 204 | INADEQUATELY DOCUMENTED CLAIM |
| 216 | INADEQUATELY DOCUMENTED CLAIM |
| 231 | INADEQUATELY DOCUMENTED CLAIM |
| 236 | INADEQUATELY DOCUMENTED CLAIM |
| 240 | INADEQUATELY DOCUMENTED CLAIM |
| 256 | INADEQUATELY DOCUMENTED CLAIM |
| 274 | INADEQUATELY DOCUMENTED CLAIM |
| 284 | INADEQUATELY DOCUMENTED CLAIM |
| 292 | INADEQUATELY DOCUMENTED CLAIM |
| 296 | INADEQUATELY DOCUMENTED CLAIM |
| 305 | INADEQUATELY DOCUMENTED CLAIM |
| 308 | INADEQUATELY DOCUMENTED CLAIM |
| 332 | INADEQUATELY DOCUMENTED CLAIM |
| 340 | INADEQUATELY DOCUMENTED CLAIM |
| 346 | INADEQUATELY DOCUMENTED CLAIM |
| 353 | INADEQUATELY DOCUMENTED CLAIM |
| 355 | INADEQUATELY DOCUMENTED CLAIM |
| 379 | INADEQUATELY DOCUMENTED CLAIM |
| 402 | INADEQUATELY DOCUMENTED CLAIM |
| 403 | INADEQUATELY DOCUMENTED CLAIM |
| 405 | INADEQUATELY DOCUMENTED CLAIM |
| 407 | INADEQUATELY DOCUMENTED CLAIM |
| 418 | INADEQUATELY DOCUMENTED CLAIM |
| 420 | INADEQUATELY DOCUMENTED CLAIM |
| 425 | INADEQUATELY DOCUMENTED CLAIM |

## INADEQUATELY DOCUMENTED CLAIMS

**EXHIBIT D**

| Claim # | Rejection Reason |
|---|---|
| 427 | INADEQUATELY DOCUMENTED CLAIM |
| 434 | INADEQUATELY DOCUMENTED CLAIM |
| 457 | INADEQUATELY DOCUMENTED CLAIM |
| 465 | INADEQUATELY DOCUMENTED CLAIM |
| 475 | INADEQUATELY DOCUMENTED CLAIM |
| 479 | INADEQUATELY DOCUMENTED CLAIM |
| 500 | INADEQUATELY DOCUMENTED CLAIM |
| 503 | INADEQUATELY DOCUMENTED CLAIM |
| 507 | INADEQUATELY DOCUMENTED CLAIM |
| 520 | INADEQUATELY DOCUMENTED CLAIM |
| 550 | INADEQUATELY DOCUMENTED CLAIM |
| 551 | INADEQUATELY DOCUMENTED CLAIM |
| 594 | INADEQUATELY DOCUMENTED CLAIM |
| 629 | INADEQUATELY DOCUMENTED CLAIM |
| 630 | INADEQUATELY DOCUMENTED CLAIM |
| 631 | INADEQUATELY DOCUMENTED CLAIM |
| 975 | INADEQUATELY DOCUMENTED CLAIM |
| 986 | INADEQUATELY DOCUMENTED CLAIM |
| 988 | INADEQUATELY DOCUMENTED CLAIM |
| 991 | INADEQUATELY DOCUMENTED CLAIM |
| 1005 | INADEQUATELY DOCUMENTED CLAIM |
| 1006 | INADEQUATELY DOCUMENTED CLAIM |
| 1012 | INADEQUATELY DOCUMENTED CLAIM |
| 1016 | INADEQUATELY DOCUMENTED CLAIM |
| 1022 | INADEQUATELY DOCUMENTED CLAIM |
| 1031 | INADEQUATELY DOCUMENTED CLAIM |
| 1080 | INADEQUATELY DOCUMENTED CLAIM |
| 1081 | INADEQUATELY DOCUMENTED CLAIM |
| 1089 | INADEQUATELY DOCUMENTED CLAIM |
| 1096 | INADEQUATELY DOCUMENTED CLAIM |
| 1112 | INADEQUATELY DOCUMENTED CLAIM |
| 1114 | INADEQUATELY DOCUMENTED CLAIM |
| 1121 | INADEQUATELY DOCUMENTED CLAIM |
| 1127 | INADEQUATELY DOCUMENTED CLAIM |

