01880

**EXHIBIT G**

LIBERTY HEALTH

## I. CLAIMANT INFORMATION

CASE NO. 1:19-CV-00161 ①

| | |
|---|---|
| Beneficial Owner Name | RITCHIE LESCANEC |

| | | |
|---|---|---|
| Address | | |

| City | State | ZIP |
|---|---|---|
| | | |

| Foreign Province | Foreign Country |
|---|---|
| | |

| Day Phone | Evening Phone |
|---|---|
| | |

| Email |
|---|
| |

| Account Number |
|---|
| |

| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |
|---|---|---|
| | | |

## II. SCHEDULE OF TRANSACTIONS IN LIBERTY HEALTH SCIENCES, INC. SHARES

**Beginning Holdings:**

A. State the total number of shares of Liberty Shares held at the close of trading on July 19, 2017 (*must be documented*). If none, write "zero" or "0."

ZERO

**Purchases/Acquisitions:**

B. Separately list each and every purchase or acquisition of Liberty Shares in an over-the-counter market in the U.S. between July 20, 2017 and March 6, 2019, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| SEE | SCHEDULE | "A" | |
| | | | |
| | | | |

17

LIBERTY HEALTH

**Sales:**

C. Separately list each and every sale of Liberty Shares between July 20, 2017 and March 6, 2019, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | "B" | |
| SEB | SCHEDULE | B | |
| | | | |
| | | | |

**Ending Holdings:**

D. State the total number of shares of Liberty Shares held at the close of trading on March 6, 2019 (must be documented). If none, write "zero" or "0." 　140,300

If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.

## III. SUBSTITUTE FORM W-9

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s). For most individuals, this is your Social Security Number. The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number. If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | or | Taxpayer Identification Number (for estates, trusts, corporations, etc. |
|---|---|---|
| | | |

## IV. CERTIFICATION

I (We) submit this Proof of Claim and Release Form under the terms of the Stipulation of Settlement described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York, with respect to my (our) claim as a Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of Liberty Shares during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

18

LIBERTY HEALTH ③

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)
☐ Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)

Date: NOV. 22/21

THIS PROOF OF CLAIM AND RELEASE FORM MUST BE SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/LIBERTY/ NO LATER THAN 11:59 P.M. ON NOVEMBER 22, 2021 OR POSTMARKED NO LATER THAN NOVEMBER 22, 2021 AND MUST BE MAILED TO:

**Liberty Securities Litigation**
**Strategic Claims Services**
**P.O. Box 230**
**600 N. Jackson St., Suite 205**
**Media, PA 19063**
**Fax: (610) 565-7985**
**info@strategicclaims.net**

A Proof of Claim and Release Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by November 22, 2021 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions. In all other cases, a Proof of Claim and Release Form shall be deemed to have been submitted when actually received by the Claims Administrator.

The Claims Administrator will acknowledge receipt of your Proof of Claim and Release Form by mail or email within 45 days of receipt. Your claim is not deemed filed until you receive such an acknowledgement. If you do not receive an acknowledgement within 45 days, please contact the Claims Administrator by telephone toll free at (866) 274-4004 or by email at info@strategicclaims.net.

You should be aware that it will take a significant amount of time to process fully all of the Proof of Claim and Release Forms and to administer the Settlement. This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim and Release Form. Please notify the Claims Administrator of any change of address.

19

*Contact Info page* **INQUIRIES**

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or any other questions by Settlement Class Members should be directed to:

| | | |
|---|---|---|
| Liberty Securities Litigation<br>c/o Strategic Claims Services<br>600 N. Jackson St., Suite 205<br>P. O. Box 230<br>Media, PA 19063<br>Toll-Free: (866) 274-4004<br>Facsimile: (610) 565-7985<br>Email: info@strategicclaims.net | or | Jeremy A. Lieberman<br>POMERANTZ LLP<br>600 Third Avenue, Floor 20<br>New York, NY 10016<br>Telephone: (212) 661-1100<br>Facsimile: (917) 463-1044<br>Email: jalieberman@pomlaw.com |

## DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated January 8, 2021 (the "Settlement Stipulation").

## BASIC INFORMATION CONCERNING THE SETTLEMENT

| 1. | Why did I get this notice package? |
|---|---|

You or someone in your family may have purchased or otherwise acquired common stock of Liberty on the over-the-counter market in the United States between July 20, 2017 and December 6, 2018, both dates inclusive (the "Settlement Class Period").

