**TD Direct Investing**

# Your investment account statement

March 1, 2019 to March 31, 2019

Account number:    239
Account type: Direct Trading - US
Account currency: US dollars

**Do you have a question?**

For questions about your statement or further
information. we provide support 24 hours a day,
7 days a week in 4 languages:

MR. RITCHIE LESCANEC

| | |
|---|---|
| **English:** | **1-800-668-1972** |
| **French:** | **1-866-211-3847** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

**You need to know**

Please see page 2 for important information about your account.

| | This period (Mar 1 - Mar 31, 2019) | Last period (Feb 1 - Feb 28, 2019) | Year to date (Jan 1 - Mar 31, 2019) |
|---|---|---|---|
| Beginning balance | $150,112.63 | $142,529.98 | $90,508.73 |
| Change in your account balance | -$17,146.40 | $7,582.65 | $42,457.50 |
| **Ending balance** | **$132,966.23** | **$150,112.63** | **$132,966.23** |

## Holdings in your account

on March 31, 2019

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 10,882.63 | 10,882.63 | 0.00 | 8.18% |
| **Equities** | | | | | | |
| Canadian common shares & equivalents | | | | | | |
| LIBERTY HEALTH SCIENCES (LHS) | 42,400 SEG | 0.664 | 25,960.71 | 28,153.60 | 2,192.89 | 21.17% |

*Order-Execution-Only Account.*

D Waterhouse Canada Inc.
lember - Canadian Investor Protection Fund

**IIROC**

Regulated by
Investment Industry Regulatory
Organization of Canada



Page 1 of 3

**TD Direct Investing**

SCHEDULE "B"

# Your RSP statement
### February 1, 2018 to February 28, 2018

MR. RITCHIE LESCANEC

Account number: i892-S
Account type: Self-Directed RSP - CDN
Account currency: Canadian dollars

## Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

**Value of your account on Feb 28, 2018**
**$16,260.61**

You need to know
Please see page 3 for important information about your account.

| | This period (Feb 1 - Feb 28, 2018) | Last period (Jan 1 - Jan 31, 2018) | Year to date (Jan 1 - Feb 28, 2018) | Since Jan 1, 2012 (Jan 1, 2012 - Feb 28, 2018) |
|---|---|---|---|---|
| Beginning balance | $20,659.38 | $20,658.95 | $20,658.95 | $250,277.48 |
| Deposits or contributions | $0.00 | $0.00 | $0.00 | $46,790.00 |
| Withdrawals | $0.00 | $0.00 | $0.00 | -$272,241.71 |
| Change in value of your account | -$4,398.77 | $0.43 | -$4,398.34 | -$8,565.16 |
| Ending balance | $16,260.61 | $20,659.38 | $16,260.61 | $16,260.61 |

▸ Please refer to the definitions section for more information on what is included in the deposits, contributions, and withdrawals lines in the above summary.

## How your account has performed

Your account has changed in value by -$8,565.16 since Jan 1, 2012.



— Market value of your account: $16,260.61
— Your invested capital (deposits less withdrawals): $24,825.77

Your invested capital is calculated based on the deposits less withdrawals of cash and/or securities. Deposits or withdrawals of securities into your account use the closing market value of each security to calculate the value of the contribution or withdrawal taking into account any applicable fees or charges. It does not include interest earned or reinvested distributions. Invested capital can appear as a negative number if the market value of your withdrawals is greater than the market value of your deposits.

## Your personal rates of return as of Feb 28, 2018

| For the last 12 months (%) | For the last 3 years (%) | For the last 5 years (%) | Since Jan 1, 2012 (%) |
|---|---|---|---|
| -21.27 | -15.70 | -4.09 | -0.79 |

Personal rate of return reflects the total percentage return earned on the investments held in your account. Total percentage return means the cumulative realized and unrealized capital gains and losses of an investment, plus income from the investment, over a specified period of time, expressed as a percentage.

Personal rate of return is calculated using a money-weighted methodology. Unlike alternative rate of return methodologies, it takes into account any deposits or withdrawals you have made, and the performance outcomes of your investments over a specified time period, net of fees and charges paid. Rates of return are provided on an annualized basis except for any returns reflective of a period of less than one year.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund. ® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.

