



Account number: 142-S
Account type: Self-Directed RSP - CDN
Your RSP statement: Feb 28, 2018

# Holdings in your account

on February 28, 2018

| Description | Quantity or par value ($) | Price ($) | Book value ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 34.61 | 34.61 | 0.00 | 0.21% |
| **COMMON SHARES** | | | | | | |
| LIBERTY HEALTH SCIENCES (LHS) | 13,300 sec | 1.220 | 20,624.99 | 16,226.00 | -4,398.99 | 99.79% |
| **TOTAL DOMESTIC** | | | $20,659.60 | $16,260.61 | | 100.00% |
| **Total Portfolio** | | | $20,659.60 | $16,260.61 | | 100.00% |

## Definitions

### An explanation of terms shown in the tables above

**Book value** is the position cost, which is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, returns of capital and corporate reorganizations for long positions and the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distributions (other than dividends), returns of capital and corporate actions for short positions.

**Deposits or contributions** can include any deposits, contributions, transfers into your account, adjustments, and any reversals of transfers-out of your account.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Withdrawals** can include any withdrawals, payments, transfers out of your account, and any reversals of transfers into your account.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book value from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | Beginning cash balance | | | | | 20,659.38 |
| Feb 1 | Buy | LIBERTY HEALTH SCIENCES | 13,300 | 1.550 | -20,624.99 | 34.39 |
| Feb 16 | Interest | INTEREST TO FEB 16 | | | 0.22 | 34.61 |
| Feb 28 | Ending cash balance | | | | | $34.61 |

# Details of investment income

| Earnings/Expenses | This period (Feb 1 - Feb 28, 2018) | Year to date (Jan 1 - Feb 28, 2018) |
|---|---|---|
| Interest | 0.22 | 0.65 |
| **Total** | **$0.22** | **$0.65** |

Page **2** of 4



**TD Direct Investing**

# Your RSP statement

✱————> March 1, 2019 to March 31, 2019

Account number:    392-S
Account type: Self-Directed RSP - CDN
Account currency: Canadian dollars

MR. RITCHIE LESCANEC

## Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

**You need to know**

Please see page 2 for important information about your account.

| | This period (Mar 1 - Mar 31, 2019) | Last period (Feb 1 - Feb 28, 2019) | Year to date (Jan 1 - Mar 31, 2019) |
|---|---|---|---|
| Beginning balance | $14,398.61 | $13,467.61 | $12,270.61 |
| Change in your account balance | -$2,527.00 | $931.00 | -$399.00 |
| Ending balance | $11,871.61 | $14,398.61 | $11,871.61 |

## Holdings in your account
on March 31, 2019

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 34.61 | 34.61 | 0.00 | 0.29% |
| **COMMON SHARES** | | | | | | |
| LIBERTY HEALTH SCIENCES (LHS) | 13,300 SEG | 0.890 | 20,624.99 | 11,837.00 | -8,787.99 | 99.71% |
| **TOTAL DOMESTIC** | | | $20,659.60 | $11,871.61 | | 100.00% |
| **Total Portfolio** | | | $20,659.60 | $11,871.61 | | 100.00% |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**IIROC**

Regulated by
Investment Industry Regulatory
Organization of Canada

Page 1 of 8



**TD Direct Investing**

*Schedule "F"*

# Your RSP statement
### February 1, 2018 to February 28, 2018

Account number:    892-U
Account type: Self-Directed RSP - US
Account currency: US dollars

MR. RITCHIE LESCANEC

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

**Value of your account on Feb 28, 2018**

**$60,939.85**

> You need to know
> Please see page 3 for important information about your account.

| | This period (Feb 1 - Feb 28, 2018) | Last period (Jan 1 - Jan 31, 2018) | Year to date (Jan 1 - Feb 28, 2018) | Since Oct 15, 2015 (Oct 15, 2015 - Feb 28, 2018) |
|---|---|---|---|---|
| Beginning balance | $79,029.40 | $79,548.97 | $79,548.97 | $0.00 |
| Deposits or contributions | $0.00 | $0.00 | $0.00 | $212,026.25 |
| Withdrawals | $0.00 | $0.00 | $0.00 | $0.00 |
| Change in value of your account | -$18,089.55 | -$519.57 | -$18,609.12 | -$151,086.40 |
| Ending balance | $60,939.85 | $79,029.40 | $60,939.85 | $60,939.85 |

> ▸ Please refer to the definitions section for more information on what is included in the deposits, contributions, and withdrawals lines in the above summary.

## How your account has performed

Your account has changed in value by -$151,086.40 since Oct 15, 2015.



