SCHEDULE "B"

(6)

Liberty Health Sciences.-Shares Sell history. July 20/17 to Mar 6/19

case no. 1:19-cv-00161

Claim for Ritchie Lescanec

1))Account    239 Canadian Margin Trading in **Canadian** Dollars

| Date | #of Shares | $Can/share | total cost -no fees/taxes |
|---|---|---|---|
| none | none | none | none |

SCHEDULE "E" FOR Documentation

2)) Account    239 F  US Margin Trading  in **US** Dollars

SCHEDULE "B" FOR Documentation

| Date | #of Shares | $US/share | total cost -no fees/taxes |
|---|---|---|---|
| Dec 10/18 | 70,000 | .69 | $48,289.38 US Dollars |

3)) Accoun    892-S  Self-Directed RSP in **Canadian** Dollars

SCHEDULE "E" FOR Documentation

| Date | #of Shares | $Can/share | total cost -no fees/taxes |
|---|---|---|---|
| none | none | none | none |

4)) Account    892-U  Self-Directed RSP in **US** Dollars

SCHEDULE "F" FOR Documentation

| Date | #of Shares | $US/share | total cost -no fees/taxes |
|---|---|---|---|
| Dec 10/18 | 50,000 | .70 | $34,989.55 US Dollars |

**Total shares held close of Mar 6, 2019:**

1))    .239 Canadian Margin    = 64,600

2))    239 F  US Margin    = 42,400

3))    892-S Self-Directed RSP    = 13,300

4))    892-U Self-Directed RSP    = 20,000

140,300

} DOCS SCHEDULES C, D, E, F.

Nov. 22/21

**TD Direct Investing**

SCHEDULE "D"

⑪

# Your investment account statement

April 1, 2018 to April 30, 2018

Account number:     239
Account type: Direct Trading – US
Account currency: US dollars

MR. RITCHIE LESCANEC

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-668-1972** |
| **French:** | **1-866-211-3847** |
| **Cantonese:** | **1-800-838-3223** option 1 |
| **Mandarin:** | **1-800-838-3223** option 2. |

## Your account at a glance

**Value of your account on Apr 30, 2018 $168,379.64**

> **You need to know**
> Please see page 3 for important information about your account.

| | This period (Apr 1 - Apr 30, 2018) | Last period (Mar 1 - Mar 31, 2018) | Year to date (Jan 1 - Apr 30, 2018) | Since Jan 1, 2012 (Jan 1, 2012 - Apr 30, 2018) |
|---|---|---|---|---|
| Beginning balance | $163,940.00 | $165,283.50 | $166,103.50 | $133,098.36 |
| Deposits or contributions | $0.00 | $0.00 | $0.00 | $15,361.90 |
| Withdrawals | $0.00 | $0.00 | $0.00 | $0.00 |
| Change in value of your account | $4,439.64 | -$1,343.50 | $2,276.14 | $19,919.38 |
| **Ending balance** | **$168,379.64** | **$163,940.00** | **$168,379.64** | **$168,379.64** |

▸ Please refer to the definitions section for more information on what is included in the deposits, contributions, and withdrawals lines in the above summary.

## How your account has performed

Your account has changed in value by $19,919.38 since Jan 1, 2012.



Jan 2012          Mar 2015          Apr 2018

— Market value of your account: $168,379.64
— Your invested capital (deposits less withdrawals): $148,460.26

Your invested capital is calculated based on the deposits less withdrawals of cash and/or securities. Deposits or withdrawals of securities into your account use the closing market value of each security to calculate the value of the contribution or withdrawal taking into account any applicable fees or charges. It does not include interest earned or reinvested distributions. Invested capital can appear as a negative number if the market value of your withdrawals is greater than the market value of your deposits.

TD Waterhouse Canada Inc - Member of the Canadian Investor Protection Fund.

## Your personal rates of return as of Apr 30, 2018

| For the last 12 months (%) | For the last 3 years (%) | For the last 5 years (%) | Since Jan 1, 2012 (%) |
|---|---|---|---|
| **2.85** | **22.59** | **18.48** | **1.90** |

Personal rate of return reflects the total percentage return earned on the investments held in your account. Total percentage return means the cumulative realized and unrealized capital gains and losses of an investment, plus income from the investment, over a specified period of time, expressed as a percentage.

Personal rate of return is calculated using a money-weighted methodology. Unlike alternative rate of return methodologies, it takes into account any deposits or withdrawals you have made, and the performance outcomes of your investments over a specified time period, net of fees and charges paid directly by this account. Rates of return are provided on an annualized basis except for any returns reflective of a period of less than one year.