**Total** 81

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
| --- | --- |
| 4 | NO RECOGNIZED LOSSES |
| 5 | NO RECOGNIZED LOSSES |
| 9 | NO RECOGNIZED LOSSES |
| 15 | NO RECOGNIZED LOSSES |
| 21 | NO RECOGNIZED LOSSES |
| 23 | NO RECOGNIZED LOSSES |
| 24 | NO RECOGNIZED LOSSES |
| 28 | NO RECOGNIZED LOSSES |
| 31 | NO RECOGNIZED LOSSES |
| 32 | PURCHASED OUTSIDE CLASS PERIOD |
| 34 | NO RECOGNIZED LOSSES |
| 42 | NO RECOGNIZED LOSSES |
| 43 | NO RECOGNIZED LOSSES |
| 52 | WRONG STOCK |
| 55 | DUPLICATE CLAIM FILED |
| 58 | DUPLICATE CLAIM FILED |
| 59 | WRONG STOCK |
| 60 | WRONG STOCK |
| 62 | DUPLICATE CLAIM FILED |
| 63 | DUPLICATE CLAIM FILED |
| 64 | DUPLICATE CLAIM FILED |
| 66 | DUPLICATE CLAIM FILED |
| 72 | DUPLICATE CLAIM FILED |
| 74 | NO RECOGNIZED LOSSES |
| 75 | WRONG STOCK |
| 76 | NO RECOGNIZED LOSSES |
| 80 | WRONG STOCK |
| 81 | WRONG STOCK |
| 82 | NO RECOGNIZED LOSSES |
| 84 | WRONG STOCK |
| 85 | DUPLICATE CLAIM FILED |
| 88 | NO RECOGNIZED LOSSES |
| 89 | NO RECOGNIZED LOSSES |
| 91 | DUPLICATE CLAIM FILED |
| 92 | DUPLICATE CLAIM FILED |
| 96 | DUPLICATE CLAIM FILED |
| 97 | NO RECOGNIZED LOSSES |
| 99 | DUPLICATE CLAIM FILED |
| 100 | DUPLICATE CLAIM FILED |
| 101 | DUPLICATE CLAIM FILED |
| 103 | NO RECOGNIZED LOSSES |
| 105 | WRONG STOCK |
| 108 | NO RECOGNIZED LOSSES |
| 109 | NO RECOGNIZED LOSSES |
| 111 | NO RECOGNIZED LOSSES |
| 112 | NO RECOGNIZED LOSSES |
| 115 | NO RECOGNIZED LOSSES |
| 117 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 118 | NO RECOGNIZED LOSSES |
| 123 | DUPLICATE CLAIM FILED |
| 124 | NO RECOGNIZED LOSSES |
| 126 | DUPLICATE CLAIM FILED |
| 128 | WRONG STOCK |
| 129 | WRONG STOCK |
| 132 | NO RECOGNIZED LOSSES |
| 135 | NO RECOGNIZED LOSSES |
| 138 | NO RECOGNIZED LOSSES |
| 139 | NO RECOGNIZED LOSSES |
| 140 | WRONG STOCK |
| 145 | WRONG STOCK |
| 148 | NO RECOGNIZED LOSSES |
| 149 | NO RECOGNIZED LOSSES |
| 150 | NO RECOGNIZED LOSSES |
| 151 | NO RECOGNIZED LOSSES |
| 153 | WRONG STOCK |
| 168 | NO RECOGNIZED LOSSES |
| 173 | NO RECOGNIZED LOSSES |
| 183 | DUPLICATE CLAIM FILED |
| 186 | NO RECOGNIZED LOSSES |
| 189 | NO RECOGNIZED LOSSES |
| 190 | NO RECOGNIZED LOSSES |
| 192 | NO RECOGNIZED LOSSES |
| 194 | DUPLICATE CLAIM FILED |
| 199 | NO RECOGNIZED LOSSES |
| 207 | NO RECOGNIZED LOSSES |
| 214 | NO RECOGNIZED LOSSES |
| 219 | PURCHASED OUTSIDE CLASS PERIOD |
| 224 | NO RECOGNIZED LOSSES |
| 226 | NO RECOGNIZED LOSSES |
| 232 | NO RECOGNIZED LOSSES |
| 234 | NO RECOGNIZED LOSSES |
| 235 | NO RECOGNIZED LOSSES |
| 243 | NO RECOGNIZED LOSSES |
| 248 | NO RECOGNIZED LOSSES |
| 257 | NO RECOGNIZED LOSSES |
| 258 | NO RECOGNIZED LOSSES |
| 265 | DUPLICATE CLAIM FILED |
| 266 | NO RECOGNIZED LOSSES |
| 267 | NO RECOGNIZED LOSSES |
| 269 | PURCHASED OUTSIDE CLASS PERIOD |
| 280 | NO RECOGNIZED LOSSES |
| 281 | NO RECOGNIZED LOSSES |
| 291 | PURCHASED OUTSIDE CLASS PERIOD |
| 294 | NO RECOGNIZED LOSSES |
| 295 | NO RECOGNIZED LOSSES |
| 299 | PURCHASED OUTSIDE CLASS PERIOD |