| 2. | What is this settlement about? |
|---|---|

This settlement resolves the case known as *Lin v. Liberty Health Sciences, et al.*, 1:19-cv-00161-MKV-SLC (S.D.N.Y.) (the "Action"). The Court in charge of the case is the United States District Court for the Southern District of New York. The Action involves allegations that Defendants violated provisions of the Securities Exchange Act of 1934 ("Exchange Act") by allegedly making misrepresentations and/or omissions of material fact in public statements to the investing public regarding concerning Liberty's relationship with Aphria Inc. and its acquisition of certain property in Florida. Defendants have denied and continue to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action. The Settlement shall in no event be construed as, or deemed to be evidence of, liability, fault, wrongdoing, injury or damages, or of any wrongful conduct, acts or omissions on the part of Defendants or any of the Released Parties, or of any infirmity of any defense, or of any damages to the Plaintiffs or any other Settlement Class Member. The Settlement resolves all of the claims in the Action, as well as certain other claims or potential claims, whether known or unknown.

| 3. | Why is this a class action? |
|---|---|

In a class action, one or more persons called plaintiffs sue on behalf of all persons who have similar claims. All of the persons with similar claims are referred to as a class. One court resolves the issues for all class members, except for those who exclude themselves from the class.

| 4. | Why is there a settlement? |
|---|---|

Plaintiffs and Defendants do not agree regarding the merits of Plaintiffs' allegations and Liberty's defenses with respect to liability or the average amount of damages per Liberty Share, if any, that would be recoverable if Plaintiffs were to prevail at trial on each claim. The issues on which Plaintiffs and Defendants disagree include: (1) whether this Court has jurisdiction over Defendants; (2) whether the S.D.N.Y. is the proper venue to pursue Plaintiffs' claims; (3) whether the challenged statements were materially false or misleading or otherwise actionable under federal securities law; (4) whether Defendants had a duty to disclose the allegedly omitted information; (5) whether the Defendants acted with scienter; (6) whether the

3

SCHODULE "A"

⑤

Liberty Health Sciences -Shares Purchase history July 20/17 to Mar 6/19

case no. 1:19-cv-00161

Claim for Ritchie Lescanec (                                    ) ph

**1)) Account    239 Canadian Margin Trading in Canadian Dollars**

| Date | #of Shares | $Can/share | total cost -no fees/taxes |
|------|-----------|------------|---------------------------|
| Jan 3/19 | 8,500 | .91 | $7,735 |
| Jan 3/19 | 3,100 | .99 | $3,069 |
| Jan 3/19 | 33,000 | .96 | $31,680 |
| Jan 3/19 | 20,000 | .98 | $19,600 |
| | **64,600** | | **$62,084 Canadian Dollars** |

SEE SCHEDULE "C" FOR DOCUMENTATION

**2)) Account.    239 F US Margin Trading in US Dollars**

| Date | #of Shares | $US/share | total cost -no fees/taxes |
|------|-----------|-----------|---------------------------|
| Apr 9/18 | 30,000 | .68 | $20,400 |
| Apr 11/18 | 400* | .598* | $ see below* |
| Apr 11/18 | 29,600* | .60* | $17,999.40* |
| Apr 11/18 | 22,400 | .57 | $12,768 |
| Apr 13/18 | 30,000 | .587 | $17,613 |
| | **112,400** | | **$68,780.40 US Dollars** |

SCHEDULE "D" FOR DOCUMENTATION

**3)) Account    892-S Self-Directed RSP in Canadian Dollars**

| Date | #of Shares | $Can/share | total cost -no fees/taxes |
|------|-----------|------------|---------------------------|
| Feb 1/18 | **13,300** | 1.55 | **$20,615 Canadian Dollars** |

SCHEDULE "E" FOR DOCUMENTATION

**4)) Account    892-U Self-Directed RSP in US Dollars**

| Date | #of Shares | $US/share | total cost -no fees/taxes |
|------|-----------|-----------|---------------------------|
| Feb 2/18 | 10,500* | 1.399* | $ see below* |
| Feb 2/18 | 14,500* | 1.40* | $34,998.95* |
| Feb 6/18 | 24,900** | 1.229** | $ see below** |
| Feb 6/18 | 100** | 1.230** | $30,747.51 |
| Feb 27/18 | 20,000 | .83 | $16,600 |
| | **70,000** | | **$82,346.46 US Dollars** |