IIROC



Account number:    592-S
Account type: Self-Directed RSP - CDN
Your RSP statement: Feb 28, 2018

## Holdings in your account
### on February 28, 2018

| Description | Quantity or par value ($) | Price ($) | Book value ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 34.61 | 34.61 | 0.00 | 0.21% |
| **COMMON SHARES** | | | | | | |
| LIBERTY HEALTH SCIENCES (LHS) | 13,300 sec | 1.220 | 20,624.99 | 16,226.00 | -4,398.99 | 99.79% |
| **TOTAL DOMESTIC** | | | $20,659.60 | $16,260.61 | | 100.00% |
| **Total Portfolio** | | | $20,659.60 | $16,260.61 | | 100.00% |

### Definitions

#### An explanation of terms shown in the tables above

**Book value** is the position cost, which is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, returns of capital and corporate reorganizations for long positions and the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distributions (other than dividends), returns of capital and corporate actions for short positions.

**Deposits or contributions** can include any deposits, contributions, transfers into your account, adjustments, and any reversals of transfers-out of your account.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Withdrawals** can include any withdrawals, payments, transfers out of your account, and any reversals of transfers into your account.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book value from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 20,659.38 |
| Feb 1 | Buy | LIBERTY HEALTH SCIENCES | 13,300 | 1.550 | -20,624.99 | 34.39 |
| Feb 16 | Interest | INTEREST TO FEB 16 | | | 0.22 | 34.61 |
| Feb 28 | Ending cash balance | | | | | $34.61 |

## Details of investment income

| Earnings/Expenses | This period (Feb 1 - Feb 28, 2018) | Year to date (Jan 1 - Feb 28, 2018) |
|---|---|---|
| Interest | 0.22 | 0.65 |
| **Total** | **$0.22** | **$0.65** |



(Page 18 of 69)

**TD Direct Investing**

## Your RSP statement

→ March 1, 2019 to March 31, 2019

Account number:     892-S
Account type: Self-Directed RSP - CDN
Account currency: Canadian dollars

MR. RITCHIE LESCANEC

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

> **You need to know**
> Please see page 2 for important information about your account.

| | This period (Mar 1 - Mar 31, 2019) | Last period (Feb 1 - Feb 28, 2019) | Year to date (Jan 1 - Mar 31, 2019) |
|---|---|---|---|
| Beginning balance | $14,398.61 | $13,467.61 | $12,270.61 |
| Change in your account balance | -$2,527.00 | $931.00 | -$399.00 |
| Ending balance | $11,871.61 | $14,398.61 | $11,871.61 |

## Holdings in your account
on March 31, 2019

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 34.61 | 34.61 | 0.00 | 0.29% |
| **COMMON SHARES** | | | | | | |
| LIBERTY HEALTH SCIENCES (LHS) | 13,300 SEG | 0.890 | 20,624.99 | 11,837.00 | -8,787.99 | 99.71% |
| **TOTAL DOMESTIC** | | | $20,659.60 | $11,871.61 | | 100.00% |
| **Total Portfolio** | | | $20,659.60 | $11,871.61 | | 100.00% |

Order-Execution-Only Account.

D Waterhouse Canada Inc.
ember - Canadian Investor Protection Fund

**IIROC**

Regulated by
Investment Industry Regulatory
Organization of Canada

(Page 19 og 69)

# TD Direct Investing

SCHEDULE "F"

## Your RSP statement

February 1, 2018 to February 28, 2018

MR. RITCHIE LESCANEC

Account number:    892-U
Account type: Self-Directed RSP - US
Account currency: US dollars

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

**Value of your account on Feb 28, 2018 $60,939.85**

|  | This period (Feb 1 - Feb 28, 2018) | Last period (Jan 1 - Jan 31, 2018) | Year to date (Jan 1 - Feb 28, 2018) | Since Oct 15, 2015 (Oct 15, 2015 - Feb 28, 2018) |
|---|---|---|---|---|
| Beginning balance | $79,029.40 | $79,548.97 | $79,548.97 | $0.00 |
| Deposits or contributions | $0.00 | $0.00 | $0.00 | $212,026.25 |
| Withdrawals | $0.00 | $0.00 | $0.00 | $0.00 |
| Change in value of your account | -$18,089.55 | -$519.57 | -$18,609.12 | -$151,086.40 |
| Ending balance | $60,939.85 | $79,029.40 | $60,939.85 | $60,939.85 |

**You need to know**
Please see page 3 for important information about your account.

▸ Please refer to the definitions section for more information on what is included in the deposits, contributions, and withdrawals lines in the above summary.