- Market value of your account: $60,939.85
- Your invested capital (deposits less withdrawals): **$212,026.25**

Your invested capital is calculated based on the deposits less withdrawals of cash and/or securities. Deposits or withdrawals of securities into your account use the closing market value of each security to calculate the value of the contribution or withdrawal taking into account any applicable fees or charges. It does not include interest earned or reinvested distributions. Invested capital can appear as a negative number if the market value of your withdrawals is greater than the market value of your deposits.

## Your personal rates of return as of Feb 28, 2018

| For the last 12 months (%) | Since Oct 15, 2015 (%) |
|---|---|
| **-25.98** | **-41.14** |

Personal rate of return reflects the total percentage return earned on the investments held in your account. Total percentage return means the cumulative realized and unrealized capital gains and losses of an investment, plus income from the investment, over a specified period of time, expressed as a percentage.

Personal rate of return is calculated using a money-weighted methodology. Unlike alternative rate of return methodologies, it takes into account any deposits or withdrawals you have made, and the performance outcomes of your investments over a specified time period, net of fees and charges paid. Rates of return are provided on an annualized basis except for any returns reflective of a period of less than one year.

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Waterhouse Canada Inc. - Member of the Canadian Investor Protection Fund. ® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.

⬧ IIROC

Page 1 of 4




Account type: Self-Directed RSP – US
Your RSP statement: Feb 28, 2018

(21)

# Holdings in your account
on February 28, 2018

| Description | Quantity or par value ($) | Price ($) | Book value ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 1,969.35 | 1,969.35 | 0.00 | 3.23% |
| **COMMON SHARES** | | | | | | |
| LIBERTY HEALTH SCIENCES (LHS) | 50,000 sec | 0.964 | 65,766.44 | 48,200.00 | -17,566.44 | 79.09% |
| **TOTAL DOMESTIC** | | | $67,735.79 | $50,169.35 | | 82.33% |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |

### Definitions

#### An explanation of terms shown in the tables above

**Book value** is the position cost, which is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, returns of capital and corporate reorganizations for long positions and the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distributions (other than dividends), returns of capital and corporate actions for short positions.

**Deposits or contributions** can include any deposits, contributions, transfers into your account, adjustments, and any reversals of transfers-out of your account.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Withdrawals** can include any withdrawals, payments, transfers out of your account, and any reversals of transfers into your account.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book value from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | Beginning cash balance | | | | 67,734.90 |
| Feb 2 | Buy | LIBERTY HEALTH SCIENCES | 10,500 | 1.399 | 0.00 | 67,734.90 |
| Feb 2 | Buy | LIBERTY HEALTH SCIENCES | 14,500 | 1.400 | -35,008.94 | 32,725.96 |
| Feb 6 | Buy | LIBERTY HEALTH SCIENCES | 24,900 | 1.229 | 0.00 | 32,725.96 |
| Feb 6 | Buy | LIBERTY HEALTH SCIENCES NO-080112 | 100 | 1.230 | -30,757.50 | 1,968.46 |



(continued on next page)




## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Dec 10 | Sell | LIBERTY HEALTH SCIENCES SO-141095 | -50.000 | 0.700 | 34,989.55 | 35,894.05 |

## Details of investment income

| Earnings/Expenses | This period (Nov 1 - Dec 31, 2018) | Year to date (Jan 1 - Dec 31, 2018) |
|-------------------|------------------------------------|-------------------------------------|
| Interest | 0.02 | 2.39 |
| **Total** | **$0.02** | **$2.39** |

## Your RSP contribution information

You can claim the contributions you made in the first 60 days of 2019 on your 2018 tax return.

| | |
|---|---|
| First 60 days | **$0.00** |
| Remainder of the year | **$0.00** |

*Order-Execution-Only Account.*

1 of 1





## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Feb 27 | Buy | LIBERTY HEALTH SCIENCES FT-157253 | 20,000 | 0.830 | -16,609.99 | 11,191.54 |
| Feb 28 | **Ending cash balance** | | | | | **$11,191.54** |

## Details of investment income

| Earnings/Expenses | This period (Feb 1 - Feb 28, 2019) | Year to date (Jan 1 - Feb 28, 2019) |
|-------------------|-----------------------------------|-------------------------------------|
| Interest | 0.51 | 0.51 |
| **Total** | **$0.51** | **$0.51** |

## Your RSP contribution information

You can claim the contributions you made in the first 60 days of 2019 on your 2018 tax return.

| | |
|---|---|
| First 60 days | **$0.00** |
| Remainder of the year | **$0.00** |

## ⓘ Important information about your account

Enjoy the convenience of eServices – an easy way to access your TD Direct Investing account documents online. To register, log in to WebBroker; in the **Accounts** drop down menu, click on **Documents (eServices)** and update your selections on the **Delivery Preferences** tab.