3

◇ IIROC

Page 1 of 4



# Holdings in your account
on April 30, 2018

| Description | Quantity or par value ($) | Price ($) | Book value ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 76,949.64 | 76,949.64 | 0.00 | 45.70% |
| **Equities** | | | | | | |
| Canadian common shares & equivalents | | | | | | |
| LIBERTY HEALTH SCIENCES (LHS) | 112,400 sec | 0.650 | 68,820.36 | 73,060.00 | 4,239.64 | 43.39% |

Foreign common shares & equivalents

## Definitions

### An explanation of terms shown in the tables above

**Book value** is the position cost, which is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, returns of capital and corporate reorganizations for long positions and the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distributions (other than dividends), returns of capital and corporate actions for short positions.

**Deposits or contributions** can include any deposits, contributions, transfers into your account, adjustments, and any reversals of transfers-out of your account.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Withdrawals** can include any withdrawals, payments, transfers out of your account, and any reversals of transfers into your account.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book value from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | **Beginning cash balance** | | | | | 145,770.00 |
| Apr 9 | Buy | LIBERTY HEALTH SCIENCES UH-094652 | 30,000 | 0.680 | -20,409.99 | 125,360.01 |

(continued on next page)

Page 2 of 3



## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Apr 11 | Buy | LIBERTY HEALTH SCIENCES | 400 | 0.598 | 0.00 | 125,360.01 |
| Apr 11 | Buy | LIBERTY HEALTH SCIENCES QA-091503 | 29,600 | 0.600 | -18,009.39 | 107,350.62 |
| Apr 11 | Buy | LIBERTY HEALTH SCIENCES ZV-094838 | 22,400 | 0.570 | -12,777.99 | 94,572.63 |
| Apr 13 | Buy | LIBERTY HEALTH SCIENCES AN-097281 | 30,000 | 0.587 | -17,622.99 | 76,949.64 |

| | | | | | | |
|------|------|------|------|------|------|------|
| Apr 30 | Ending cash balance | | | | | $76,949.64 |

## Details of Investment income

| Earnings/Expenses | This period (Apr 1 - Apr 30, 2018) | Year to date (Jan 1 - Apr 30, 2018) |
|-------------------|-----------------------------------|-------------------------------------|
| Dividends | 0.00 | 190.00 |
| **Total** | **$0.00** | **$190.00** |

## ⓘ Important information about your account

Please note – beginning this year, the "Details of fees and charges" summary will be available annually on your December account statement.

**TD Direct Investing**

(14)

# Your investment account statement

### December 1, 2018 to December 31, 2018

Account number:    239
Account type: Direct Trading - US
Account currency: US dollars

MR. RITCHIE LESCANEC

### Do you have a question?

For questions about your statement or further
information, we provide support 24 hours a day,
7 days a week in 4 languages:

| | |
|---|---|
| English: | 1-800-668-1972 |
| French: | 1-866-211-3847 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

**You need to know**

Please see page 3 for important information about your account.

| | This period (Dec 1 - Dec 31, 2018) | Last period (Nov 1 - Nov 30, 2018) | Year to date (Jan 1 - Dec 31, 2018) |
|---|---|---|---|
| Beginning balance | $170,729.59 | $188,783.19 | $166,103.50 |
| Change in your account balance | -$80,220.86 | -$18,053.60 | -$75,594.77 |
| Ending balance | $90,508.73 | $170,729.59 | $90,508.73 |

## Holdings in your account

on December 31, 2018

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | -16,962.87 | -16,962.87 | 0.00 | -18.74% |
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| LIBERTY HEALTH SCIENCES (LHS) | 42,400 SEG | 0.683 | 25,960.71 | 28,959.20 | 2,998.49 | 32.00% |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

 **IIROC**

**Regulated by**
Investment Industry Regulatory
Organization of Canada

Page 1 of 4





Account number: 39
Account type: Direct Trading - US
Your investment account statement: Dec 31, 2018

# Holdings in your account (continued)

on December 31, 2018

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Equities (continued)** | | | | | | |
| Canadian common shares & equivalents (continued) | | | | | | |

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

# Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Dec 10 | Sell | LIBERTY HEALTH SCIENCES PR-138260 | -70,000 | 0.690 | 48,289.38 | 53,099.72 |

*Order-Execution-Only Account.*

Page **2** of 4



**TD Direct Investing**

# Your investment account statement

March 1, 2019 to March 31, 2019

Account number:    239
Account type: Direct Trading - US
Account currency: US dollars ✳

## Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | 1-800-668-1972 |
| **French:** | 1-866-211-3847 |
| **Cantonese:** | 1-800-838-3223 option 1 |
| **Mandarin:** | 1-800-838-3223 option 2 |

MR. RITCHIE LESCANEC

## Your account at a glance

| You need to know | | This period (Mar 1 - Mar 31, 2019) | Last period (Feb 1 - Feb 28, 2019) | Year to date (Jan 1 - Mar 31, 2019) |
|---|---|---|---|---|
| Please see page 2 for important information about your account | Beginning balance | $150,112.63 | $142,529.98 | $90,508.73 |
| | Change in your account balance | -$17,146.40 | $7,582.65 | $42,457.50 |
| | **Ending balance** | **$132,966.23** | **$150,112.63** | **$132,966.23** |