**INELIGIBLE CLAIMS**                                        **EXHIBIT E**

| Claim # | Rejection Reason |
|---------|------------------|
| 300 | NO RECOGNIZED LOSSES |
| 302 | NO RECOGNIZED LOSSES |
| 314 | NO RECOGNIZED LOSSES |
| 317 | NO RECOGNIZED LOSSES |
| 323 | NO RECOGNIZED LOSSES |
| 325 | NO RECOGNIZED LOSSES |
| 331 | NO RECOGNIZED LOSSES |
| 345 | NO RECOGNIZED LOSSES |
| 348 | NO RECOGNIZED LOSSES |
| 349 | NO RECOGNIZED LOSSES |
| 351 | NO RECOGNIZED LOSSES |
| 354 | NO RECOGNIZED LOSSES |
| 357 | NO RECOGNIZED LOSSES |
| 359 | WRONG STOCK |
| 361 | NO RECOGNIZED LOSSES |
| 362 | NO RECOGNIZED LOSSES |
| 371 | NO RECOGNIZED LOSSES |
| 373 | WRONG STOCK |
| 375 | NO RECOGNIZED LOSSES |
| 378 | WRONG STOCK |
| 383 | NO RECOGNIZED LOSSES |
| 385 | NO RECOGNIZED LOSSES |
| 388 | WRONG STOCK |
| 389 | NO RECOGNIZED LOSSES |
| 393 | NO RECOGNIZED LOSSES |
| 396 | NO RECOGNIZED LOSSES |
| 397 | NO RECOGNIZED LOSSES |
| 398 | WRONG STOCK |
| 406 | NO RECOGNIZED LOSSES |
| 409 | NO RECOGNIZED LOSSES |
| 411 | NO RECOGNIZED LOSSES |
| 417 | NO RECOGNIZED LOSSES |
| 422 | WRONG STOCK |
| 423 | NO RECOGNIZED LOSSES |
| 424 | DUPLICATE CLAIM FILED |
| 435 | DUPLICATE CLAIM FILED |
| 436 | WRONG STOCK |
| 438 | WRONG STOCK |
| 440 | WRONG STOCK |
| 441 | SHARES NOT PURCHASED |
| 442 | WRONG STOCK |
| 443 | PURCHASED OUTSIDE CLASS PERIOD |
| 446 | WRONG STOCK |
| 448 | WRONG STOCK |
| 449 | SHARES NOT PURCHASED |
| 450 | SHARES NOT PURCHASED |
| 451 | WRONG STOCK |
| 453 | WRONG STOCK |