SCHEDULE "F" FOR DOCUMENTATION

**Total shares held on close of July 19, 2017 :**

1))    .239 Canadian Margin    = ." zero "
2))    239 F US Margin    = " zero "
3))    892-S Self-Directed RSP  = " zero "
4))    892-U Self-Directed RSP = " zero "

} Does SCHEDULES C, D, E | F

NOV. 22/21

SCHEDULE "B"

Liberty Health Sciences -Shares Sell history July 20/17 to Mar 6/19

case no. 1:19-cv-00161

Claim for Ritchie Lescanec (

**1))Account    239  Canadian  Margin Trading in Canadian Dollars**          SCHEDULE "A" FOR Documentation

Date          #of Shares     $Can/share    total cost -no fees/taxes

**none          none          none          none**

**2)) Account    239 F  US Margin Trading  in US Dollars**          SCHEDULE "B" FOR Documentation

Date          #of Shares     $US/share     total cost -no fees/taxes

Dec 10/18      **70,000**        .69           **$48,289.38 US Dollars**

**3)) Account ·    i892-S  Self-Directed RSP in Canadian Dollars**          SCHEDULE "E" FOR Documentation

Date          #of Shares     $Can/share    total cost -no fees/taxes

**none          none          none          none**

**4)) Account    892-U  Self-Directed RSP in US Dollars**          SCHEDULE "F" FOR Documentation

Date          #of Shares     $US/share     total cost -no fees/taxes

Dec 10/18      **50,000**        .70           **$34,989.55 US Dollars**

**Total shares held close of Mar 6, 2019:**

1))    239  Canadian Margin      = 64,600

2))    239 F  US Margin          = 42,400

3))    892-S. Self-Directed RSP  = 13,300

4))    892-U  Self-Directed RSP = 20,000

                                  **140,300**

Does. SCHEDULES C,D E, F.

Nov. 27/21



**TD Direct Investing**

(7)

# Your investment account statement

January 1, 2019 to January 31, 2019

Account number:    239
Account type: Direct Trading - CDN
Account currency: Canadian dollars

$SCHEDULE "C"$

MR. RITCHIE LESCANEC

## Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-668-1972** |
| **French:** | **1-866-211-3847** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

**You need to know**

Please see page 3 for important information about your account.

| | This period (Jan 1 - Jan 31, 2019) | Last period (Dec 1 - Dec 31, 2018) | Year to date (Jan 1 - Jan 31, 2019) |
|---|---|---|---|
| Beginning balance | $322,596.69 | $138,065.83 | $322,596.69 |
| Change in your account balance | $1,044.35 | $184,530.86 | $1,044.35 |
| Ending balance | $323,641.04 | $322,596.69 | $323,641.04 |

▸ US dollars converted to Canadian dollars at 1.3135 as of Jan 31, 2019

## Holdings in your account
on January 31, 2019

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 34,092.88 | 34,092.88 | 0.00 | 10.53% |
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| LIBERTY HEALTH SCIENCES (LHS) | 64,600 SEG | 1.010 | 62,123.96 | 65,246.00 | 3,122.04 | 20.16% |

(continued on next page)



**IIROC**

**Regulated by**
Investment Industry Regulatory
Organization of Canada

Page 1 of 4

(Page 7 of 69)



# Holdings in your account (continued)
## on January 31, 2019

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Equities (continued)** | | | | | | |
| Canadian common shares & equivalents (continued) | | | | | | |
| Total Canadian common shares & equivalents | | | | | | |
| **Total equities** | | | | | | |

## Total Portfolio

▸ The US dollar conversion rate we used to convert your month-end market values to Canadian dollars is 1.3135

▸ Book costs are converted to Canadian dollars at the exchange rate used at the time of the transaction

▸ U=US dollars

### Definitions

## An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | **Beginning cash balance** | | | | |
| Jan 3 | Buy | LIBERTY HEALTH SCIENCES | 8,500 | 0.910 | -7,744.99 | 83,933.59 |
| Jan 16 | Buy | LIBERTY HEALTH SCIENCES QR-148725 | 3,100 | 0.990 | -3,078.99 | 80,831.79 |
| Jan 17 | Buy | LIBERTY HEALTH SCIENCES YN-149748 | 33,000 | 0.960 | -31,689.99 | 21,641.81 |

(continued on next page)

*Order-Execution-Only Account.*

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Jan 17 | Buy | LIBERTY HEALTH SCIENCES MW-147661 | 20,000 | 0.980 | -19,609.99 | 2,031.82 |

**Jan 31    Ending cash balance**

# Details of investment income

| Earnings/Expenses | This period (Jan 1 - Jan 31, 2019) | Year to date (Jan 1 - Jan 31, 2019) |
|---|---|---|
| Interest | -22.81 | -22.81 |
| **Total** | **-$22.81** | **-$22.81** |

## ⓘ Important information about your account

Enjoy the convenience of eServices – an easy way to access your TD Direct Investing account documents online. To register, log in to WebBroker; in the **Accounts** drop down menu, click on **Documents (eServices)** and update your selections on the **Delivery Preferences** tab.