## How your account has performed

Your account has changed in value by -$151,086.40 since Oct 15, 2015.



- Market value of your account: $60,939.85
- Your invested capital (deposits less withdrawals): **$212,026.25**

Your invested capital is calculated based on the deposits less withdrawals of cash and/or securities. Deposits or withdrawals of securities into your account use the closing market value of each security to calculate the value of the contribution or withdrawal taking into account any applicable fees or charges. It does not include interest earned or reinvested distributions. Invested capital can appear as a negative number if the market value of your withdrawals is greater than the market value of your deposits.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund. ® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.

## Your personal rates of return as of Feb 28, 2018

|  For the last 12 months (%)  |  Since Oct 15, 2015 (%)  |
|---|---|
| **-25.98** | **-41.14** |

Personal rate of return reflects the total percentage return earned on the investments held in your account. Total percentage return means the cumulative realized and unrealized capital gains and losses of an investment, plus income from the investment, over a specified period of time, expressed as a percentage.

Personal rate of return is calculated using a money-weighted methodology. Unlike alternative rate of return methodologies, it takes into account any deposits or withdrawals you have made, and the performance outcomes of your investments over a specified time period, net of fees and charges paid. Rates of return are provided on an annualized basis except for any returns reflective of a period of less than one year.

◇ IIROC



(21)

# Holdings in your account
on February 28, 2018

| Description | Quantity or par value ($) | Price ($) | Book value ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 1,969.35 | 1,969.35 | 0.00 | 3.23% |
| **COMMON SHARES** | | | | | | |
| LIBERTY HEALTH SCIENCES (LHS) | 50,000 seg | 0.964 | 65,766.44 | 48,200.00 | -17,566.44 | 79.09% |
| **TOTAL DOMESTIC** | | | **$67,735.79** | **$50,169.35** | | **82.33%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |

## Definitions

### An explanation of terms shown in the tables above

**Book value** is the position cost, which is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, returns of capital and corporate reorganizations for long positions and the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distributions (other than dividends), returns of capital and corporate actions for short positions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book value from market value.

**Deposits or contributions** can include any deposits, contributions, transfers into your account, adjustments, and any reversals of transfers-out of your account.

**Withdrawals** can include any withdrawals, payments, transfers out of your account, and any reversals of transfers into your account.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | Beginning cash balance | | | | 67,734.90 |
| Feb 2 | Buy | LIBERTY HEALTH SCIENCES | 10,500 | 1.399 | 0.00 | 67,734.90 |
| Feb 2 | Buy | LIBERTY HEALTH SCIENCES | 14,500 | 1.400 | -35,008.94 | 32,725.96 |
| Feb 6 | Buy | LIBERTY HEALTH SCIENCES | 24,900 | 1.229 | 0.00 | 32,725.96 |
| Feb 6 | Buy | LIBERTY HEALTH SCIENCES NO-080112 | 100 | 1.230 | -30,757.50 | 1,968.46 |

(continued on next page)




Account number:    592-0
Account type: Self-Directed RSP - US
Your RSP statement Dec 31, 2018

---

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | Beginning cash balance | | | | | |
| Dec 10 | Sell | LIBERTY HEALTH SCIENCES SO-141095 | -50,000 | 0.700 | 34,989.55 | 35,894.05 |

## Details of investment income

| Earnings/Expenses | This period (Nov 1 - Dec 31, 2018) | Year to date (Jan 1 - Dec 31, 2018) |
|-------------------|-----------------------------------|-------------------------------------|
| Interest | 0.02 | 2.39 |
| **Total** | **$0.02** | **$2.39** |

## Your RSP contribution information

You can claim the contributions you made in the first 60 days of 2019 on your 2018 tax return.

| | |
|---|---|
| First 60 days | **$0.00** |
| Remainder of the year | **$0.00** |

*Order-Execution-Only Account.*

1 of 1




## Definitions

### An explanation of terms shown in the tables above

*Book cost for long positions* is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

*Book cost for short positions* is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

*Market value* is the price of the security or fund multiplied by the quantity held.