*Order-Execution-Only Account.*

*1 of 1*

Page 2 of 3



**TD Direct Investing**

# Your RSP statement

March 1, 2019 to March 31, 2019

Account number:    892-U
Account type: Self-Directed RSP - US
Account currency: US dollars

MR. RITCHIE LESCANEC

## Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| English: | 1-800-465-5463 |
|---|---|
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

**You need to know**

Please see **page 3** for important information about your account.

| | This period (Mar 1 - Mar 31, 2019) | Last period (Feb 1 - Feb 28, 2019) | Year to date (Jan 1 - Mar 31, 2019) |
|---|---|---|---|
| Beginning balance | $58,603.24 | $54,844.51 | $32,163.63 |
| Change in your account balance | -$5,522.32 | $3,758.73 | $20,917.29 |
| Ending balance | $53,080.92 | $58,603.24 | $53,080.92 |

## Holdings in your account

on March 31, 2019

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **DOMESTIC** | | | | | | |
| Cash | | | 11,191.87 | 11,191.87 | 0.00 | 21.08% |
| **COMMON SHARES** | | | | | | |
| LIBERTY HEALTH SCIENCES (LHS) | 20,000 sEG | 0.664 | 16,609.99 | 13,280.00 | -3,329.99 | 25.02% |
| **TOTAL DOMESTIC** | | | **$51,536.85** | **$47,771.87** | | **90.00%** |
| **FOREIGN** | | | | | | |
| **COMMON SHARES** | | | | | | |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**IIROC**

**Regulated by**
Investment Industry Regulatory
Organization of Canada

Page 1 of 4

## SUPPORT CENTER
Support Ticket System

11/24/2021 09:37:43 AM

# Ticket #831924

| | | | |
|---|---|---|---|
| **Status** | Completed | **Name** | Rick Lescanec |
| **Priority** | Normal | **Email** | |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 11/23/2021 04:32:13 PM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | George Allen | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | **Last Response** | 11/24/2021 09:37:33 AM |
| **Due Date** | 11/24/2021 04:32:13 PM | **Last Message** | 11/23/2021 04:32:13 PM |

**Ticket Details**

**Case:** Liberty Health

# Case No 1:19-cv-00161-Ritchie Lescanec

| 11/23/2021 04:32:13 PM Case No 1:19-cv-00161-Ritchie Lescanec | Rick Lescanec |
|---|---|
| | |

---

Ticket #831924 printed by gallen on 11/24/2021 09:37:43 AM                                      Page 1

# SUPPORT CENTER
### Support Ticket System

11/24/2021 09:37:43 AM

Hello re: case No 1:19-cv-00161

please see my application for Claim of Settlement of Class Action with Liberty Health Sciences as defendants

PAGES INCLUDED :

Application   = 3 pages

Info page    =  1 page

Schedule "A" = 1 page

Schedule "B" = 1 page

Schedule "C" = 4 pages

Schedule "D" = 6 pages

Schedule "E" =  3 pages

Schedule "F "=  5 pages

**TOTAL         =24 PAGES**

**My apologies  just noticed it did not send yesterday**

**Please confirm receipt of this email**

**Thank you**

**Sincerely**

**Ritchie Lescanec**

CCE23112021_00000.pdf (8.6 mb)

---

Ticket #831924 printed by gallen on 11/24/2021 09:37:43 AM                    Page 2

# SUPPORT CENTER
Support Ticket System

11/24/2021 09:37:43 AM

| 11/24/2021 09:37:33 AM | | | | George Allen |

Good morning,

Your claim has been received. Claims submitted after the deadline must be marked late; it is up to the Court whether to process late claims.

We are processing claims at this time. If we need anything additional from you, we will contact you at a later date. Typically, these cases can take up to six months to a year if not more from the claims filing deadline before distribution is made.

If you have any further questions, feel free to contact us.

Thank you.

--
Claims Administrator
Strategic Claims Services
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

Liberty Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA  19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

**CONTROL#:**  1000

**March 25, 2022**

RITCHIE LESCANEC

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
| --- | --- |
| Your claim has resulted in a trading gain during the Class Period.  Any claim whose overall transactions in Liberty Health Sciences common stock during the Class Period resulted in a trading gain has a Recognized Loss of $0.00. | |

**We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.**

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than fourteen (14) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.