## Holdings in your account

on March 31, 2019

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| **Cash** | | | | | | |
| Cash | | | 10,882.63 | 10,882.63 | 0.00 | 8.18% |
| **Equities** | | | | | | |
| **Canadian common shares & equivalents** | | | | | | |
| LIBERTY HEALTH SCIENCES (LHS) | 42,400 SEG | 0.664 | 25,960.71 | 28,153.60 | 2,192.89 | 21.17% |

(continued on next page)

**Order-Execution-Only Account.**

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



Regulated by
Investment Industry Regulatory
Organization of Canada

Page 1 of 2

# SUPPORT CENTER
### Support Ticket System

05/19/2022 02:14:48 PM

# Ticket #535637

| | | | | |
|---|---|---|---|---|
| **Status** | Completed | | **Name** | Rick Lescanec |
| **Priority** | Normal | | **Email** | |
| **Department** | Claims Administrators | | **Phone** | |
| **Create Date** | 05/19/2022 02:08:07 PM | | **Source** | Email |

| | | | | |
|---|---|---|---|---|
| **Assigned To** | George Allen | | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | | **Last Response** | 05/19/2022 02:14:43 PM |
| **Due Date** | 05/20/2022 02:08:07 PM | | **Last Message** | 05/19/2022 02:08:07 PM |

### Ticket Details

**Case:** Liberty Health

**Control Number(s):** 1000

## CONTROL #: 1000 Case No 1:19-cv-00161-Ritchie Lescanec

05/19/2022 02:08:07 PM CONTROL #: 1000 Case No 1:19-cv-00161-Ritchie Lescanec    Rick Lescanec

Hello re: CONTROL #: 1000 ...       case No 1:19-cv-00161

I received a "NOTICE OF INELIGIBILITY " from your firm regarding a claim in this matter known as

" CONTROL #: 1000 " stating "Your claim has resulted in a trading gain during the class period. Any claim whose overall

Transactions in Liberty Health Sciences common stock during the Class Period resulted in a trading gain has a Recognized

Loss of $0.00"

I feel this notice is incorrect, Please note:

a) Other denied notices I have received stated purchases for the Settlement Class Period is July 20, 2017

---

# SUPPORT CENTER
### Support Ticket System

05/19/2022 02:14:48 PM

to Dec 6, 2018

b) The aggregate of the 112,400 shares were all purchased during the Settlement Class Period

c) **Only Sold was 70,000 after outside the Settlement Class Period**

d) **Balance that was unsold was still 42,000 which were unsold**

e) **Note, again that the 70,000 that were sold were beyond the Settlement Class Period outside date of Dec 6,2018**

**And were sold on Dec 10,2018**

Nothing is stated on the notice as far as accounting of shares that are eligible or ineligible, basically to assume all are ineligible??

**All of these shares should be eligible** since they were all purchased in the Settlement Class Period is July 20, 2017 to Dec 6, 2018

Even the 70,000 since they were sold on Dec 10, 2018, 4 days after the Settlement Class Period end date. Dec 6, 2018.

For convenience and easy reference, I have included the applicable pages from my initial claim.

PAGES INCLUDED :

| | |
|---|---|
| Notice of Ineligibility | = 1 page |
| Schedule "A" | = 1 page |
| Schedule "B" | = 1 page |
| Schedule "D" | = 6 pages |
| **TOTAL** | **= 9 PAGES** |

**Please confirm receipt of this email**

**Thank you**

**Sincerely**

**Ritchie Lescanec**

---

Ticket #535637 printed by gallen on 05/19/2022 02:14:48 PM                                    Page 2

# SUPPORT CENTER
Support Ticket System

05/19/2022 02:14:48 PM

=========-================

===============-============

**Subject:** CONTROL #: 1000  Case No 1:19-cv-00161-Ritchie Lescanec

info@strategicclaims.net

Claims Administrator reply@strategicclaims.net>
**Cc:** Jalieberman jalieberman@pomlaw.com>
**Subject: Re: Case No 1:19-cv-00161-Ritchie Lescanec**                    **[#831924]**

Claims Administrator
Strategic Claims Services
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

CCE19052022_00000.pdf (3 mb)

Ticket #535637 printed by gallen on 05/19/2022 02:14:48 PM                    Page 3

# SUPPORT CENTER
Support Ticket System

05/19/2022 02:14:48 PM

| 05/19/2022 02:14:43 PM | George Allen |
|---|---|

Good afternoon,

We have received your information and will pass it on for further review.

If you have any questions, please feel free to contact us.

Thank you.

--

Claims Administrator
Strategic Claims Services
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it. Thank you.*

Ticket #535637 printed by gallen on 05/19/2022 02:14:48 PM

Page 4