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
| --- | --- |
| 454 | WRONG STOCK |
| 455 | WRONG STOCK |
| 456 | WRONG STOCK |
| 458 | NO RECOGNIZED LOSSES |
| 459 | DUPLICATE CLAIM FILED |
| 466 | NO RECOGNIZED LOSSES |
| 467 | DUPLICATE CLAIM FILED |
| 468 | DUPLICATE CLAIM FILED |
| 470 | DUPLICATE CLAIM FILED |
| 472 | DUPLICATE CLAIM FILED |
| 473 | DUPLICATE CLAIM FILED |
| 474 | DUPLICATE CLAIM FILED |
| 481 | NO RECOGNIZED LOSSES |
| 482 | DUPLICATE CLAIM FILED |
| 483 | DUPLICATE CLAIM FILED |
| 484 | DUPLICATE CLAIM FILED |
| 488 | WRONG STOCK |
| 493 | DUPLICATE CLAIM FILED |
| 494 | DUPLICATE CLAIM FILED |
| 495 | NO RECOGNIZED LOSSES |
| 497 | WRONG STOCK |
| 504 | DUPLICATE CLAIM FILED |
| 505 | WRONG STOCK |
| 506 | WRONG STOCK |
| 508 | DUPLICATE CLAIM FILED |
| 509 | NO RECOGNIZED LOSSES |
| 511 | WRONG STOCK |
| 512 | NO RECOGNIZED LOSSES |
| 514 | DUPLICATE CLAIM FILED |
| 516 | DUPLICATE CLAIM FILED |
| 517 | DUPLICATE CLAIM FILED |
| 521 | WRONG STOCK |
| 523 | WRONG STOCK |
| 529 | WRONG STOCK |
| 535 | NO RECOGNIZED LOSSES |
| 536 | NO RECOGNIZED LOSSES |
| 542 | NO RECOGNIZED LOSSES |
| 545 | NO RECOGNIZED LOSSES |
| 549 | NO RECOGNIZED LOSSES |
| 554 | WRONG STOCK |
| 559 | WRONG STOCK |
| 560 | WRONG STOCK |
| 561 | PURCHASED OUTSIDE CLASS PERIOD |
| 562 | PURCHASED OUTSIDE CLASS PERIOD |
| 566 | NO RECOGNIZED LOSSES |
| 569 | WRONG STOCK |
| 570 | PURCHASED OUTSIDE CLASS PERIOD |
| 571 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**                                    **EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 572 | NO RECOGNIZED LOSSES |
| 573 | NO RECOGNIZED LOSSES |
| 574 | NO RECOGNIZED LOSSES |
| 575 | NO RECOGNIZED LOSSES |
| 576 | SHARES SOLD SHORT |
| 577 | PURCHASED OUTSIDE CLASS PERIOD |
| 578 | SHARES NOT PURCHASED |
| 579 | WRONG STOCK |
| 580 | NO RECOGNIZED LOSSES |
| 581 | NO RECOGNIZED LOSSES |
| 582 | NO RECOGNIZED LOSSES |
| 583 | NO RECOGNIZED LOSSES |
| 585 | WRONG STOCK |
| 586 | WRONG STOCK |
| 587 | WRONG STOCK |
| 588 | WRONG STOCK |
| 589 | NO RECOGNIZED LOSSES |
| 590 | NO RECOGNIZED LOSSES |
| 591 | NO RECOGNIZED LOSSES |
| 592 | NO RECOGNIZED LOSSES |
| 593 | NO RECOGNIZED LOSSES |
| 595 | WRONG STOCK |
| 596 | WRONG STOCK |
| 597 | WRONG STOCK |
| 598 | WRONG STOCK |
| 600 | PURCHASED OUTSIDE CLASS PERIOD |
| 601 | PURCHASED OUTSIDE CLASS PERIOD |
| 602 | NO RECOGNIZED LOSSES |
| 603 | WRONG STOCK |
| 606 | WRONG STOCK |
| 607 | WRONG STOCK |
| 608 | WRONG STOCK |
| 609 | SHARES NOT PURCHASED |
| 610 | SHARES NOT PURCHASED |
| 611 | WRONG STOCK |
| 612 | WRONG STOCK |
| 613 | WRONG STOCK |
| 614 | WRONG STOCK |
| 615 | WRONG STOCK |
| 616 | SHARES NOT PURCHASED |
| 617 | WRONG STOCK |
| 618 | WRONG STOCK |
| 619 | WRONG STOCK |
| 620 | WRONG STOCK |
| 621 | PURCHASED OUTSIDE CLASS PERIOD |
| 622 | WRONG STOCK |
| 623 | WRONG STOCK |
| 624 | WRONG STOCK |