*Order-Execution-Only Account.*

Page 3 of 4



# TD Direct Investing

# Your investment account statement

March 1, 2019 to March 31, 2019

Account number:    239
Account type: Direct Trading - CDN
Account currency: Canadian dollars

MR. RITCHIE LESCANEC

## Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-668-1972** |
| **French:** | **1-866-211-3847** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

**You need to know**

Please see page 2 for important information about your account.

| | This period (Mar 1 - Mar 31, 2019) | Last period (Feb 1 - Feb 28, 2019) | Year to date (Jan 1 - Mar 31, 2019) |
|---|---|---|---|
| Beginning balance | $367,930.75 | $323,641.04 | $322,596.69 |
| Change in your account balance | -$26,573.48 | $44,289.71 | $18,760.58 |
| Ending balance | $341,357.27 | $367,930.75 | $341,357.27 |

▸ US dollars converted to Canadian dollars at **1.3355** as of Mar 31, 2019

## Holdings in your account
on March 31, 2019

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 34,077.49 | 34,077.49 | 0.00 | 9.98% |
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| LIBERTY HEALTH SCIENCES (LHS) | 64,600 SEG | 0.890 | 62,123.96 | 57,494.00 | -4,629.96 | 16.84% |

rder-Execution-Only Account.

Waterhouse Canada Inc.
mber - Canadian Investor Protection Fund



**IIROC**  |  Regulated by Investment Industry Regulatory Organization of Canada

Page 1 of 2

# TD Direct Investing

## Your investment account statement

*(April 1, 2018 to April 30, 2018)*

SCHEDULE "D"

→ Account number:    239
Account type: Direct Trading - US
Account currency: US dollars ←

**MR. RITCHIE LESCANEC**

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-668-1972** |
| **French:** | **1-866-211-3847** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

### Value of your account on Apr 30, 2018
## $168,379.64

**You need to know**
Please see page 3 for important information about your account.

| | This period (Apr 1 - Apr 30, 2018) | Last period (Mar 1 - Mar 31, 2018) | Year to date (Jan 1 - Apr 30, 2018) | Since Jan 1, 2012 (Jan 1, 2012 - Apr 30, 2018) |
|---|---|---|---|---|
| Beginning balance | $163,940.00 | $165,283.50 | $166,103.50 | $133,098.36 |
| Deposits or contributions | $0.00 | $0.00 | $0.00 | $15,361.90 |
| Withdrawals | $0.00 | $0.00 | $0.00 | $0.00 |
| Change in value of your account | $4,439.64 | -$1,343.50 | $2,276.14 | $19,919.38 |
| **Ending balance** | **$168,379.64** | **$163,940.00** | **$168,379.64** | **$168,379.64** |

▸ Please refer to the definitions section for more information on what is included in the deposits, contributions, and withdrawals lines in the above summary.

## How your account has performed

Your account has changed in value by $19,919.38 since Jan 1, 2012.



Jan 2012        Mar 2015        Apr 2018

— Market value of your account: $168,379.64
— Your invested capital (deposits less withdrawals): $148,460.26

Your invested capital is calculated based on the deposits less withdrawals of cash and/or securities. Deposits or withdrawals of securities into your account use the closing market value of each security to calculate the value of the contribution or withdrawal taking into account any applicable fees or charges. It does not include interest earned or reinvested distributions. Invested capital can appear as a negative number if the market value of your withdrawals is greater than the market value of your deposits.

## Your personal rates of return as of Apr 30, 2018

| For the last 12 months (%) | For the last 3 years (%) | For the last 5 years (%) | Since Jan 1, 2012 (%) |
|---|---|---|---|
| 2.85 | 22.59 | 18.48 | 1.90 |

Personal rate of return reflects the total percentage return earned on the investments held in your account. Total percentage return means the cumulative realized and unrealized capital gains and losses of an investment, plus income from the investment, over a specified period of time, expressed as a percentage.