*Unrealized Gain or Loss* is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Feb 27 | Buy | LIBERTY HEALTH SCIENCES FT-157253 | 20,000 | 0.830 | -16,609.99 | 11,191.54 |
| Feb 28 | **Ending cash balance** | | | | | **$11,191.54** |

## Details of investment income

| Earnings/Expenses | This period (Feb 1 - Feb 28, 2019) | Year to date (Jan 1 - Feb 28, 2019) |
|-------------------|------------------------------------|-------------------------------------|
| Interest | 0.51 | 0.51 |
| **Total** | **$0.51** | **$0.51** |

## Your RSP contribution information

You can claim the contributions you made in the first 60 days of 2019 on your 2018 tax return.

| | |
|---|---|
| First 60 days | $0.00 |
| Remainder of the year | $0.00 |

## ⓘ Important information about your account

Enjoy the convenience of eServices – an easy way to access your TD Direct Investing account documents online. To register, log in to WebBroker; in the **Accounts** drop down menu, click on **Documents (eServices)** and update your selections on the **Delivery Preferences** tab.

*Order-Execution-Only Account.*

*KK.*

*1 oF 1*

**TD Direct Investing**

# Your RSP statement

March 1, 2019 to March 31, 2019

Account number:      892-U
Account type: Self-Directed RSP - US
Account currency: US dollars

MR. RITCHIE LESCANEC

**Do you have a question?**

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

**You need to know**
Please see page 3 for important information about your account.

| | This period (Mar 1 - Mar 31, 2019) | Last period (Feb 1 - Feb 28, 2019) | Year to date (Jan 1 - Mar 31, 2019) |
|---|---|---|---|
| Beginning balance | $58,603.24 | $54,844.51 | $32,163.63 |
| Change in your account balance | -$5,522.32 | $3,758.73 | $20,917.29 |
| Ending balance | $53,080.92 | $58,603.24 | $53,080.92 |

## Holdings in your account

on March 31, 2019

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 11,191.87 | 11,191.87 | 0.00 | 21.08% |
| **COMMON SHARES** | | | | | | |
| LIBERTY HEALTH SCIENCES (LHS) | 20,000 SEG | 0.664 | 16,609.99 | 13,280.00 | -3,329.99 | 25.02% |
| **TOTAL DOMESTIC** | | | $51,536.85 | $47,771.87 | | 90.00% |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |

Order-Execution-Only Account.

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**IIROC**

**Regulated by** Investment Industry Regulatory Organization of Canada

 **Gmail**                                    **Margaret Henry <mhenry@strategicclaims.net>**

---

## FW: Case No 1:19-cv-00161-Ritchie Lescanec

1 message

---

**Josephine Bravata** <jbravata@strategicclaims.net>                    Tue, Nov 23, 2021 at 5:55 PM
To: Margaret Henry <mhenry@strategicclaims.net>, Leo Lysakowski <llysakowski@strategicclaims.net>
Cc: sevans@strategicclaims.net

Please add this claim to the database as a new claim for Liberty.

Thank you.

Regards,

Josephine Bravata

Quality Assurance Manager

Strategic Claims Services

600 N. Jackson Street, Suite 205

Media, PA 19063

Phone: (610) 565-9202 ext. 1002

Fax: (610) 565-7985

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it. Thank you.*

---

**From:** Cara David <cdavid@pomlaw.com>
**Sent:** Tuesday, November 23, 2021 5:27 PM
**To:** Josephine Bravata <jbravata@strategicclaims.net>; 'Sarah Evans' <sevans@strategicclaims.net>
**Subject:** FW: Case No 1:19-cv-00161-Ritchie Lescanec