37853

# ADDITIONAL DOCUMENTATION

CASE ID



CLAIM NUMBER

1000

Date Received MM/DD/YY

05 / 19 / 22

Liberty Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street - Suite 205
Media, PA 19063

Phone (866) 274-4004
Fax (610) 565-7985

Email: info@strategicclaims.net

## NOTICE OF INELIGIBILITY

**CONTROL#:** 1000
RITCHIE LESCANEC

**March 25, 2022**

**ACCOUNT#:**

Your claim in the above matter is ineligible for the following reason(s):

| Description: | Shares: |
| --- | --- |
| Your claim has resulted in a trading gain during the Class Period. Any claim whose overall transactions in Liberty Health Sciences common stock during the Class Period resulted in a trading gain has a Recognized Loss of $0.00. | |

*[Handwritten notes:]* PURCHASE DATE JULY 20, 2017 - DEC 6, 2018

CHECKED May 19/22

BOUGHT 112,400     68,780.40

SOLD 70,000     48,289.38

ON DEC 10/VE/ WAS STILL HOLDING AS OF DEC 6, 2018     42,400 LEFT.

REGARDLESS HAVE ~~THE ATTORNEY~~

We strongly suggest you contact our office for any question or clarification you may have. It is important that you contact us before any further action is taken in the event that a processing error has occurred.

If you feel you received this notice in error and would like to contest our determination, please contact our office in writing no later than fourteen (14) calendar days after the date of this notice. Please be sure to include your Control number as noted above, your reason for contesting our determination, and documentation supporting your reason. You can also contact our office at 1-866-274-4004 or info@strategicclaims.net. If after contacting us, you still disagree, you can request in writing to Lead Counsel to review your claim.

When calling our office, please have ready the Control Number found at the top left-hand corner of this form.

SCHEDULE "A"   (5)

**Liberty Health Sciences -Shares Purchase history July 20/17 to Mar 6/19**

case no. 1:19-cv-00161

Claim for Ritchie Lescanec

**1)) Account     239 Canadian Margin Trading in Canadian Dollars**

| Date | #of Shares | $Can/share | total cost -no fees/taxes |
|------|-----------|-----------|---------------------------|
| Jan 3/19 | 8,500 | .91 | $7,735 |
| Jan 3/19 | 3,100 | .99 | $3,069 |
| Jan 3/19 | 33,000 | .96 | $31,680 |
| Jan 3/19 | 20,000 | .98 | $19,600 |
| | **64,600** | | **$62,084 Canadian Dollars** |

SEE SCHEDULE "C"
FOR DOCUMENTATION

**2)) Account     239 F US Margin Trading in US Dollars**

| Date | #of Shares | $US/share | total cost -no fees/taxes |
|------|-----------|-----------|---------------------------|
| Apr 9/18 | 30,000 | .68 | $20,400 |
| Apr 11/18 | 400* | .598* | $ see below* |
| Apr 11/18 | 29,600* | .60* | $17,999.40* |
| Apr 11/18 | 22,400 | .57 | $12,768 |
| Apr 13/18 | 30,000 | .587 | $17,613 |
| | **112,400** | | **$68,780.40 US Dollars** |

SCHEDULE "D"
FOR DOCUMENTATION

**3)) Account     892-S Self-Directed RSP in Canadian Dollars**

| Date | #of Shares | $Can/share | total cost -no fees/taxes |
|------|-----------|-----------|---------------------------|
| Feb 1/18 | **13,300** | 1.55 | **$20,615 Canadian Dollars** |

SCHEDULE "E"
FOR DOCUMENTATION

**4)) Account     892-U Self-Directed RSP in US Dollars**

| Date | #of Shares | $US/share | total cost -no fees/taxes |
|------|-----------|-----------|---------------------------|
| Feb 2/18 | 10,500* | 1.399* | $ see below* |
| Feb 2/18 | 14,500* | 1.40* | $34,998.95* |
| Feb 6/18 | 24,900** | 1.229** | $ see below** |
| Feb 6/18 | 100** | 1.230** | $30,747.51 |
| Feb 27/18 | 20,000 | .83 | $16,600 |
| | **70,000** | | **$82,346.46 US Dollars** |

SCHEDULE "F"
FOR DOCUMENTATION

Zero ?

<u>**Total shares held on close of July 19, 2017:**</u>

1))     239 Canadian Margin     = "zero"
2))     239 F US Margin     = "zero"
3))     892-S Self-Directed RSP = "zero"
4))     892-U Self-Directed RSP = "zero"

Does Schedules C, D, E, F

NOV. 22/21

(Page 58 of 69)