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 625 | WRONG STOCK |
| 626 | WRONG STOCK |
| 627 | WRONG STOCK |
| 632 | NO RECOGNIZED LOSSES |
| 637 | NO RECOGNIZED LOSSES |
| 638 | NO RECOGNIZED LOSSES |
| 641 | NO RECOGNIZED LOSSES |
| 643 | SHARES NOT PURCHASED |
| 644 | NO RECOGNIZED LOSSES |
| 645 | PURCHASED OUTSIDE CLASS PERIOD |
| 647 | NO RECOGNIZED LOSSES |
| 656 | NO RECOGNIZED LOSSES |
| 658 | NO RECOGNIZED LOSSES |
| 659 | NO RECOGNIZED LOSSES |
| 665 | NO RECOGNIZED LOSSES |
| 666 | NO RECOGNIZED LOSSES |
| 668 | NO RECOGNIZED LOSSES |
| 669 | NO RECOGNIZED LOSSES |
| 670 | NO RECOGNIZED LOSSES |
| 672 | NO RECOGNIZED LOSSES |
| 674 | NO RECOGNIZED LOSSES |
| 681 | NO RECOGNIZED LOSSES |
| 682 | NO RECOGNIZED LOSSES |
| 683 | NO RECOGNIZED LOSSES |
| 684 | NO RECOGNIZED LOSSES |
| 685 | NO RECOGNIZED LOSSES |
| 686 | NO RECOGNIZED LOSSES |
| 687 | NO RECOGNIZED LOSSES |
| 688 | SHARES NOT PURCHASED |
| 689 | NO RECOGNIZED LOSSES |
| 690 | NO RECOGNIZED LOSSES |
| 691 | NO RECOGNIZED LOSSES |
| 693 | NO RECOGNIZED LOSSES |
| 697 | NO RECOGNIZED LOSSES |
| 698 | NO RECOGNIZED LOSSES |
| 699 | SHARES NOT PURCHASED |
| 703 | NO RECOGNIZED LOSSES |
| 705 | NO RECOGNIZED LOSSES |
| 711 | SHARES NOT PURCHASED |
| 715 | NO RECOGNIZED LOSSES |
| 716 | NO RECOGNIZED LOSSES |
| 717 | SHARES NOT PURCHASED |
| 718 | NO RECOGNIZED LOSSES |
| 719 | NO RECOGNIZED LOSSES |
| 720 | NO RECOGNIZED LOSSES |
| 721 | NO RECOGNIZED LOSSES |
| 724 | NO RECOGNIZED LOSSES |
| 725 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 728 | NO RECOGNIZED LOSSES |
| 738 | NO RECOGNIZED LOSSES |
| 739 | NO RECOGNIZED LOSSES |
| 740 | NO RECOGNIZED LOSSES |
| 742 | NO RECOGNIZED LOSSES |
| 743 | NO RECOGNIZED LOSSES |
| 744 | NO RECOGNIZED LOSSES |
| 754 | NO RECOGNIZED LOSSES |
| 755 | NO RECOGNIZED LOSSES |
| 756 | NO RECOGNIZED LOSSES |
| 767 | NO RECOGNIZED LOSSES |
| 768 | NO RECOGNIZED LOSSES |
| 771 | NO RECOGNIZED LOSSES |
| 774 | SHARES NOT PURCHASED |
| 775 | NO RECOGNIZED LOSSES |
| 776 | NO RECOGNIZED LOSSES |
| 780 | SHARES NOT PURCHASED |
| 781 | SHARES NOT PURCHASED |
| 783 | NO RECOGNIZED LOSSES |
| 785 | NO RECOGNIZED LOSSES |
| 786 | NO RECOGNIZED LOSSES |
| 787 | NO RECOGNIZED LOSSES |
| 788 | NO RECOGNIZED LOSSES |
| 789 | NO RECOGNIZED LOSSES |
| 800 | NO RECOGNIZED LOSSES |
| 801 | NO RECOGNIZED LOSSES |
| 804 | NO RECOGNIZED LOSSES |
| 807 | SHARES NOT PURCHASED |
| 814 | NO RECOGNIZED LOSSES |
| 820 | NO RECOGNIZED LOSSES |
| 832 | SHARES NOT PURCHASED |
| 837 | WRONG STOCK |
| 838 | WRONG STOCK |
| 839 | WRONG STOCK |
| 840 | WRONG STOCK |
| 842 | PURCHASED OUTSIDE CLASS PERIOD |
| 843 | PURCHASED OUTSIDE CLASS PERIOD |
| 846 | NO RECOGNIZED LOSSES |
| 847 | NO RECOGNIZED LOSSES |
| 848 | PURCHASED OUTSIDE CLASS PERIOD |
| 849 | PURCHASED OUTSIDE CLASS PERIOD |
| 854 | NO RECOGNIZED LOSSES |
| 855 | NO RECOGNIZED LOSSES |
| 858 | PURCHASED OUTSIDE CLASS PERIOD |
| 859 | PURCHASED OUTSIDE CLASS PERIOD |
| 863 | PURCHASED OUTSIDE CLASS PERIOD |
| 865 | DUPLICATE CLAIM FILED |
| 872 | NO RECOGNIZED LOSSES |