Personal rate of return is calculated using a money-weighted methodology. Unlike alternative rate of return methodologies, it takes into account any deposits or withdrawals you have made, and the performance outcomes of your investments over a specified time period, net of fees and charges paid directly by this account. Rates of return are provided on an annualized basis except for any returns reflective of a period of less than one year.



Account number:    295
Account type: Direct Trading - US

# Holdings in your account
on April 30, 2018

| Description | Quantity or par value ($) | Price ($) | Book value ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 76,949.64 | 76,949.64 | 0.00 | 45.70% |
| **Equities** | | | | | | |
| Canadian common shares & equivalents | | | | | | |
| LIBERTY HEALTH SCIENCES (LHS) | 112,400 SEG | 0.650 | 68,820.36 | 73,060.00 | 4,239.64 | 43.39% |

Foreign common shares & equivalents

## Definitions

### An explanation of terms shown in the tables above

**Book value** is the position cost, which is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, returns of capital and corporate reorganizations for long positions and the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distributions (other than dividends), returns of capital and corporate actions for short positions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book value from market value.

**Deposits or contributions** can include any deposits, contributions, transfers into your account, adjustments, and any reversals of transfers out of your account.

**Withdrawals** can include any withdrawals, payments, transfers out of your account, and any reversals of transfers into your account.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | 145,770.00 |
| Apr 9 | Buy | LIBERTY HEALTH SCIENCES UH-094652 | 30,000 | 0.680 | -20,409.99 | 125,360.01 |

(continued on next page)

Page 2 of 3

# Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Apr 11 | Buy | LIBERTY HEALTH SCIENCES | 400 | 0.598 | 0.00 | 125,360.01 |
| Apr 11 | Buy | LIBERTY HEALTH SCIENCES QA-091503 | 29,600 | 0.600 | -18,009.39 | 107,350.62 |
| Apr 11 | Buy | LIBERTY HEALTH SCIENCES ZV-094838 | 22,400 | 0.570 | -12,777.99 | 94,572.63 |
| Apr 13 | Buy | LIBERTY HEALTH SCIENCES AN-097281 | 30,000 | 0.587 | -17,622.99 | 76,949.64 |

**Apr 30    Ending cash balance**                                                                  **$76,949.64**

# Details of investment income

| Earnings/Expenses | This period (Apr 1 - Apr 30, 2018) | Year to date (Jan 1 - Apr 30, 2018) |
|-------------------|-----------------------------------|-------------------------------------|
| Dividends | 0.00 | 190.00 |
| **Total** | **$0.00** | **$190.00** |

# ⓘ Important information about your account

Please note – beginning this year, the "Details of fees and charges" summary will be available annually on your December account statement.

**TD Direct Investing**

# Your investment account statement

December 1, 2018 to December 31, 2018

Account number:    239
Account type: Direct Trading - US
Account currency: US dollars

MR. RITCHIE LESCANEC

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-668-1972** |
| **French:** | **1-866-211-3847** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

**You need to know**
Please see page 3 for important information about your account.

| | This period (Dec 1 - Dec 31, 2018) | Last period (Nov 1 - Nov 30, 2018) | Year to date (Jan 1 - Dec 31, 2018) |
|---|---|---|---|
| Beginning balance | $170,729.59 | $188,783.19 | $166,103.50 |
| Change in your account balance | -$80,220.86 | -$18,053.60 | -$75,594.77 |
| Ending balance | $90,508.73 | $170,729.59 | $90,508.73 |

## Holdings in your account
on December 31, 2018

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | -16,962.87 | -16,962.87 | 0.00 | -18.74% |
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| LIBERTY HEALTH SCIENCES (LHS) | 42,400 SEG | 0.683 | 25,960.71 | 28,959.20 | 2,998.49 | 32.00% |



rder-Execution-Only Account.

Waterhouse Canada Inc.
mber - Canadian Investor Protection Fund

**IIROC**  Regulated by
Investment Industry Regulatory
Organization of Canada

Page 1 of 4



Account number:    z.99
Account type: Direct Trading - US
Your investment account statement: Dec 31, 2018

# Holdings in your account (continued)

on December 31, 2018

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|

## Equities (continued)

Canadian common shares & equivalents (continued)

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | |
| Dec 10 | Sell | LIBERTY HEALTH SCIENCES PR-138260 | -70,000 | 0.690 | 48,289.38 | 53,099.72 |

*Order-Execution-Only Account.*