Cara David

**POMERANTZLLP**                                   (Page 25 of 69)

600 Third Avenue, 20th Floor

New York, NY 10016

Phone: 212-661-1100

Direct Dial: 646-214-7730

Fax: 917-463-1044

cdavid@pomlaw.com

---

**From:** Jeremy Lieberman <jalieberman@pomlaw.com>
**Sent:** Tuesday, November 23, 2021 5:21 PM
**To:** Cara David <cdavid@pomlaw.com>
**Subject:** FW: Case No 1:19-cv-00161-Ritchie Lescanec

Pls send to administrator

Jeremy A. Lieberman

# POMERANTZLLP

600 Third Avenue, 20th Floor

New York, NY 10016

Phone: 212-661-1100, ext. 243

Direct Dial: 646-581-9971

Fax: 646-607-2426

www.pomlaw.com

jalieberman@pomlaw.com

---

**From:** Rick Lescanec
**Sent:** Tuesday, November 23, 2021 4:27 PM
**To:** Jeremy Lieberman <jalieberman@pomlaw.com>
**Subject:** FW: Case No 1:19-cv-00161-Ritchie Lescanec

---

**From:** Rick Lescanec
**Sent:** November-23-21 4:26 PM
**To:** 'info@strategicclaims.net'
**Subject:** Case No 1:19-cv-00161-Ritchie Lescanec

Please confirm having trouble sending –thanks rl                    (Page 26 of 69)

Case 1:19-cv-00161-MKV-SLC    Document 107-2    Filed 08/22/22    Page 12 of 14

**From:** Rick Lescanec |
**Sent:** November-23-21 3:43 PM
**To:** 'info@strategicclaims.net'
**Cc:** 'jalieberman@pomlaw.com'
**Subject:** Case No 1:19-cv-00161-Ritchie Lescanec

Hello re: case No 1:19-cv-00161

please see my application for Claim of Settlement of Class Action with Liberty Health Sciences as defendants

PAGES INCLUDED :

Application   = 3 pages

Info page    = 1 page

Schedule "A" = 1 page

Schedule "B" = 1 page

Schedule "C" = 4 pages

Schedule "D" = 6 pages

Schedule "E" = 3 pages

Schedule "F "= 5 pages

**TOTAL**    **=24 PAGES**

**My apologies just noticed it did not send yesterday**

**Please confirm receipt of this email**

**Thank you**

**Sincerely**

**Ritchie Lescanec**


CCE23112021_00000.pdf
8848K

(Page 27 of 69)

**I. CLAIMANT INFORMATION**

CASE NO. 1:19-CV-00161

LIBERTY HEALTH

Beneficial Owner Name

RITCHIE LESCANEC

Address

| City | State | ZIP |
|------|-------|-----|

| Foreign Province | Foreign Country |
|------------------|-----------------|

| Day Phone | Evening Phone |
|-----------|---------------|

Email

Account Number

| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |
|---|---|---|

## II. SCHEDULE OF TRANSACTIONS IN LIBERTY HEALTH SCIENCES, INC. SHARES

**Beginning Holdings:**

A. State the total number of shares of Liberty Shares held at the close of trading on July 19, 2017 (*must be documented*). If none, write "zero" or "0."

ZERO

**Purchases/Acquisitions:**

B. Separately list each and every purchase or acquisition of Liberty Shares in an over-the-counter market in the U.S. between July 20, 2017 and March 6, 2019, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| SEE | SCHEDULE | "A" | |
| | | | |
| | | | |

17

LIBERTY HEALTH

**Sales:**

C: Separately list each and every sale of Liberty Shares between July 20, 2017 and March 6, 2019, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| *SEE* | *SCHEDULE* | *"B"* | |
| | | | |
| | | | |

**Ending Holdings:**

D. State the total number of shares of Liberty Shares held at the close of trading on March 6, 2019 (must be documented). If none, write "zero" or "0."   140,300

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

## III. SUBSTITUTE FORM W-9

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s). For most individuals, this is your Social Security Number. The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number. If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | or | Taxpayer Identification Number (for estates, trusts, corporations, etc. |
|---|---|---|
| | | |

## IV. CERTIFICATION

I (We) submit this Proof of Claim and Release Form under the terms of the Stipulation of Settlement described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York, with respect to my (our) claim as a Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of Liberty Shares during the Settlement Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

18