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 873 | PURCHASED OUTSIDE CLASS PERIOD |
| 874 | NO RECOGNIZED LOSSES |
| 875 | NO RECOGNIZED LOSSES |
| 876 | NO RECOGNIZED LOSSES |
| 877 | PURCHASED OUTSIDE CLASS PERIOD |
| 879 | PURCHASED OUTSIDE CLASS PERIOD |
| 881 | NO RECOGNIZED LOSSES |
| 886 | NO RECOGNIZED LOSSES |
| 887 | NO RECOGNIZED LOSSES |
| 888 | NO RECOGNIZED LOSSES |
| 889 | WRONG STOCK |
| 890 | SHARES SOLD SHORT |
| 892 | WRONG STOCK |
| 893 | WRONG STOCK |
| 894 | PURCHASED OUTSIDE CLASS PERIOD |
| 895 | PURCHASED OUTSIDE CLASS PERIOD |
| 897 | SHARES SOLD SHORT |
| 898 | NO RECOGNIZED LOSSES |
| 900 | NO RECOGNIZED LOSSES |
| 901 | NO RECOGNIZED LOSSES |
| 902 | PURCHASED OUTSIDE CLASS PERIOD |
| 903 | NO RECOGNIZED LOSSES |
| 904 | PURCHASED OUTSIDE CLASS PERIOD |
| 905 | NO RECOGNIZED LOSSES |
| 906 | NO RECOGNIZED LOSSES |
| 907 | NO RECOGNIZED LOSSES |
| 908 | NO RECOGNIZED LOSSES |
| 910 | NO RECOGNIZED LOSSES |
| 912 | NO RECOGNIZED LOSSES |
| 913 | NO RECOGNIZED LOSSES |
| 915 | NO RECOGNIZED LOSSES |
| 917 | NO RECOGNIZED LOSSES |
| 918 | NO RECOGNIZED LOSSES |
| 919 | PURCHASED OUTSIDE CLASS PERIOD |
| 920 | PURCHASED OUTSIDE CLASS PERIOD |
| 921 | PURCHASED OUTSIDE CLASS PERIOD |
| 922 | NO RECOGNIZED LOSSES |
| 923 | NO RECOGNIZED LOSSES |
| 925 | PURCHASED OUTSIDE CLASS PERIOD |
| 926 | PURCHASED OUTSIDE CLASS PERIOD |
| 931 | NO RECOGNIZED LOSSES |
| 933 | NO RECOGNIZED LOSSES |
| 934 | SHARES SOLD SHORT |
| 936 | NO RECOGNIZED LOSSES |
| 938 | PURCHASED OUTSIDE CLASS PERIOD |
| 940 | NO RECOGNIZED LOSSES |
| 942 | PURCHASED OUTSIDE CLASS PERIOD |
| 943 | PURCHASED OUTSIDE CLASS PERIOD |

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
|---------|------------------|
| 945 | NO RECOGNIZED LOSSES |
| 950 | NO RECOGNIZED LOSSES |
| 952 | NO RECOGNIZED LOSSES |
| 953 | NO RECOGNIZED LOSSES |
| 954 | SHARES NOT PURCHASED |
| 955 | PURCHASED OUTSIDE CLASS PERIOD |
| 956 | NO RECOGNIZED LOSSES |
| 957 | NO RECOGNIZED LOSSES |
| 958 | NO RECOGNIZED LOSSES |
| 959 | NO RECOGNIZED LOSSES |
| 960 | PURCHASED OUTSIDE CLASS PERIOD |
| 962 | NO RECOGNIZED LOSSES |
| 967 | WRONG STOCK |
| 969 | WRONG STOCK |
| 971 | NO RECOGNIZED LOSSES |
| 974 | WRONG STOCK |
| 981 | WRONG STOCK |
| 982 | WRONG STOCK |
| 983 | WRONG STOCK |
| 985 | WRONG STOCK |
| 990 | WRONG STOCK |
| 993 | PURCHASED OUTSIDE CLASS PERIOD |
| 994 | WRONG STOCK |
| 995 | WRONG STOCK |
| 996 | WRONG STOCK |
| 997 | NO RECOGNIZED LOSSES |
| 998 | WRONG STOCK |
| 1000 | NO RECOGNIZED LOSSES |
| 1001 | PURCHASED OUTSIDE CLASS PERIOD |
| 1002 | WRONG STOCK |
| 1008 | NO RECOGNIZED LOSSES |
| 1010 | WRONG STOCK |
| 1011 | DUPLICATE CLAIM FILED |
| 1017 | NO RECOGNIZED LOSSES |
| 1018 | NO RECOGNIZED LOSSES |
| 1026 | WRONG STOCK |
| 1027 | NO RECOGNIZED LOSSES |
| 1032 | PURCHASED OUTSIDE CLASS PERIOD |
| 1033 | NO RECOGNIZED LOSSES |
| 1035 | WRONG STOCK |
| 1036 | DUPLICATE CLAIM FILED |
| 1040 | WRONG STOCK |
| 1041 | NO RECOGNIZED LOSSES |
| 1042 | WRONG STOCK |
| 1045 | WRONG STOCK |
| 1048 | WRONG STOCK |
| 1049 | NO RECOGNIZED LOSSES |
| 1050 | WRONG STOCK |

**INELIGIBLE CLAIMS**

**EXHIBIT E**

| Claim # | Rejection Reason |
|---|---|
| 1051 | WRONG STOCK |
| 1052 | WRONG STOCK |
| 1053 | WRONG STOCK |
| 1059 | DUPLICATE CLAIM FILED |
| 1061 | DUPLICATE CLAIM FILED |
| 1062 | DUPLICATE CLAIM FILED |
| 1067 | NO RECOGNIZED LOSSES |
| 1069 | WRONG STOCK |
| 1074 | NO RECOGNIZED LOSSES |
| 1075 | NO RECOGNIZED LOSSES |
| 1076 | WRONG STOCK |
| 1077 | WRONG STOCK |
| 1078 | NO RECOGNIZED LOSSES |
| 1079 | NO RECOGNIZED LOSSES |
| 1082 | DUPLICATE CLAIM FILED |
| 1084 | WRONG STOCK |
| 1085 | WRONG STOCK |
| 1086 | NO RECOGNIZED LOSSES |
| 1090 | NO RECOGNIZED LOSSES |
| 1091 | NO RECOGNIZED LOSSES |
| 1097 | WRONG STOCK |
| 1098 | WRONG STOCK |
| 1099 | WRONG STOCK |
| 1100 | WRONG STOCK |
| 1101 | NO RECOGNIZED LOSSES |
| 1104 | NO RECOGNIZED LOSSES |
| 1107 | NO RECOGNIZED LOSSES |
| 1113 | DUPLICATE CLAIM FILED |
| 1115 | NO RECOGNIZED LOSSES |
| 1118 | NO RECOGNIZED LOSSES |
| 1119 | NO RECOGNIZED LOSSES |
| 1120 | NO RECOGNIZED LOSSES |
| 1122 | WRONG STOCK |
| 1123 | WRONG STOCK |
| 1131 | WRONG STOCK |
| 1132 | NO RECOGNIZED LOSSES |

**Total**      **468**

**EXHIBIT F**

Liberty Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

CONTROL#:   4

**March 25, 2022**

ACCOUNT#:

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
|---|---|
| Your claim has resulted in a trading gain during the Class Period.  Any claim whose overall transactions in Liberty Health Sciences common stock during the Class Period resulted in a trading gain has a Recognized Loss of $0.00. | |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than fourteen (14) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.